THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on November 3, 2006**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 0 7 - 2 0 4 |
| | : | |
| v. | : | |
| | : | VIOLATIONS: 18 U.S.C. § 245(b)(2)(C) |
| PATRICK SYRING, | : | (Federally Protected Rights) |
| | : | |
| Defendant. | : | 18 U.S.C. § 875(c) |
| | : | (Threatening Interstate Communications) |

KOLLAR-KOTELLY, J. CKK

**INDICTMENT**

FILED IN OPEN COURT

AUG 1 5 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The Grand Jury charges that:

**INTRODUCTION**

1. At all times relevant to this indictment, the Arab American Institute was a private non-profit organization that represented the interests of Arab Americans in the United States and maintained offices at 1600 K Street, N.W., Washington D.C.

2. At all times relevant to this indictment, Dr. James Zogby, Rebecca Abou-Chedid, Nidal Ibrahim, Helen Samhan, Valerie Smith, and Natasha Tynes were employed by the Arab American Institute.

3. At all times relevant to this indictment, the defendant **PATRICK SYRING** lived in Arlington, Virginia, and used e-mail addresses pat_1425@hotmail.com and pat1425@yahoo.com.

4. At or about 11:17 p.m. on or about July 17, 2006, the following voice mail was recorded

on the Arab American Institute's main telephone line at its Washington D.C. offices:

> This is Patrick Syring. I just read James Zogby's statements online on the MSNBC website, and I condemn him for his anti-Semitism and anti-American statements.
> The only good Lebanese is a dead Lebanese. The only good Arab is a dead Arab. Long live the IDF. Death to Lebanon and death to the Arabs.

5. At or about 11:21 p.m. on or about July 17, 2006, the following email was sent to the

email addresses of Dr. James Zogby and Natasha Tynes at the Arab American Institute's

Washington D.C. offices:

> From: Pat_ 1425 [mailto:pat_1425@hotmail.com]
> Sent: Monday, July 17, 2006 11:21 PM
> To: James Zogby; Natasha Tynes
> Subject: James Zogby's statement on MSNBC website (July 17)
>
> Zogby's anti-Semitic, anti-American statements (and those of the AAI in general) are abhorrent, repulsive and disgusting.
> The only good Lebanese is a dead Lebanese (as the IDF knows and is carrying out in its security operations, God bless them.)
>
> Fuck the Arabs and Fuck James Zogby and his wicked Hizbollah brothers. They will burn in hellfire on this earth and in the hereafter.

6. On or between July 18 and July 19, 2006, the following voice mail was left on the

telephone extension of Valerie Smith at the Arab American Institute's Washington D.C. offices:

> Hello Valerie, you fucking Arab American shit. James Zogby and you are all Hezballah supporters. The only good Arab is a dead Arab...You God [inaudible] bitch.

- 2 -

7.   At or about 12:32 a.m. on or about July 19, 2006, the following email was sent to the

email address of Valerie Smith at the Arab American Institute's Washington D.C. offices:

> From: Pat_ 1425 [mailto:pat_1425@hotmail.com]
> Sent: Wednesday, July 19, 2006 12:32 AM
> To: Valerie Smith
> Subject: URGENT: Emergency Summit Registration for July 19
> You are a fucking anti-Semitic Arab-American stooge who sympathizes with Hezballah
> terror.
> You and your Arab American Institute fuckers should burn in the fires of hell for eternity.
> The IDF is bombing Lebanon back into the stone age where it belongs.
> Arabs are dogs.
>
> Long live the State of Israel.  Death to Arab American terrorists.  The only good Lebanese
> is a dead Lebanese.

8.   At or about 12:35 a.m. on or about July 19, 2006, the following email was sent to the

email address of Rebecca Abou-Chedid at the Arab American Institute's Washington D.C. offices:

> From: Patrick [mailto:pat1425@yahoo.com]
> Sent: Wednesday, July 19, 2006 12:35 AM
> To: Rebecca Abou-Chedid
> Subject: Information for Arab Americans
>
> You are a fucking Arab American terrorist, a Hezbollah sympathizer pig.
>
> James Zogby is a vile evil anti-Semitic pig terrorist member of Hezbollah who is attempting
> to destroy the State of Israel.
>
> God Bless America
> God Bless the State of Israel
>
> The only good Lebanese is a dead Lebanese [a smiley face graphic]

9.   At or about 11:32 p.m. on or about July 19, 2006, the following voice mail was recorded

on Arab American Institute's main telephone line at its Washington D.C. offices:

> Hello, I'm Patrick I'm in Arlington VA, and I think James Zogby is worse than Osama bin
> Laden.  Since he supports Hezballah, he's an anti-Semitic motherfucker, and the only good
> Arab is a dead Arab.

- 3 -

10. At or about 12:13 a.m. on or about July 29, 2006, the following email was sent to the email addresses of James Zogby, Helen Samhan, Nidal Ibrahim, Valerie Smith, and Rebecca Abou-Chedid at the Arab American Institute's Washington D.C. offices:

From: Pat1425@yahoo.com [pat1425@yahoo.com]
Sent: Saturday, July 29, 2006, 12:13AM
To: James Zogby, Helen Samhan, Nidal Ibrahim, Valerie Smith, Rebecca Abou-Chedid
Subject: AAI murders in Seattle on July 28

I condemn James Zogby and the AAI for perpetrating the murder and shootings at the Jewish Federation in Seattle on Friday July 28 (as well as the killings in Israel).

You wicked evil Hezbollah-supporting Arabs should burn in the fires of hell for eternity and beyond. The United States would be safer without you.

God Bless the State of Israel
God Bless America

Sincerely,

Patrick in Arlington, VA.

## COUNT ONE

Paragraphs 1 through 10 of this Indictment are hereby incorporated into this Count by reference as though fully set forth herein.

11. From on or about July 17, 2006, until on and about July 29, 2006, in the District of Columbia, PATRICK SYRING did transmit e-mail and telephone communication to the offices of the Arab American Institute, located within the District of Columbia, and, by threat of force, PATRICK SYRING did attempt to and did willfully intimidate and interfere with Arab American

- 4 -

Institute employees because of their race and national origin, that is because they were Arab and Lebanese Americans, and because they were and had been enjoying employment, and the perquisites thereof, by a private employer, the Arab American Institute.

(**Federally Protected Activities**, in violation of Title 18, United States Code § 245(b)(2)(C))

## COUNT TWO

Paragraphs 1 through 10 of this Indictment are hereby incorporated into this Count by reference as though fully set forth herein.

12.  Between on or about July 17, 2006 and July 29, 2006, in the District of Columbia, PATRICK SYRING willfully and knowingly did transmit in interstate commerce, from Arlington, Virginia, to the District of Columbia, telephone and e-mail communication to Arab American Institute employees, in which PATRICK SYRING threatened to injure Arab American Institute employees.

(**Threatening Communication in Interstate Commerce**, in violation of Title 18, United States Code, Section 875(c))

A TRUE BILL


FOREPERSON


*Jeffrey A. Taylor / ps.*

Attorney of the United States in
and for the District of Columbia

- 5 -