UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 07-204 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **PATRICK SYRING,** | : | |
|     **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Barry Kowalski, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Barry kowalski
Assistant United States Attorney
Criminal Division,
601 D St. , NW,  Room 5802
Washington, DC 20004
(202) 514-4067