UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-204 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **PATRICK SYRING,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Karen Ruckert, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Karen Ruckert
Assistant United States Attorney
Criminal Division,
601 D St. , NW,  Room
Washington, DC 20004
(202) 514-4067