UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :
: Case Number: 07-204 (CKK)
PATRICK SYRING :
:
:

**FILED**

AUG 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this ___30TH___ day of ___AUGUST___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _8/30/07_ by ___GREG BRISTOL___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___FBI-WFO___ _____ for "routine processing." and that this be a condition of being released on bond:

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of ___GREG BRISTOL___ for the purpose of "routine processing." and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)