UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 07-204 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **PATRICK SYRING,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Julieanne Himelstein, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Julieanne Himelstein
Assistant United States Attorney
Federal Major Crimes Section,
555 4th St, N.W.,  4th Floor
Washington, DC 20530
(202) 514-8203