IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>PATRICK SYRING, )<br>)<br>Defendant ) | Criminal No. 07-204 (CKK) |

### DEFENDANT'S MOTION TO STAY RESPONSE TIME
### TO GOVERNMENT'S MOTIONS *IN LIMINE*

COMES NOW the Defendant, Patrick Syring, by his undersigned counsel, and hereby moves the Court for an Order staying his response time to three (3) motions *in limine* filed recently by the government.[1] Grounds for this Motion are that these motions are premature and, if the Defendant's pending Motion to Dismiss Indictment is granted, these motions will be rendered moot.

WHEREFORE, the Defendant respectfully requests that this Motion be granted.

Dated this 16th day of October, 2007.

Respectfully submitted,

SCHERTLER & ONORATO, L.L.P.
/s/
David Schertler (#367203)
Peter V. Taylor (#419524)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Counsel for Mr. Patrick Syring*

---

[1] Those motions are the Government's Motions *in Limine* to Exclude: Evidence of Defendant's Retirement and Discipline; Evidence of Political Conflict; and Improper Evidence of Defendant's Character.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT the foregoing, together with the Memorandum of Points and Authorities in support of this motion, the Declaration of Peter V. Taylor and a proposed Order were, this 16th day of October, 2007 sent, via ECF, to the following:

Julieanne Himelstein, Esq.
Assistant United States Attorney
Federal Major Crimes Section
United States Attorney's Office
    for the District of Columbia
555 Fourth Street, NW, 4th Floor
Washington, DC 20530

Barry Kowalski, Esq.
Karen Ruckert, Esq.
Mark Blumberg, Esq.
Trial Attorneys
Civil Rights Division
601 D Street, NW, Room 5802
Washington, D.C. 20004

                                        /s/
                                    Peter V. Taylor

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07-204 (CKK) |
| ) | |
| PATRICK SYRING, ) | |
| ) | |
| Defendant ) | |

**BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO
STAY RESPONSE TIME TO GOVERNMENT'S MOTIONS *IN LIMINE***

COMES NOW the Defendant, Patrick Syring, by his undersigned counsel, and in support of his Motion to Stay Response Time to Government's Motions *in Limine,* submits the following.

On October 12, 2007, the government filed three (3) motions *in limine*.[1] On that same day, Defendant filed a Motion to Dismiss the Indictment. If the dismissal motion is granted, the government's *in limine* motions will, obviously, be moot. Thus, these *in limine* motions are premature.

Defendant requests that his response time to the government's motions *in limine* be stayed indefinitely. In the event his dismissal motion is granted, no response will be necessary. If his dismissal motion is denied, then he suggests that his responses be due within twenty (20) days thereafter.

---

[1] Those motions are the Government's Motions *in Limine* to Exclude: Evidence of Defendant's Retirement and Discipline; Evidence of Political Conflict; and Improper Evidence of Defendant's Character.

WHEREFORE, the Defendant respectfully requests that this Motion be granted.

Dated this 16th day of October, 2007.

                        Respectfully submitted,

                        SCHERTLER & ONORATO, L.L.P.
                              /s/
                        _____
                        David Schertler (#367203)
                        Peter V. Taylor (#419524)
                        601 Pennsylvania Avenue, NW
                        North Building, 9th Floor
                        Washington, DC 20004
                        Telephone:  (202) 628-4199
                        Facsimile:  (202) 628-4177

                        Counsel for Mr. Patrick Syring

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | Criminal No. 07-204 (CKK) |
| PATRICK SYRING, ) | |
| Defendant ) | |

### [PROPOSED] ORDER

BASED UPON the Defendant's Motion to Stay Response Time to Government's Motions *in Limine* ("Motion"), and the government's response thereto, if any, and being familiar with the file in this matter and with the applicable law,

IT IS HEREBY ORDERED THAT Defendant's Motion be, and hereby is, GRANTED; and

IT IS FURTHER ORDERED THAT in the event Defendant's Motion to Dismiss the Indictment is granted, these *in limine* motions will be moot and no response will be required; and, in the event the dismissal motion is denied, Defendant's responses will be due within twenty (20) days of the entry of the Order denying his Motion to Dismiss the Indictment.

Dated this _____ day of October, 2007.

_____
HON. COLLEEN KOLLAR-KOTELLY
U.S. District Judge

cc: Julieanne Himelstein, Esq.
Assistant United States Attorney
Federal Major Crimes Section
United States Attorney's Office
    for the District of Columbia
555 Fourth Street, NW, 4th Floor
Washington, DC 20530

Barry Kowalski, Esq.
Karen Ruckert, Esq.
Mark Blumberg, Esq.
Trial Attorneys
Civil Rights Division
601 D Street, NW, Room 5802
Washington, D.C. 20004

David Schertler, Esq.
Peter V. Taylor, Esq.
SCHERTLER & ONORATO, LLP
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004-2601