IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Criminal No. 07-204 (CKK) |
| | ) | |
| **PATICK SYRING,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## DEFENDANT'S NOTICE OF FILING

COMES NOW the Defendant, Patrick Syring, by his undersigned counsel, and hereby files, on behalf of the American Civil Liberties Union of the National Capital Area, its: 1) Unopposed Motion of the American Civil Liberties Union of the National Capital Area for Leave to File Memorandum as *Amicus Curiae*, a copy of which is attached hereto as Exhibit A; and 2) Proposed Order, which is attached hereto as Exhibit B. The undersigned have been requested by Arthur B. Spitzer, Esq., counsel for the American Civil Liberties Union of the National Capital Area, to file its Motion and

proposed Order on its behalf because the Court's electronic filing system will not allow a non-party to make an electronic filing in a criminal case.

Dated this 24th day of October, 2007.

                                                Respectfully submitted,

                                                SCHERTLER & ONORATO, L.L.P.
                                                /s/
                                              David Schertler (#367203)
                                              Peter V. Taylor (#419524)
                                              601 Pennsylvania Avenue, NW
                                              North Building, 9th Floor
                                              Washington, DC 20004
                                              Telephone:  (202) 628-4199
                                              Facsimile:  (202) 628-4177

                                              *Counsel for Mr. Patrick Syring*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY THAT the foregoing was, this 24${}^{th}$ day of October, 2007 sent, via ECF, to the following:

  Julieanne Himelstein, Esq.
  Assistant United States Attorney
  Federal Major Crimes Section
  United States Attorney's Office
    for the District of Columbia
  555 Fourth Street, NW, 4${}^{th}$ Floor
  Washington, DC 20530

  Barry Kowalski, Esq.
  Karen Ruckert, Esq.
  Assistant United States Attorneys
  Criminal Division
  601 D Street, NW, Room 5802
  Washington, D.C. 20004

  I FURTHER CERTIFY THAT the foregoing was served this 24${}^{th}$ day of October, 2007, via First-class mail, postage prepaid, upon the following:

  Arthur B. Spitzer, Esq.
  American Civil Liberties Union
    of the National Capital Area
  1400 20${}^{th}$ Street, N.W., Suite 119
  Washington, DC 20036

           _____/s/_____
           Peter V. Taylor

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PATICK SYRING,<br><br>                Defendant. | No. 07-cr-204 (CKK) |

**UNOPPOSED MOTION OF THE AMERICAN CIVIL
LIBERTIES UNION OF THE NATIONAL CAPITAL AREA
FOR LEAVE TO FILE MEMORANDUM AS *AMICUS CURIAE***

The American Civil Liberties Union of the National Capital Area hereby moves for leave to file a memorandum of points and authorities in this action as *amicus curiae*, supporting the defendant's recently-filed motion to dismiss the indictment.

Counsel for the defendant has authorized the undersigned to state that the defendant consents to the granting of this motion, and will not oppose a motion by the government to extend its time to respond to the pending motion to dismiss.

Counsel for the United Sates has authorized the undersigned to state that the government takes no position on this motion.

**Points and Authorities**

The American Civil Liberties Union of the National Capital Area ("ACLU-NCA") is the local affiliate of the American Civil Liberties Union, a nationwide, non-profit membership organization with more than 500,000 members that, from its founding in 1920, has been devoted to protecting and expanding the constitutional rights of all Americans, particularly their rights to freedom of expression under the First Amendment.

In that cause, the ACLU-NCA has often litigated in this jurisdiction, on the criminal as well as on the civil side, when First Amendment rights have been threatened.

This criminal prosecution for pure speech recently came to our attention. Upon examining the indictment, it appears to us that the statements alleged to have been made by the defendant, while loathsome and detestable, were not criminal acts within the meaning of the relevant federal statutes, and, more important, could not form the basis for a criminal conviction without violating the First Amendment.

While the defendant here is well represented, we hope that our proposed brief will be of assistance to the Court in analyzing the important issues this case presents.

## Conclusion

For the reasons stated above, the motion should be granted.

A proposed order, filed herewith, grants the ACLU-NCA leave to file a memorandum within two weeks of the Court's order, and also enlarges the government's time to respond to the defendant's motion to dismiss until two weeks after the ACLU-NCA's memorandum is filed.

Respectfully submitted,

/s/ *Arthur B. Spitzer*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, DC 20036
Tel: (202) 457-0800
Fax: (202) 452-1868
E-mail: artspitzer@aol.com

Counsel for *Amicus Curiae*

October 22, 2007

# EXHIBIT B

Case 1:07-cr-00204-CKK   Document 17-3   Filed 10/24/2007   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PATICK SYRING,<br><br>                Defendant. | No. 07-cr-204 (CKK) |

**ORDER**

Upon consideration of the Unopposed Motion of the American Civil Liberties Union of the National Capital Area for Leave to File Memorandum as Amicus Curiae, it is hereby

ORDERED that the motion is granted, and the American Civil Liberties Union of the National Capital Area may file a memorandum of points and authorities in this action, as *amicus curiae*, within two weeks of the entry of this order; and it is further

ORDERED that the government's time in which to respond to the defendant's pending motion to dismiss the indictment is hereby enlarged until a date two weeks after the filing and service of the memorandum of the *amicus curiae*.

October _____, 2007

                                                                                     Colleen Kollar-Kotelly
                                                                                     United States District Judge