THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : 07-204 (CKK) |
| | : | |
| v. | : | |
| | : | |
| PATRICK SYRING, | : | |
| Defendant. | : | |
| | : | |
| | : | |

## GOVERNMENT'S RESPONSE TO THE MOTION OF THE AMERICAN CIVIL LIBERTIES UNION OF THE NATIONAL CAPITAL AREA FOR LEAVE TO FILE MEMORANDUM AS *AMICUS CURIAE*

The United States of America, by and through the undersigned counsel, hereby advises that it takes no position with regard to this pending motion. Further, the government submits that the facts supporting the indictment are straightforward and the legal issues presented in Defendant's motion to dismiss are not so novel or complex that intervention by movant American Civil Liberties Union is necessary to assist the court.[1] At the same time, in the event the court grants movant's request to file a memorandum as *amicus curiae*, the United States seeks an order extending the government's time to respond to Defendant's motion to dismiss until two weeks after movant's motion is filed. The government also respectfully requests that the tentative trial date be unaffected by the filing of the additional pleadings.

---

[1] As the government will argue in its response to Defendant's motion to dismiss, the law is unwavering that the issue whether Defendant's communications constitute a true threat that is not constitutionally protected is a question of fact for the jury. *E.g.*, Alexander v. United States, 418 F.2d 1203, 1206-07 (D.C. Cir. 1969).

- 2 -

_____Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

RENA J. COMISAC
ACTING ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION


_____
Julieanne Himelstein (Bar # 417136)
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530


_____
Mark Blumberg
Special Litigation Counsel
Karen Ruckert
Trial Attorney
United States Department of Justice
Civil Rights Division
601 D Street, NW Fifth Floor
Washington, D.C. 20004