UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICK SYRING,<br><br>  Defendant. | Criminal Action No. 07-204 (CKK) |

**FILED**
OCT 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(October 25, 2007)

On October 24, 2007, the American Civil Liberties Union of the National Capital Area ("ACLU-NCA") filed an Unopposed Motion for Leave to File Memorandum as *Amicus Curiae*.[1] The ACLU-NCA's Motion requests leave to file an *amicus* brief in this action within two weeks of the entry of the Court's order granting the ACLU-NCA's Motion, and further requests that the Government's time in which to respond to Defendant's pending Motion to Dismiss the Indictment be enlarged until two weeks after the ACLU-NCA's filing of its *amicus* brief. The Court notes that the Government's Opposition to Defendant's Motion to Dismiss is currently due tomorrow, October 26, 2007, and that Defendant's Reply in support of his Motion to Dismiss is currently due on November 9, 2007. This briefing schedule was set by the Court, at the request of the parties. Furthermore, this briefing schedule specifically contemplated that the Motion to Dismiss would be ripe in advance of the November 20, 2007 Status Conference in this matter, so

---

[1] The ACLU-NCA's Motion was filed as an Exhibit to a [17] Notice filed by Defendant, as the Court's electronic filing system does not allow non-parties to make electronic filings in criminal cases. *See* [17] Def.'s Notice of Filing at 1-2.

1

that the Court could resolve the Motion to Dismiss prior to that Status Conference or could use the Status Conference as a Motions Hearing, if necessary. The filing dates proposed by the ACLU-NCA would delay the briefing in connection with Defendant's Motion to Dismiss far beyond the November 20, 2007 Status Conference. The ACLU-NCA's proposed filing dates are likewise problematic because the Government has filed three Motions in Limine in this action, which are currently pending. In the event that the Indictment is not dismissed, Defendant will be required to respond to those Motions, the Court will be required to resolve them, and the Court will be required to conduct additional pre-trial procedures, before commencing the trial in this action during the week of January 7, 2008.

Accordingly, it is, this 25th day of October, 2007, hereby

**ORDERED** that the current briefing schedule with respect to Defendant's Motion to Dismiss the Indictment remains in effect. Therefore, the Government shall file its Opposition by October 26, 2007, and Defendant shall file his Reply by November 9, 2007; it is further

**ORDERED** that the ACLU-NCA's Motion for Leave to File Memorandum as *Amicus Curiae* is GRANTED. The ACLU-NCA may file an *amicus* brief in this action on or before November 1, 2007–i.e, within **one** week of the entry of this Order; it is further

**ORDERED** that, in the event that the Government wishes to respond to discrete additional issues raised by the ACLU-NCA's *amicus* brief, it shall file a response to that brief on or before November 7, 2007; it is further

**ORDERED** that, if the Government files such a response, Defendant shall incorporate his response to that filing in his Reply in support of his Motion to Dismiss, due November 9, 2007; it is further

**ORDERED** that a Status Conference shall occur in this action, as previously scheduled, at 9:30 a.m. on Tuesday, November 20, 2007.

**SO ORDERED**.

                                                                                                                   /s/
                                                          COLLEEN KOLLAR-KOTELLY
                                                          United States District Judge