UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PATICK SYRING,<br><br>         Defendant. | No. 07-cr-204 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk will please note the appearance in this action of the undersigned as counsel for *amicus curiae* American Civil Liberties Union of the National Capital Area, by leave of Court granted October 25, 2007 [Order, Dkt. #19].

Respectfully submitted,

/s/ *Arthur B. Spitzer*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, DC 20036
Tel: (202) 457-0800
Fax: (202) 452-1868
E-mail: artspitzer@aol.com

Counsel for *Amicus Curiae*
American Civil Liberties Union
of  the National Capital Area

October 25, 2007