THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. : 07-204 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **PATRICK SYRING,** | : | |
| Defendant. | : | |
| | : | |
| | : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT

The United States of America, by and through the undersigned counsel, respectfully requests the Court to permit filing of the attached amended pleading pursuant to Rule 47(g) of the Rules of the United States District Court for the District of Columbia. In addition, the government requests the court to strike the original pleading, filed October 26, 2007, entitled Government's Response to Defendant's Motion to Dismiss the Indictment. This amendment is sought in order to bring the pleading into compliance with the Notice Regarding Privacy and Public Access to Electronic Criminal Case Files of this Court. Defense counsel has indicated that they do not oppose the request to file an amended pleading or the request to strike the pleading filed on October 26, 2007.

- 2 -

_____ Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

RENA J. COMISAC
ACTING ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION


_____
Julieanne Himelstein (Bar #417136 )
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530


_____
Mark Blumberg
Special Litigation Counsel
Karen Ruckert
Trial Attorney
United States Department of Justice
Civil Rights Division
601 D Street, NW Fifth Floor
Washington, D.C. 20004