UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PATRICK SYRING,<br><br>Defendant. | Criminal Action No. 07-204 (CKK) |

# ORDER
(November 19, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 19th day of November, 2007 hereby

**ORDERED** that [11] Defendant's Motion to Dismiss the Indictment is DENIED.

**SO ORDERED**.

／s／
COLLEEN KOLLAR-KOTELLY
United States District Judge