UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　v.<br><br>PATRICK SYRING,<br><br>　Defendant. | Criminal Action No. 07-204 (CKK) |

**ORDER**
(November 20, 2007)

The Court held a Status Conference on the record in this matter at 9:30 a.m. on Tuesday, November 20, 2007, with counsel for all parties and the Defendant in attendance.  As set forth during that Status Conference, it is this 20th day of November, 2007, hereby

**ORDERED** that counsel for Defendant shall make efforts to ascertain whether he will be available for trial on the previously set trial date of January 7, 2007, and shall discuss with the District Court in North Carolina the possibility of rescheduling a potentially conflicting trial, it is further

**ORDERED** that, on or before November 27, 2007, Defendant shall file a motion with the Court regarding a potential interlocutory appeal of the Court's November 19, 2007 Memorandum Opinion and Order denying Defendant's Motion to Dismiss the Indictment.  The Government shall file its response to Defendant's motion regarding an interlocutory appeal on or before December 4, 2007; it is further

**ORDERED** that, on or before November 30, 2007, Defendant shall file his response to the three pending Motions in Limine filed by the Government; it is further

**ORDERED** that Defendant shall file any substantive motions or motions in limine on or

before November 30, 2007 and, in the event that the Government wishes to file an additional motion in limine, it shall do so on or before November 30, 2007; it is further

**ORDERED** that, on or before December 7, 2007, the Government shall file its response to any substantive motions or motions in limine filed by Defendant, and Defendant shall file his response to any additional motion in limine filed by the Government; it is further

**ORDERED** that, on or before December 7, 2007, the parties shall jointly file with the Court a proposed neutral Statement of the Case, as well as a list of requested Voir Dire questions. The parties' proposed Voir Dire questions shall clearly distinguish those agreed upon from those not agreed upon. If one party objects to a Voir Dire question or a portion of the proposed Statement of the Case, it shall note and provide support for its objections. All objections and/or proposed changes shall be formatted in italicized type to highlight the dispute for the Court. In addition to filing these documents via ECF, the parties shall provide the Court with a computer disk containing an electronic copy of each document in Word Perfect format, or shall e-mail an electronic version of each document to chambers (call chambers at 202-354-3340 for e-mail address); it is further

**ORDERED** that, on or before December 17, 2007, the parties shall jointly file with the Court their proposed Jury Instructions, paying special attention to any non-standard instructions. Again, the Jury Instructions shall be filed via ECF and the parties shall provide the Court with a computer disk containing an electronic copy of the Jury Instructions in Word Perfect format, or shall e-mail an electronic version of each document to chambers. In addition, if either party objects to an instruction or portion thereof, it shall note its objection, and shall highlight its objection and/or proposed change by formatting it in italicized type. If necessary, the parties

shall also file any legal briefing regarding their proposed Jury Instructions on or before December 17, 2007, it is further

**ORDERED** that a Full Status Conference shall be held in this matter at 4:30 p.m. on Thursday, December 13, 2007; a second Status Conference shall be held in this matter at 9:30 a.m. on Thursday, January 3, 2008.

**SO ORDERED**.

                 /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge