IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07-204 (CKK) |
| ) | |
| PATRICK SYRING, ) | |
| ) | |
| Defendant ) | |

### NOTICE OF NON-PURSUIT OF INTERLOCUTORY APPEAL

COMES NOW the Defendant, Patrick Syring, by his undersigned counsel, and hereby notifies the Court and counsel that, after researching the standard applicable to interlocutory appeals of non-final orders in criminal cases, he has decided not to apply for permission to seek an interlocutory appeal of the denial of his Motion to Dismiss.

Dated this 27th day of November, 2007.

Respectfully submitted,

SCHERTLER & ONORATO, L.L.P.

/s/
David Schertler (#367203)
Peter V. Taylor (#419524)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Counsel for Mr. Patrick Syring*

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY THAT the foregoing was, this 27th day of November, 2007 sent, via ECF, to the following:

    Julieanne Himelstein, Esq.
    Assistant United States Attorney
    Federal Major Crimes Section
    United States Attorney's Office
        for the District of Columbia
    555 Fourth Street, NW, 4th Floor
    Washington, DC 20530

    Mark Blumberg, Esq.
    Special Litigation Counsel
    Karen Ruckert, Esq.
    Trial Attorney
    U.S. Department of Justice
    Civil Rights Division
    601 D Street, NW, Fifth Floor
    Washington, D.C.  20004

                                                _____/s/_____
                                                Peter V. Taylor