IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07-204 (CKK) |
| ) | |
| PATRICK SYRING, ) | |
| ) | |
| Defendant ) | |

## PRAECIPE

COMES NOW the Defendant, Patrick Syring, by his undersigned counsel, and hereby notifies the Court and counsel that, pursuant to the Court's Order of November 20, 2007, we have moved the Court in the Eastern District of North Carolina to continue the trial of the six co-defendant case we have there, currently scheduled to begin on January 8, 2008. We indicated in that motion that that trial conflicts with the trial scheduled in this case. The Judge in that case has scheduled a status hearing for next Wednesday, December 5, at which we expect him to rule on our motion to continue that trial. After we have that ruling, we will report to this Court whether we still have a scheduling conflict.

Dated: November 30, 2007

Respectfully submitted,

SCHERTLER & ONORATO, L.L.P.

_____/s/_____
David Schertler (#367203)
Peter V. Taylor (#419524)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Counsel for Mr. Patrick Syring*