IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Criminal No. 07-204 (CKK) |
| | ) | |
| **PATRICK SYRING,** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION *IN LIMINE* TO EXCLUDE IMPROPER EVIDENCE OF DEFENDANT'S CHARACTER

COMES NOW the Defendant, Patrick Syring, by his undersigned counsel, and hereby submits this Response to the Government's Motion *in Limine* to Exclude Improper Evidence of Defendant's Character ("Motion"). As this Court held in *United States v. Brown,* 503 F.Supp.2d 239, 240 and n.1 (D.D.C. 2007), "such evidentiary decisions" as the government seeks in this Motion "are not yet ripe." Nonetheless, this response addresses some of the issues raised by the government.

**I.   Mr. Syring's Professional Accomplishments, Including Awards and Commendations he Received, may Well be Relevant to Pertinent Character Traits.**

The government concedes that Mr. Syring "may properly seek to introduce evidence that he is of a peaceful and law-abiding character." Motion at 2. Indeed, an "accused may elect to advance one or more of his character traits as evidence of his innocence." *United States v. Lewis,* 482 F.2d 632, 637 (D.C. Cir. 1973) (fn. omitted). "Good-character evidence may of itself generate a reasonable doubt as to guilt, and the accused is entitled to have the jury so instructed." *Id.* (fns. omitted).

The government argues, however, that Mr. Syring's "professional accomplishments, including awards and commendations, [are] not relevant . . ." Motion at 2. We submit that, to the extent such accomplishments, awards and commendations go to the issues of Mr. Syring's peacefulness, his law-abiding character, or his good-character, they are relevant to an "essential element of a . . . defense, in which case a defendant may provide proof of specific instances of that person's conduct, *see* Fed.R.Evid. 405(b) . . ." *Brown*, 503 F.Supp.2d at 241 (internal quotation marks omitted); *see also id.* at 244 (same). In *Brown,* this Court recognized that, in some Circuits, a defendant may himself testify as to his specific instances of conduct as proof that he possesses a relevant character trait, such as peaceableness. *Id.* at 244 (citing *United States v. Giese,* 597 F.2d 1170, 1190 (9th Cir.), *cert. denied,* 444 U.S. 979 (1979)). *See also, United States v. Powers,* 622 F.2d 317, 324 n.10 (8th Cir.), *cert. denied,* 449 U.S. 837 (1980) (same).

Thus, the government's argument for categorically excluding all evidence of the professional accomplishments, awards and commendations earned by Mr. Syring over his career with the U.S. State Department is overly broad and should, therefore, be rejected.

**II.     The Government Errs in its Argument Concerning Method of Proof Under Rule 405.**

For these same reasons, the government's argument in Section II of its Motion, concerning method of proof, is also in error. The government there argues that character traits "pertinent in this case, including peacefulness, should be presented only through reputation and opinion testimony, rather than through testimony concerning specific acts." Motion at 3-4. Again, as this Court recognized in *Brown,* and as made explicit in F.R.E. 405(b), a defendant

2

may provide proof of specific instances of his conduct when that evidence is relevant to an essential element of a defense.

## CONCLUSION

For the reasons discussed herein, Mr. Syring respectfully suggests that the issues presented by the Motion are not currently ripe for decision. In any event, the government errs when it suggests that Mr. Syring may not provide proof of specific instances of his conduct when that evidence is relevant to an essential element of a defense. Therefore, the government's motion should be denied.

Dated: November 30, 2007            Respectfully submitted,

SCHERTLER & ONORATO, L.L.P.

_____/s/_____
David Schertler (#367203)
Peter V. Taylor (#419524)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Counsel for Mr. Patrick Syring*