UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>PATRICK SYRING,<br><br>  Defendant. | Criminal Action No. 07-204 (CKK) |

**FILED**

DEC - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

**AMENDED SCHEDULING ORDER**
(December 7, 2007)

The Court held a conference call on the record on December 7, 2007, with counsel for both parties participating. As set forth during that conference call, the trial date of January 7, 2008 is hereby VACATED. A conflict has arisen between that trial date and the trial date of a six co-defendant criminal case pending in the Eastern District of North Carolina, in which Defendant's Counsel–David Schertler, Esq.–is also serving as counsel. During the December 7, 2007 conference call, Mr. Schertler described the outcome of a hearing in the North Carolina case held on December 5, 2007, and the Court requested that Mr. Schertler file an affidavit setting forth the specifics of the conflict and his efforts to resolve it. Also during the December 7, 2007, the Court amended a number of previously set scheduling deadlines.

Accordingly, it is this 7th day of December, 2007, hereby

**ORDERED** that Mr. Schertler shall file his affidavit describing the conflict between the trial date in this case and the North Carolina case on or before December 14, 2007. Upon receipt of that affidavit, the Court shall enter an order respecting the Speedy Trial Act issues in this case; it is further

**ORDERED** that the previous Scheduling Order entered November 20, 2007 is hereby AMENDED, and the following dates are set:

1. Responses to all outstanding motions in limine, as well as Defendant's Application for a Fed. R. Crim. P. 17(c) Subpoena Duces Tecum, shall be filed on or before December 28, 2007;

2. On or before December 28, 2007, the parties shall file briefing regarding the point of view to be applied by the jury in determining what constitutes a threat;

3. The parties' joint proposed voir dire and neutral statement of the case shall be filed on or before January 4, 2008;

4. The status conferences in this matter scheduled for Thursday, December 13, 2007 at 4:30 p.m. and Thursday, January 3, 2008 at 9:30 a.m. shall be held as scheduled;

5. A due date for the parties' proposed jury instructions shall be set once the trial date is confirmed; and

6. The trial in this case is tentatively scheduled for the week of March 18, 2008, however, the parties are instructed to leave open the weeks of February 11, February 19, and February 25, 2008, in case the trial in the case can be moved up.

**SO ORDERED.**

_/s/_
COLLEEN KOLLAR-KOTELLY
United States District Judge