**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Criminal No. 07-204 (CKK) |
| | ) |
| PATICK SYRING, | ) |
| | ) |
| Defendant | ) |

## DECLARATION OF DAVID SCHERTLER

I, DAVID SCHERTLER, pursuant to 28 U.S.C. § 1746, state the following:

1. My name is David Schertler and I am an attorney licensed to practice law in the District of Columbia. I am over 21 years of age. I am providing this declaration to the Court pursuant to the Court's order of December 7, 2007.

2. I am lead defense counsel in the above-captioned case. I have been representing Mr. Syring since he first learned of this investigation in approximately September of 2006.

3. I am also lead defense counsel for my client, Barry C. Maloney, Esq., one of seven co-defendants in the case of *United States v. Michael Lomas, et al.,* 5:07-CR-117-3BR (E.D.N.C – Western Div.). When I was retained in the *Maloney* case, a trial date had not yet been set in the *Syring* case, but there was a pre-existing trial date in the *Maloney* case of December 4, 2007. This representation was made to the Court in a pleading on behalf of Mr. Syring in which counsel asked that the *Syring* trial be set no earlier than January 2008.

4. Due to the voluminous discovery produced by the government in *Lomas,* all seven defendants in that case moved the Court to continue the *Lomas* trial from December 4, 2007 until April 2008.

5. On October 10, 2007, without consulting any counsel in the *Maloney* case as to their trial schedules, the Court granted the Defendants' Motion for Continuance in part, but *sua sponte* set the new trial date for January 8, 2008, rather than for the April, 2008 term that had been requested by the defendants. Less than one week later, this Court, in response to the motion filed earlier on behalf of Mr. Syring, set a tentative trial date in the *Syring* case of January 7, 2008.

6. Pursuant to this Court's directive, I filed a Motion to Continue Trial Date and Incorporated Memorandum in the *Lomas* case on November 20, 2007, noting in that Motion the conflicting trial dates that that Court's October 10, 2007 Order had created and, again, asked that Court to continue the *Lomas* trial until April, 2008. Five other defendants joined in that Motion, due to the voluminous amount of discovery that still needs to be reviewed by the defendants in *Lomas*.

7. On December 5, 2007, the Court in the *Maloney* case conducted a status hearing at which my Motion to Continue the Trial Date was argued (I had also moved to have Mr. Maloney's case severed from that of his co-defendants, and to transfer his case to this District, which – if granted – would also have obviated the scheduling conflict). At that status hearing, Judge Britt orally denied that Motion to Continue (as well as all other defense motions). In addition, he moved the *Lomas* trial up one day, and it is now scheduled to begin January 7, 2008.

8. At the status hearing last week in *Lomas,* the government estimated that its case would take about three weeks to put on. To date, there has been no discussion among defendants

as to how long their defenses will take to put on, but I reasonably expect the defense case will also take two-to-three weeks, for a total of approximately five-to-six weeks.

I declare, under penalty of perjury, that the foregoing is true and correct.

    Executed this 13th day of December, 2007.

                                              /s/
                              DAVID SCHERTLER