CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 07-204
)
_Patrick Syring_ )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge