UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 07-204 |
| | : | Judge Colleen Kollar-Kotelly |
| PATRICK SYRING | : | |
| Defendant | : | |

**FILED**

JAN - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The probation office shall file its Presentence Report by no later than MARCH 14, 2008.

The parties shall file its Memorandum in Aid of Sentencing by no later than MARCH 28, 2008, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on APRIL 10, 2008 AT 9:00 A.M.

IT IS SO ORDERED,

Date: Jan. 4, 2008

Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers
      Files
      Probation
      Julieanne Himelstein, Karen Ruckert, Mark Blumberg, AUSA
      David Schertler and Peter Taylor, Esquires
      Probation
      Pretrial