THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : 07-204 (CKK) |
| | : | |
| v. | : | |
| | : | |
| PATRICK SYRING, | : | |
| Defendant. | : | |
| | : | |
| | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, by and through the undersigned counsel, respectfully requests the Court to move the date for sentencing in this case from April 10, 2008 to April 11, 2008. One of the government's witnesses will be out of the country on April 10th. Defense counsel has indicated that they do not oppose the request and are available on April 11th.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

GRACE CHUNG BECKER
ACTING ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

_____
Julieanne Himelstein (Bar # )
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

- 2 -

        _____
Mark Blumberg
Deputy Chief
Karen Ruckert
Trial Attorney
United States Department of Justice
Civil Rights Division
601 D Street, NW Fifth Floor
Washington, D.C. 20004