UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
v. :
: Criminal Action No. **07cr204**   :
**PATRICK SYRING,** :
:
Defendant :
:

### ORDER

This matter comes before the Court on the Government's Unopposed Motion to Continue Sentencing for one day, from Thursday, April 10, 2008, to Friday, April 11, 2008.

Accordingly, it is this <u>13th</u> day of February, 2008, hereby

**ORDERED** that the <u>SENTENCING</u> in the above-captioned case, previously set for April 10, 2008, is <u>RESCHEDULED for Friday, April 11, 2008, at 2:00 p.m.</u> in Courtroom 28A.

/s/
_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge