THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. : 07-204 (CKK) |
| v. | : |
| PATRICK SYRING, | : |
| Defendant. | : |

**FILED**

MAR 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### EMERGENCY MOTION FOR REVOCATION OF RELEASE CONDITIONS AND REQUEST FOR PRE-SENTENCE DETENTION

The United States, by its undersigned counsel, respectfully requests that this Honorable Court issue an order to revoke Patrick Syring's conditions of release pursuant to 18 U.S.C. Section 3148 (b)(1)(A) and 18 U.S.C. Section 3148 (b)(1)(B), and issue a warrant for his arrest. Further, the United States requests that the Court detain defendant pending sentencing pursuant to those sections due to his violation of the "no contact" provisions of his pre-sentence release order by issuing threats to Dr. James Zogby which are identical to those which formed the factual basis of his recent guilty plea. Defendant has demonstrated that there are no conditions or combinations of conditions of release that will assure that he will not pose a danger to the safety of any person or the community. Moreover, defendant's actions demonstrate a willingness to violate the release conditions issued by this Court, thus supporting a finding that he is unlikely to abide by any condition or combination of conditions of release. In support, the United States states:

    1. On January 3, 2008, the defendant, Patrick Syring, pled guilty before the Honorable

Judge Colleen Kollar-Kotelly for violating 18 U.S.C. Section 245(b)(2) for interfering with federally protected rights. Syring acknowledged issuing several racially motivated threatening communications to the Arab American Institute ("AAI"), its director and staff during in July 2006. The centerpieces of the threats were the phrases: "the only good Arab is a dead Arab. The only good Lebanese is a dead Lebanese."

2. Dr. James Zogby, AAI's director, conducts a weekly television show on current events and issues that pertain to the Arab American community that airs on Link TV. Link TV is broadcast on the Direct TV network, airs on Thursday evenings between 5:00 - 6:00 pm east coast time, and has international dissemination. On Thursday, March 13, 2008, Dr. Zogby conducted his show which included interviews with his guests Nathan Brown of the Carnegie Endowment for International Peace and presidential candidate Ralph Nader.

3. Shortly thereafter, Link TV received an e-mail from pat1425@hotmail.com. The e-mail identifies its sender as Mr. Patrick Syring. In a pre-indictment, voluntary interview with the FBI, the defendant admitted to using this e-mail address to send the e-mails which formed the basis of his Indictment. As part of his plea before Judge Kollar-Kottelly, the defendant admitted to sending the threatening e-mails using the same e-mail address. The March 13 e-mail, sent at 9:38 pm read as follows:

```
-----Original Message-----
From: owner-programfeedback1@linktv.org
[mailto:owner-programfeedback1@linktv.org] On Behalf Of contact@linktv.org
Sent: Thursday, March 13, 2008 9:38 PM
To: programfeedback1@linktv.org
```

```
Subject: [Program Feedback 1] FEEDBACK: Program Feedback

EMAIL: pat1425@hotmail.com

PREFIX: Mr.

FIRSTNAME: Patrick

MIDDLEINITIAL:

LASTNAME: Syring

SUFFIX:

ADDRESS:

ADDRESS2:

CITY:

COUNTRY: US

STATE_PROVINCE:

POSTAL_CODE: 22201-4614

SUBJECT: Program Feedback

PROGRAM: Viewpoint

MESSAGE: I condemn Link TV and James Zogby for advocacy of Arab terrorism.

Link TV and James Zogby promote the interests of Hezbollah, Hamas and Arab terror.

Link TV and James Zobgy are Arab terroists.

The only good Arab is a dead Arab.

The only good Lebanese is a dead Lebanese.

May God destroy Lebanon and Palestine, and May God preserve the State of Israel and its Defense Forces (IDF).

USECOMMENT: YES

CONTACT_DATE: Thu, 13 Mar 2008 21:38:01 -0700

IP: 76.111.92.51

FORM_URL: http://www.linktv.org/contactus USER AGENT: Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.8.1.12) Gecko/20080201 Firefox/2.0.0.12
```

4. The phrases: "The only good Arab is a dead Arab. The only good Lebanese is a dead Lebanese" are identical those which formed the basis of the Indictment to which the defendant pled guilty. At his plea, the defendant admitted that he sent e-mails with that language to Dr. Zogby with the intent to scare him and because of his work advocating on behalf of Arab Americans.

