- 11 -

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. : 07-204 (CKK) |
| PATRICK SYRING, : | |
| Defendant. : | |

**FILED**

MAR 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### [PROPOSED] ORDER

HAVING found that clear and convincing evidence exists to find that defendant has violated the conditions of release in the above-captioned matter,

THE COURT HEREBY ORDERS THAT a warrant for the arrest of Patrick Syring is issued.

Dated this 20th day of March, 2008.

_____
HON. COLLEEN KOLLAR-KOTELLY
U.S. District Judge

cc:  David Schertler, Esq.
    Peter V. Taylor, Esq.
    601 Pennsylvania Avenue, NW
    North Building, 9th Floor
    Washington, D.C. 20004

    Arthur B. Spitzer, Esq.
    American Civil Liberties Union



- 12 -

      of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036

Julieanne Himelstein, Esq.
Assistant United States Attorney
Federal Major Crimes Section
United States Attorney's Office
      For the District of Columbia
555 Fourth Street, NW 4th Floor
Washington, DC 20530


Mark Blumberg, Esq.
Special Litigation Counsel
Karen Ruckert, Esq.
Trial Attorney
United States Department of Justice
Civil Rights Division
601 D Street, NW Fifth Floor
Washington, D.C. 20004