UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 07-204 (CKK) |
| PATRICK SYRING, | |
| Defendant. | |

**FILED**

MAR 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(March 20, 2008)

During a hearing in Court on the record on March 20, 2008, the Court granted the Government's Emergency Motion for revocation of release conditions and request for pre-sentence detention of Defendant, Patrick Syring. The Court is currently holding Defendant Syring without bond pending sentencing, and believes that Defendant Syring is currently being held at the D.C. Jail. Pursuant to 18 U.S.C. § 3552(c), and in accordance with the request made by the Government, without objection from Defendant, during the March 20, 2008 Court hearing on Defendant Syring's pre-sentence detention, the Court is requesting that a screening be conducted in the D.C. Jail as to Defendant Syring's mental health and the need for a further complete evaluation to address any issues relating to his sentencing as well as any possible danger to the community.

Accordingly, it is this 20th day of March, 2008, hereby

**ORDERED** that the U.S. Marshals deliver Defendant Syring to the Superior Court mental health cell block for a mental health screening on Wednesday, March 26, 2008 no later than 9:00 a.m.; it is further

**ORDERED** that the Forensic Legal Services Branch, Forensic Services St. Elizabeth's

Hospital, Department of Mental Health of the government of the District of Columbia conduct a screening of Defendant Syring's mental health, and the need for a further complete evaluation to address any issues relating to his sentencing as well as any possible danger to the community; it is further

**ORDERED** that Forensic Services shall then prepare a written report of their findings. The evaluation shall be faxed to Judge Kollar-Kotelly's chambers at (202) 354-3342 as soon as it is completed, in preparation for the hearing of Defendant Syring that day–Wednesday, March 26, 2008–at 1:00 p.m. The Court is attaching to this Order copies of the original Statement of Offense, which describes the threatening conduct at issue relating to the underlying offense to which Defendant Syring pled (18 U.S.C. § 245(b)(2)(C), Federally Protected Activities), as well as the Government's Emergency Motion, which details Defendant Syring's most recent conduct threatening in nature; it is further

**ORDERED** that the U.S. Marshals shall return Defendant Syring to this Court for his hearing at 1:00 p.m. on Wednesday, March 26, 2008.

**SO ORDERED**.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

March 20, 2008

Copies to:

Dr. Robert Benedetti
Branch Chief, Forensic Legal Services Branch

Julieanne Himelstein, Esq.
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20530

Mark David Blumberg, Esq.
U.S. Department of Justice
601 D Street, NW
Suite 5140
Washington, DC 20004

David Schertler
Schertler & Onorato, L.L.P.
601 Pennsylvania Avenue, NW
North Building-9th Floor
Washignton, DC 20004

Attachments:   Statement of Offense
               Emergency Motion

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | CRIMINAL NO. 07-204 (CKK) |
| v. : | |
| PATRICK SYRING, : | |
| Defendant. : | |

**FILED**
JAN - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

## STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of offense which the United States would have presented through competent evidence if this matter had gone to trial

From on and about July 17, 2006, until on and about July 29, 2006, Mr. W. Patrick Syring, did transmit four e-mail and three voice mail telephone communications to the offices of the Arab American Institute (AAI), located with in the District of Columbia. The communications were as follows:

At or about 11:17 p.m. on or about July 17, 2006, the following voice mail was recorded on the Arab American Institute's main telephone line at its Washington D.C. offices:

> This is Patrick Syring. I just read James Zogby's statements online on the MSNBC website, and I condemn him for his anti-Semitism and anti-American statements. The only good Lebanese is a dead Lebanese. The only good Arab is a dead Arab. Long live the IDF. Death to Lebanon and death to the Arabs.

