THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. : 07-204 (CKK) |
| | : |
| **v.** | : |
| | : |
| **PATRICK SYRING,** | : |
| Defendant. | : |
| | : |
| | : |

**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO
PRESENTENCE INVESTIGATION REPORT**

The United States respectfully requests that this Honorable Court grant an extension of time in which the government may file its Response to the Presentence Investigation Report ("PSIR"). In support, the United States states:

1. The defendant is scheduled to be sentenced on April 11, 2008 and a status hearing in this matter is set for March 26, 2008 at 1:00 pm. The United States received the PSIR on March 13, 2008 and its response, if any, was due to be submitted to the U.S. Probation Office by Friday, March 21, 2008.

2. As the Court is aware, Mr. Syring's presentence release was revoked on March 20, 2008 and the Court ordered that he submit to a mental health screening by March 26, 2008. The revocation and Order resulted from the defendant's violation of the "no contact" condition of his release and by re-offending.

3. In light of the new circumstances, the results of the mental health screening may prove useful to the United States in its consideration of the PSIR. As such, the government seeks permission to file its response on a date to be determined at the Court's March 26, 2008 status hearing. Defense counsel has no objection to the government's request for an extension of time

in which to file its response.

WHEREFORE, the United States respectfully requests an extension of time in which to file its response to the Presentence Investigation Report; such time to be determined at the March 26, 2008 status hearing.

                                    Sincerely yours,

                                    **JEFFREY TAYLOR**
                                    UNITED STATES ATTORNEY

By:   _____
       Julieanne Himelstein
       Assistant United States Attorney

       GRACE CHUNG BECKER
       ACTING ASSISTANT ATTORNEY
       GENERAL
       CIVIL RIGHTS DIVISION
       U.S. DEPARTMENT OF JUSTICE

By:   _____
       Mark Blumberg
       Deputy Chief, Criminal Section

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. : 07-204 (CKK) |
| | : |
| **v.** | : |
| | : |
| **PATRICK SYRING,** | : |
| **Defendant.** | : |
| | : |
| | : |

# [PROPOSED] ORDER

HAVING CONSIDERED the United States's Motion for Extension of Time In Which To File Response to Presentence Investigation Report, and being familiar with the file and the relevant law, and finding that the defendant does not object,

IT IS HEREBY ORDERED THAT the United States' Motion is GRANTED and that the Court will set a new date for the parties to file responses to the Presentence Investigation Report at the March 26, 2008 status hearing on this matter.

Dated this ____ day of _____, 2008.

_____
HON. COLLEEN KOLLAR-KOTELLY
U.S. District Judge

cc:   David Schertler, Esq.

Peter V. Taylor, Esq.
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C. 20004

Arthur B. Spitzer, Esq.
American Civil Liberties Union
     of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036

Julieanne Himelstein, Esq.
Assistant United States Attorney
Federal Major Crimes Section
United States Attorney's Office
     For the District of Columbia
555 Fourth Street, NW 4th Floor
Washington, DC 20530


Mark Blumberg, Esq.
Deputy Chief
Karen Ruckert, Esq.
Trial Attorney
United States Department of Justice
Civil Rights Division
601 D Street, NW Fifth Floor
Washington, D.C. 20004