0464958

WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PATRICK SYRING<br><br>DOB:           PDID# | DOCKET NO. 07-204 | MAGIS NO |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Patrick Syring | |
| WARRANT ISSUED ON THE BASIS OF:<br>[x] Order of Court   [ ] Information<br>[ ] Indictment       [ ] Complaint | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Federally Protected Rights 18 USC 245(b)(2)(C)

FILED
MAR 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION | |
|---|---|---|
| BAIL FIXED BY COURT<br>Held Without Bond | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY:<br>Colleen Kollar-Kotelly | JUDGE/MAGISTRATE JUDGE<br>United States District Judge | DATE ISSUED<br>March 20, 2008 |
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE:<br>March 20, 2008 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>3/20/08 | NAME AND TITLE OF ARRESTING OFFICER<br>LINWOOD BATTLE<br>DEPUTY US MARSHAL | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>3/20/08 | | |