## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :   CRIMINAL NO. : 07-204 (CKK)

               v.                 :

PATRICK SYRING,            :
               Defendant.   :
                         :
                         :

**FILED**

**MAR 2 5** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

HAVING CONSIDERED the United States's Motion for Extension of Time In Which To File Response to Presentence Investigation Report, and being familiar with the file and the relevant law, and finding that the defendant does not object,

IT IS HEREBY ORDERED THAT the United States' Motion is GRANTED and that the Court will set a new date for the parties to file responses to the Presentence Investigation Report at the March 26, 2008 status hearing on this matter.

Dated this 25th day of _March_, 2008.

                           _____
                           HON. COLLEEN KOLLAR-KOTELLY
                           U.S. District Judge

cc:    David Schertler, Esq.



Peter V. Taylor, Esq.
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, D.C. 20004

Arthur B. Spitzer, Esq.
American Civil Liberties Union
        of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036

Julieanne Himelstein, Esq.
Assistant United States Attorney
Federal Major Crimes Section
United States Attorney's Office
        For the District of Columbia
555 Fourth Street, NW 4th Floor
Washington, DC 20530

Mark Blumberg, Esq.
Deputy Chief
Karen Ruckert, Esq.
Trial Attorney
United States Department of Justice
Civil Rights Division
601 D Street, NW Fifth Floor
Washington, D.C. 20004