5. While the March 13 e-mail was not sent directly to AAI, the circumstances of the communication leads to the firm conclusion that the defendant's intent was to communicate another threat to Dr. Zogby. See United States v. Vartanian, 245 F.3d 609 (6th Cir. 2001) (defendant's racially motivated threats to real estate agents selling house to African-American family were actionable even though family was not present at the time since the defendant's obvious intent was to protest action of buyers). The e-mail was sent with hours after Dr. Zogby's broadcast, Zogby has a regular, ongoing relationship with TV Link, the e-mail identifies Zogby by name, refers to Zogby as an "Arab Terrorist" and the threatens that the only good Arab is a dead Arab. In addition, Syring admitted at his plea hearing that he knew Dr. Zogby was Lebanese and that his references to dead Lebanese in his earlier threats were made because of Zogby's heritage.

6. The defendant was subject to a strict "no contact" condition of his pre-trial release. At the plea hearing, the government asked the Court to reiterate the requirement to the defendant and the Court conveyed the message unequivocally. Here, despite acknowledging his obligations in open court to Judge Kollar-Kottelly, the defendant intentionally sent a message he knew would be delivered to the victim of his crime. Accordingly, the Court should find that there is clear and convincing evidence that defendant has violated his release conditions under 18 U.S.C. Section

3148(b)(1)(B). Worse, under the circumstances, the March 13, 2008 e-mail is a separate, prosecutable threat in violation of 18 U.S.C. Sections 245 and 875. Here, probable cause exists to believe that defendant has committed a new federal crime while on release, pursuant to 18 U.S.C. Section 3148(b)(1)(A).

7. The defendant has engaged, while awaiting sentencing, in felony conduct that demonstrates instability and the propensity toward dangerousness. Beyond being criminal, the conduct demonstrates disregard for the authority of the Court and an obvious willingness to court additional prosecution. The e-mail was hardly surreptitious. Instead, the defendant openly challenged the government and the Court to curb behavior which he has no interest in controlling.[1]

8. As such, the only remedy to insure the safety of the victim and stem the defendant's behavior is to revoke his bond and incarcerate him. At this stage of the proceedings, there is no other mechanism available to prevent him from further threatening victims who have an absolute right to be free from the defendant's criminal behavior. Because there are no release conditions that will assure that defendant will not flee or pose a danger to the safety of Dr. Zogby or of any other person or the community, and because defendant has demonstrated an unwillingness to abide by the conditions of his release, his detention pending sentencing is warranted.

WHEREFORE, the United States respectfully requests that this Honorable Court immediately revoke the defendant's conditions of release, issue a warrant for his arrest, and order

---

[1] The defendant is more than capable of controlling his behavior. On December 20, 2007 and March 10, 2008, he sent e-mails to Link TV demanding that they stop broadcasting "hatred" and "anti-semitic programming." Neither e-mail contained threats or references to Dr. Zogby.

that he be incarcerated pending sentencing at which time, the sentencing court will consider appropriate punishment.

Sincerely yours,

JEFFREY TAYLOR
UNITED STATES ATTORNEY

By: _____
Julieanne Himelstein
Assistant United States Attorney


GRACE CHUNG BECKER
ACTING ASSISTANT ATTORNEY
GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

By: _____
Mark Blumberg
Deputy Chief, Criminal Section

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. : 07-204 (CKK) |
| v. | |
| PATRICK SYRING, | |
| Defendant. | |

**[PROPOSED] ORDER**

HAVING CONSIDERED the United States's Emergency Motion for Revocation of Release Conditions and Request for Pre-sentence Detention, and being familiar with the file and the relevant law, and finding that probable cause exists to believe that defendant has committed a federal crime while on release, and that clear and convincing evidence exists that defendant has violated the conditions of his release, and further finding that there is no condition or combination of conditions of release that will assure that defendant will not flee or pose a danger to the safety of any person or the community, and finding that defendant is unlikely to abide by any condition or combination of conditions of release,

THE COURT FURTHER ORDERS THAT Patrick Syring's conditions of release are hereby revoked and he is to be detained pending sentencing in the above-captioned matter.

Dated this ___ day of _____, 2008.

- 8 -

                                                _____
                                                HON. COLLEEN KOLLAR-KOTELLY
                                                U.S. District Judge

cc:      David Schertler, Esq.
           Peter V. Taylor, Esq.
           601 Pennsylvania Avenue, NW
           North Building, 9th Floor
           Washington, D.C. 20004

           Arthur B. Spitzer, Esq.
           American Civil Liberties Union
               of the National Capital Area
           1400 20th Street, NW, Suite 119
           Washington, DC 20036

           Julieanne Himelstein, Esq.
           Assistant United States Attorney
           Federal Major Crimes Section
           United States Attorney's Office
               For the District of Columbia
           555 Fourth Street, NW 4th Floor
           Washington, DC 20530


           Mark Blumberg, Esq.
           Special Litigation Counsel
           Karen Ruckert, Esq.
           Trial Attorney
           United States Department of Justice
           Civil Rights Division
           601 D Street, NW Fifth Floor
           Washington, D.C. 20004