At or about 11:21 p.m. on or about July 17, 2006, the following email was sent to the email addresses of Dr. James Zogby and Natasha Tynes at the Arab American Institute's Washington D.C. offices:

> From: Pat_ 1425 [mailto:pat_1425@hotmail.com]
> Sent: Monday, July 17, 2006 11:21 PM
> To: James Zogby; Natasha Tynes
> Subject: James Zogby's statement on MSNBC website (July 17)
>
> Zogby's anti-Semitic, anti-American statements (and those of the AAI in general) are abhorrent, repulsive and disgusting.
> The only good Lebanese is a dead Lebanese (as the IDF [the Israeli Defense Force] knows and is carrying out in its security operations, God bless them.)
>
> Fuck the Arabs and Fuck James Zogby and his wicked Hizbollah brothers. They will burn in hellfire on this earth and in the hereafter.

On or between July 18 or July 19, 2006, the following voice mail was left on the telephone extension of Valerie Smith at the Arab American Institute's Washington D.C. offices:

> Hello Valerie, you fucking Arab American shit. James Zogby and you are all Hezballah supporters. The only good Arab is a dead Arab...You God [inaudible] bitch.

At or about 12:32 a.m. on or about July 19, 2006, the following email was sent to the email address of Valerie Smith at the Arab American Institute's Washington D.C. offices:

> From: Pat_ 1425 [mailto:pat_1425@hotmail.com]
> Sent: Wednesday, July 19, 2006 12:32 AM
> To: Valerie Smith
> Subject: URGENT: Emergency Summit Registration for July 19
>
> You are a fucking anti-Semitic Arab-American stooge who sympathizes with Hezballah terror.
> You and your Arab American Institute fuckers should burn in the fires of hell for eternity. The IDF is bombing Lebanon back into the stone age where it belongs. Arabs are dogs.
>
> Long live the State of Israel. Death to Arab American terrorists. The only good Lebanese is a dead Lebanese.

At or about 12:35 a.m. on or about July 19, 2006, the following email was sent to the email address of Rebecca Abou-Chedid at the Arab American Institute's Washington D.C. offices:

> From: Patrick [mailto:pat1425@yahoo.com]
> Sent: Wednesday, July 19, 2006 12:35 AM
> To: Rebecca Abou-Chedid
> Subject: Information for Arab Americans
>
> You are a fucking Arab American terrorist, a Hezbollah sympathizer pig.
>
> James Zogby is a vile evil anti-Semitic pig terrorist member of Hezbollah who is attempting to destroy the State of Israel.
>
> God Bless America
> God Bless the State of Israel
>
> The only good Lebanese is a dead Lebanese [a smiley face graphic]

At or about 11:32 p.m. on or about July 19, 2006, the following voice mail was recorded on Arab American Institute's main telephone line at its Washington D.C offices:

> Hello, I'm Patrick I'm in Arlington VA, and I think James Zogby is worse than Osama bin Laden. Since he supports Hezballah, he's an anti-Semitic motherfucker, and the only good Arab is a dead Arab.

At or about 12:13 a.m. on or about July 29, 2006, the following email was sent to the email addresses of James Zogby, Helen Samhan, Nidal Ibrahim, Valerie Smith, and Rebecca Abou-Chedid at the Arab American Institute's Washington D.C. offices:

> From: Pat1425@yahoo.com [pat1425@yahoo.com]
> Sent: Saturday, July 29, 2006, 12:13AM
> To: James Zogby, Helen Samhan, Nidal Ibrahim, Valerie Smith, Rebecca Abou-Chedid
> Subject: AAI murders in Seattle on July 28
>
> I condemn James Zogby and the AAI for perpetrating the murder and shootings at the Jewish Federation in Seattle on Friday July 28 (as well as the killings in Israel).
>
> You wicked evil Hezbollah-supporting Arabs should burn in the fires of hell for

eternity and beyond. The United States would be safer without you.

God Bless the State of Israel
God Bless America

Sincerely,

Patrick in Arlington, VA.

Mr. Syring addressed those communications to the Director of the AAI, Dr James Zogby, and to several other persons employed by AAI, a non-profit organization that represented the interests of Arab Americans in the United States.

Mr. Syring willfully expressed a threat of force through his course of conduct and the specific language he included in those communications. Mr. Syring willfully sent those communications with the intent to either intimidate or interfere with Dr. Zogby and other AAI employees. Mr. Syring committed these acts because he objected to the way in which Dr. Zogby and his staff used their employment to advocate public positions in the media on behalf of AAI, thereby enjoying employment by AAI, a private employer; and because Dr. Zogby and his staff were people of Arab and Lebanese descent.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
BAR NO. 498610

By: JULIEANNE HIMELSTEIN
Assistant United States Attorney
D.C. Bar No #417136

Federal Major Crimes Section
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 514-8203
Julieanne.Himelstein@usdoj.gov


GRACE CHUNG BECKER
ACTING ASSISTANT UNITED STATES
ATTORNEY GENERAL FOR CIVIL RIGHTS

By: *[signature]*

Mark Blumberg
Deputy Chief, Criminal Section


### Defendant's Acceptance of Factual Proffer

I have read entirely this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. The facts set forth above are true and accurate. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: January 3, 2008

*[signature]*
W. Patrick Syring
Defendant

I am Patrick Syring's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him.

Date: January 3, 2008

*[signature]*
David Schertler, Esquire
Attorney for the Defendant

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : 07-204 (CKK) |
| v. | : | |
| PATRICK SYRING, | : | |
| Defendant. | : | |

**FILED**

MAR 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## EMERGENCY MOTION FOR REVOCATION OF RELEASE CONDITIONS AND REQUEST FOR PRE-SENTENCE DETENTION

The United States, by its undersigned counsel, respectfully requests that this Honorable Court issue an order to revoke Patrick Syring's conditions of release pursuant to 18 U.S.C. Section 3148 (b)(1)(A) and 18 U.S.C. Section 3148 (b)(1)(B), and issue a warrant for his arrest. Further, the United States requests that the Court detain defendant pending sentencing pursuant to those sections due to his violation of the "no contact" provisions of his pre-sentence release order by issuing threats to Dr. James Zogby which are identical to those which formed the factual basis of his recent guilty plea. Defendant has demonstrated that there are no conditions or combinations of conditions of release that will assure that he will not pose a danger to the safety of any person or the community. Moreover, defendant's actions demonstrate a willingness to violate the release conditions issued by this Court, thus supporting a finding that he is unlikely to abide by any condition or combination of conditions of release. In support, the United States states:

1. On January 3, 2008, the defendant, Patrick Syring, pled guilty before the Honorable

1

Judge Colleen Kollar-Kotelly for violating 18 U.S.C. Section 245(b)(2) for interfering with federally protected rights. Syring acknowledged issuing several racially motivated threatening communications to the Arab American Institute ("AAI"), its director and staff during in July 2006. The centerpieces of the threats were the phrases: "the only good Arab is a dead Arab. The only good Lebanese is a dead Lebanese."

2. Dr. James Zogby, AAI's director, conducts a weekly television show on current events and issues that pertain to the Arab American community that airs on Link TV. Link TV is broadcast on the Direct TV network, airs on Thursday evenings between 5:00 - 6:00 pm east coast time, and has international dissemination. On Thursday, March 13, 2008, Dr. Zogby conducted his show which included interviews with his guests Nathan Brown of the Carnegie Endowment for International Peace and presidential candidate Ralph Nader.

3. Shortly thereafter, Link TV received an e-mail from pat1425@hotmail.com. The e-mail identifies its sender as Mr. Patrick Syring. In a pre-indictment, voluntary interview with the FBI, the defendant admitted to using this e-mail address to send the e-mails which formed the basis of his Indictment. As part of his plea before Judge Kollar-Kottelly, the defendant admitted to sending the threatening e-mails using the same e-mail address. The March 13 e-mail, sent at 9:38 pm read as follows:

```
-----Original Message-----
From: owner-programfeedback1@linktv.org
[mailto:owner-programfeedback1@linktv.org] On Behalf Of contact@linktv.org
Sent: Thursday, March 13, 2008 9:38 PM
To: programfeedback1@linktv.org
```

2

```
Subject: [Program Feedback 1] FEEDBACK: Program Feedback

EMAIL: pat1425@hotmail.com

PREFIX: Mr.

FIRSTNAME: Patrick

MIDDLEINITIAL:

LASTNAME: Syring

SUFFIX:

ADDRESS:

ADDRESS2:

CITY:

COUNTRY: US

STATE_PROVINCE:

POSTAL_CODE: 22201-4614

SUBJECT: Program Feedback

PROGRAM: Viewpoint
```

MESSAGE: I condemn Link TV and James Zogby for advocacy of Arab terrorism.

Link TV and James Zogby promote the interests of Hezbollah, Hamas and Arab terror.

Link TV and James Zobgy are Arab terroists.

The only good Arab is a dead Arab.

The only good Lebanese is a dead Lebanese.

May God destroy Lebanon and Palestine, and May God preserve the State of Israel and its Defense Forces (IDF).

USECOMMENT: YES

CONTACT_DATE: Thu, 13 Mar 2008 21:38:01 -0700

IP: 76.111.92.51

FORM_URL: http://www.linktv.org/contactus USER AGENT: Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.8.1.12) Gecko/20080201 Firefox/2.0.0.12

4. The phrases: "The only good Arab is a dead Arab. The only good Lebanese is a dead Lebanese" are identical those which formed the basis of the Indictment to which the defendant pled guilty. At his plea, the defendant admitted that he sent e-mails with that language to Dr. Zogby with the intent to scare him and because of his work advocating on behalf of Arab Americans.

5. While the March 13 e-mail was not sent directly to AAI, the circumstances of the communication leads to the firm conclusion that the defendant's intent was to communicate another threat to Dr. Zogby. See United States v. Vartanian, 245 F.3d 609 (6th Cir. 2001) (defendant's racially motivated threats to real estate agents selling house to African-American family were actionable even though family was not present at the time since the defendant's obvious intent was to protest action of buyers). The e-mail was sent with hours after Dr. Zogby's broadcast, Zogby has a regular, ongoing relationship with TV Link, the e-mail identifies Zogby by name, refers to Zogby as an "Arab Terrorist" and the threatens that the only good Arab is a dead Arab. In addition, Syring admitted at his plea hearing that he knew Dr. Zogby was Lebanese and that his references to dead Lebanese in his earlier threats were made because of Zogby's heritage.

6. The defendant was subject to a strict "no contact" condition of his pre-trial release. At the plea hearing, the government asked the Court to reiterate the requirement to the defendant and the Court conveyed the message unequivocally. Here, despite acknowledging his obligations in open court to Judge Kollar-Kottelly, the defendant intentionally sent a message he knew would be delivered to the victim of his crime. Accordingly, the Court should find that there is clear and convincing evidence that defendant has violated his release conditions under 18 U.S.C. Section

4

3148(b)(1)(B). Worse, under the circumstances, the March 13, 2008 e-mail is a separate, prosecutable threat in violation of 18 U.S.C. Sections 245 and 875. Here, probable cause exists to believe that defendant has committed a new federal crime while on release, pursuant to 18 U.S.C. Section 3148(b)(1)(A).

7. The defendant has engaged, while awaiting sentencing, in felony conduct that demonstrates instability and the propensity toward dangerousness. Beyond being criminal, the conduct demonstrates disregard for the authority of the Court and an obvious willingness to court additional prosecution. The e-mail was hardly surreptitious. Instead, the defendant openly challenged the government and the Court to curb behavior which he has no interest in controlling.[1]

8. As such, the only remedy to insure the safety of the victim and stem the defendant's behavior is to revoke his bond and incarcerate him. At this stage of the proceedings, there is no other mechanism available to prevent him from further threatening victims who have an absolute right to be free from the defendant's criminal behavior. Because there are no release conditions that will assure that defendant will not flee or pose a danger to the safety of Dr. Zogby or of any other person or the community, and because defendant has demonstrated an unwillingness to abide by the conditions of his release, his detention pending sentencing is warranted.

WHEREFORE, the United States respectfully requests that this Honorable Court immediately revoke the defendant's conditions of release, issue a warrant for his arrest, and order

---

[1] The defendant is more than capable of controlling his behavior. On December 20, 2007 and March 10, 2008, he sent e-mails to Link TV demanding that they stop broadcasting "hatred" and "anti-semitic programming." Neither e-mail contained threats or references to Dr. Zogby.

5

that he be incarcerated pending sentencing at which time, the sentencing court will consider appropriate punishment.

                Sincerely yours,

                JEFFREY TAYLOR
                UNITED STATES ATTORNEY

By:      Julieanne Himelstein
                Assistant United States Attorney


                GRACE CHUNG BECKER
                ACTING ASSISTANT ATTORNEY
                GENERAL
                CIVIL RIGHTS DIVISION
                U.S. DEPARTMENT OF JUSTICE

By:      Mark Blumberg
                Deputy Chief, Criminal Section

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 07-204 |
| v. | : |
| PATRICK SYRING, | : VIOLATIONS: 18 U.S.C. § 245(b)(2)(C) |
| | : (Federally Protected Rights) |
| Defendant. | : 18 U.S.C. § 875(c) |
| | : (Threatening Interstate Communications) |

KOLLAR-KOTELLY, J. CKK

**INDICTMENT**

FILED IN OPEN COURT

AUG 15 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The Grand Jury charges that:

**INTRODUCTION**

1. At all times relevant to this indictment, the Arab American Institute was a private non-profit organization that represented the interests of Arab Americans in the United States and maintained offices at 1600 K Street, N.W., Washington D.C.

2. At all times relevant to this indictment, Dr. James Zogby, Rebecca Abou-Chedid, Nidal Ibrahim, Helen Samhan, Valerie Smith, and Natasha Tynes were employed by the Arab American Institute.

3. At all times relevant to this indictment, the defendant **PATRICK SYRING** lived in Arlington, Virginia, and used e-mail addresses pat_1425@hotmail.com and pat1425@yahoo.com.

4. At or about 11:17 p.m. on or about July 17, 2006, the following voice mail was recorded on the Arab American Institute's main telephone line at its Washington D.C. offices:

> This is Patrick Syring. I just read James Zogby's statements online on the MSNBC website, and I condemn him for his anti-Semitism and anti-American statements.
> The only good Lebanese is a dead Lebanese. The only good Arab is a dead Arab. Long live the IDF. Death to Lebanon and death to the Arabs.

5. At or about 11:21 p.m. on or about July 17, 2006, the following email was sent to the email addresses of Dr. James Zogby and Natasha Tynes at the Arab American Institute's Washington D.C. offices:

> From: Pat_ 1425 [mailto:pat_1425@hotmail.com]
> Sent: Monday, July 17, 2006 11:21 PM
> To: James Zogby; Natasha Tynes
> Subject: James Zogby's statement on MSNBC website (July 17)
>
> Zogby's anti-Semitic, anti-American statements (and those of the AAI in general) are abhorrent, repulsive and disgusting.
> The only good Lebanese is a dead Lebanese (as the IDF knows and is carrying out in its security operations, God bless them.)
>
> Fuck the Arabs and Fuck James Zogby and his wicked Hizbollah brothers. They will burn in hellfire on this earth and in the hereafter.

6. On or between July 18 and July 19, 2006, the following voice mail was left on the telephone extension of Valerie Smith at the Arab American Institute's Washington D.C. offices:

> Hello Valerie, you fucking Arab American shit. James Zogby and you are all Hezballah supporters. The only good Arab is a dead Arab...You God [inaudible] bitch.

7. At or about 12:32 a.m. on or about July 19, 2006, the following email was sent to the email address of Valerie Smith at the Arab American Institute's Washington D.C. offices:

> From: Pat_1425 [mailto:pat_1425@hotmail.com]
> Sent: Wednesday, July 19, 2006 12:32 AM
> To: Valerie Smith
> Subject: URGENT: Emergency Summit Registration for July 19
> You are a fucking anti-Semitic Arab-American stooge who sympathizes with Hezballah terror.
> You and your Arab American Institute fuckers should burn in the fires of hell for eternity.
> The IDF is bombing Lebanon back into the stone age where it belongs.
> Arabs are dogs.
>
> Long live the State of Israel. Death to Arab American terrorists. The only good Lebanese is a dead Lebanese.

8. At or about 12:35 a.m. on or about July 19, 2006, the following email was sent to the email address of Rebecca Abou-Chedid at the Arab American Institute's Washington D.C. offices:

> From: Patrick [mailto:pat1425@yahoo.com]
> Sent: Wednesday, July 19, 2006 12:35 AM
> To: Rebecca Abou-Chedid
> Subject: Information for Arab Americans
>
> You are a fucking Arab American terrorist, a Hezbollah sympathizer pig.
>
> James Zogby is a vile evil anti-Semitic pig terrorist member of Hezbollah who is attempting to destroy the State of Israel.
>
> God Bless America
> God Bless the State of Israel
>
> The only good Lebanese is a dead Lebanese [a smiley face graphic]

9. At or about 11:32 p.m. on or about July 19, 2006, the following voice mail was recorded on Arab American Institute's main telephone line at its Washington D.C. offices:

> Hello, I'm Patrick I'm in Arlington VA, and I think James Zogby is worse than Osama bin Laden. Since he supports Hezballah, he's an anti-Semitic motherfucker, and the only good Arab is a dead Arab.

10. At or about 12:13 a.m. on or about July 29, 2006, the following email was sent to the email addresses of James Zogby, Helen Samhan, Nidal Ibrahim, Valerie Smith, and Rebecca Abou-Chedid at the Arab American Institute's Washington D.C. offices:

From: Pat1425@yahoo.com [pat1425@yahoo.com]
Sent: Saturday, July 29, 2006, 12:13AM
To: James Zogby, Helen Samhan, Nidal Ibrahim, Valerie Smith, Rebecca Abou-Chedid
Subject: AAI murders in Seattle on July 28

I condemn James Zogby and the AAI for perpetrating the murder and shootings at the Jewish Federation in Seattle on Friday July 28 (as well as the killings in Israel).

You wicked evil Hezbollah-supporting Arabs should burn in the fires of hell for eternity and beyond. The United States would be safer without you.

God Bless the State of Israel
God Bless America

Sincerely,

Patrick in Arlington, VA.

## COUNT ONE

Paragraphs 1 through 10 of this Indictment are hereby incorporated into this Count by reference as though fully set forth herein.

11. From on or about July 17, 2006, until on and about July 29, 2006, in the District of Columbia, PATRICK SYRING did transmit e-mail and telephone communication to the offices of the Arab American Institute, located within the District of Columbia, and, by threat of force, PATRICK SYRING did attempt to and did willfully intimidate and interfere with Arab American

Institute employees because of their race and national origin, that is because they were Arab and Lebanese Americans, and because they were and had been enjoying employment, and the perquisites thereof, by a private employer, the Arab American Institute.

(**Federally Protected Activities**, in violation of Title 18, United States Code § 245(b)(2)(C))

COUNT TWO

Paragraphs 1 through 10 of this Indictment are hereby incorporated into this Count by reference as though fully set forth herein.

12. Between on or about July 17, 2006 and July 29, 2006, in the District of Columbia, PATRICK SYRING willfully and knowingly did transmit in interstate commerce, from Arlington, Virginia, to the District of Columbia, telephone and e-mail communication to Arab American Institute employees, in which PATRICK SYRING threatened to injure Arab American Institute employees.

(**Threatening Communication in Interstate Commerce**, in violation of Title 18, United States Code, Section 875(c))

A TRUE BILL

*[signature]*

FOREPERSON

*[signature]* /ps.
Attorney of the United States in
and for the District of Columbia

- 5 -