**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
**UNITED STATES OF AMERICA,**                 )
                                              )
**v.**                                        )        **Criminal No. 07-204 (CKK)**
                                              )
**PATRICK R. SYRING,**                        )
                                              )
                          **Defendant**       )
_____)

## PATRICK SYRING'S MOTION TO BE RELEASED PENDING SENTENCING

Comes now the Defendant, Patrick Syring, by his undersigned counsel, and hereby moves the Court to release him, with conditions proposed below, pending his sentencing in this matter. The reasons for the request are as follows.

## I.  BACKGROUND

At the status hearing in this matter on March 26th, the Court granted permission for Mr. Syring to renew, in writing, his request that he be released from incarceration pending sentencing. It is to that end that we file this motion. We propose below conditions of release that embody the recommendations contained in the March 26, 2008 mental health screening report to the Court ("Report"), and that should assuage any concerns that this Court might have that Mr. Syring will re-offend.

As an initial matter, we note that Mr. Syring's incarceration since March 20th has served as a significant "wake up call" to him. He fully realizes that he cannot engage in any conduct that comes anywhere near the line of behavior that might be seen as a violation of his terms of release, and is willing to do whatever is necessary to keep himself well within the appropriate boundaries, as he did from the summer of 2006 until week two weeks ago.

The Report concluded that "Mr. Syring does not present with risk factors that appear to make him an immediate danger to the community." *Id.* at 3. It further reflected that "Mr. Syring's presentation is not consistent with any major mental disorder as defined by the Diagnostic and Statistical Manual (DSM-IV-TR)." *Id.* The report suggests that "it may be in Mr. Syring's best interests to participate in . . . [i]ndividual psychotherapy to examine potential roadblocks to negotiating the next stage of development and to address post retirement issues and concerns . . ." *Id.* It further suggests that Mr. Syring become involved in "some forum devised by an agency within the Arab American community wherein [he] could be encourage[d] to expand his vision of that community and development more appropriate ways to discuss opposing views in a non-threatening environment." *Id.*

What we propose below addresses those recommendations.

## II.    PROPOSAL

### A.    Individual Psychotherapy.

The first recommendation made by the Report is that Mr. Syring engage in individual psychotherapy. We have talked to two therapists, both of whom are willing to: a) see Mr. Syring two or three times per week for psychotherapy sessions, beginning as soon as he is released; and b) provide written reports to the Court on a weekly or monthly basis concerning Mr. Syring's compliance and progress. One of those therapists is Dr. David Pickar, a psychiatrist. We believe Dr. Pickar would be a good fit with regard to Mr. Syring. Dr. Pickar is an adjunct professor at John Hopkins University, former Chief of the Experimental Therapeutic Branch, National Institute of Mental Health, with wide experience in behaviors that are aggressive or potentially dangerous.

The other therapist is Dr. Pius O. Ojevwe, a psychologist who is currently the Acting Clinical Administrator at the John Howard Pavilion at St. Elizabeth's Hospital and who, before that, was a staff psychologist at the Clifton T. Perkins Hospital Center in Jessup, Maryland (Perkins is a maximum security forensic facility for people who have been court-ordered by Maryland courts to receive psychiatric treatment). Dr. Ojevwe's resume reflects extensive work with people who are involved in the criminal justice system.

The resumes of both Dr. Pickar and Dr. Ojevwe are attached hereto as Exhibits A and B, respectively. Both, as noted above, are willing to begin seeing Mr. Syring as soon as he is released. Both would provide out-patient treatment.[1]  Both would report to the Court on whatever schedule (weekly or monthly) the Court should desire.

Mr. Syring is willing and able to pay the costs of these therapy sessions. He is willing to sign whatever release form is necessary for the therapists to be able to provide full information to the Court about his compliance and progress. He is committed to benefiting from the therapy to gain insight into whatever issues he may need to work on, and is committed to working on them. Mr. Syring now recognizes clearly that – although he did not intend to harm or threaten anyone with his most recent e-mail – it was wrong to send that e-mail for many reasons, as noted in the Report; and that therapy is likely to lead him to a better understanding of his thoughts and emotions on issues about which he is passionate, and about better ways to address those issues in appropriate ways.

---

[1]     Counsel also explored whether any in-patient treatment options might exist, but could find none. One with which we spoke, Shepard Pratt in Maryland, told us that given current insurance industry practices and the limited number of facilities available, they could not provide in-patient treatment to someone with no mental health diagnosis, such as Mr. Syring. They suggested that that was what we would find to be the case with other in-patient programs, as well.

**B.    Participation in a Forum Suggested by the Arab American Community.**

The second recommendation contained in the Report is that Mr. Syring participate in "some forum devised by an agency within the Arab American community wherein [he] could be encourage[d] to expand his vision of that community and develop more appropriate ways to discuss opposing views in a non-threatening environment." Although we are aware of no such forums, Mr. Syring is willing to participate in whatever such forum the Court were to direct him.

**C.    Limitations on use of Computers/Telecommunications.**

It goes without saying that Mr. Syring will agree to have no contact whatsoever, direct or indirect, with the Arab American Institute or any of its employees. Although he incorrectly thought that his most recent e-mail would not violate the terms of his release, as we note above, his incarceration has served as a clear "wake up call," and he realizes that he must do nothing that even comes close to the line.

Moreover, although he does not invite the Court to prohibit him from any computer use, he would be willing to abide by such a term should the Court impose it. Mr. Syring uses his computer to manage his personal finances and other legitimate purposes, but he is willing to find other means of conducting those affairs if the Court is concerned about his use of his computer.

**D.    Limitations on Mr. Syring's Movement.**

As we believe even the government concedes, Mr. Syring has never taken any actions that would show an intent to carry out any threats. His conduct has been limited solely to sending e-mails and leaving voice-mails.

Nonetheless, Mr. Syring is perfectly willing, if it would comfort Dr. Zogby and/or other employees of the Arab American Institute, to agree to any type of curfew or stay-away conditions that this Court might deem appropriate.

### III.    LEGAL ANALYSIS

As we understand the Court's ruling at the March 26th status hearing, the Court agreed that – in light of the Report – there was no basis to believe that Mr. Syring posed a danger to the community or that he was a risk of flight.  Instead, the Court found that, given Mr. Syring's most recent e-mail, it was unlikely that he would abide by any condition or combination of conditions of release, pursuant to 18 U.S.C. § 3148(b)(2)(B).

We respectfully disagree.  The e-mail Mr. Syring sent to TVLink was an isolated incident that must be viewed in the context of the fact that Mr. Syring had not committed any other violations during the pendency of this case and even prior to charges being brought against him. The combination of the jolt delivered to Mr. Syring by his incarceration in the D.C. Jail, and the imposition of some or all of the conditions we propose above, will assure the Court that Mr. Syring will not re-offend.  The impact of his incarceration cannot be overstated.  It has highly motivated Mr. Syring to make sure that he stays far from any behavior that could be considered even close to the line.  The two-to-three sessions of out-patient psychotherapy each week, as recommended in the Report, will help Mr. Syring gain insight into whatever issues with which he needs to deal, and he is motivated to get that insight.  He realizes now that his most recent e-mail was wrong and that this act has led the Court, understandably, to lose trust in him, for which he feels great shame and remorse.  While he feels strongly about certain geopolitical issues and about his constitutional right to express his views, this whole process has caused him to see that there are right ways, and wrong ways, of expressing those strongly held views.

We believe that the steps we propose here, in tandem with the time that Mr. Syring will have spent in the D.C. Jail by the time this motion is ruled upon, will assure that Mr. Syring will strictly abide by whatever conditions of release this Court should impose upon him pending sentencing. For this reason, we respectfully ask that the Court reconsider the issue of Mr. Syring's release, and to release him, pending sentencing, with whatever conditions the Court believes necessary.

## IV.    **<u>CONCLUSION</u>**

Pursuant to 18 U.S.C. § 3148(b), and for the reasons discussed above, we respectfully request that the Court release Mr. Syring pending sentencing, subject to whatever conditions the Court feels are appropriate. Mr. Syring assures the Court that he will strictly abide by all such conditions of release, and will do nothing that could be interpreted as coming anywhere near the line of violative behavior.

Dated: March 28, 2008                     Respectfully submitted,

SCHERTLER & ONORATO, L.L.P.


_____/s/_____
David Schertler (#367203)
Danny Onorato (#480043)
Peter V. Taylor (#419524)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Counsel for Mr. Patrick Syring*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT the foregoing, together with a proposed Order were, this 28th day of March, 2008 sent, via ECF, to the following:

    Julieanne Himelstein, Esq.
    Assistant United States Attorney
    Federal Major Crimes Section
    United States Attorney's Office
        for the District of Columbia
    555 Fourth Street, NW, 4th Floor
    Washington, DC 20530

    Mark Blumberg, Esq.
    Karen Ruckert, Esq.
    Trial Attorneys
    Civil Rights Division
    601 D Street, NW, 5th Floor
    Washington, D.C.  20004

                            _____/s/_____
                            Peter V. Taylor

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
**UNITED STATES OF AMERICA,**                       )
                                                    )
**v.**                                              )          **Criminal No. 07-204 (CKK)**
                                                    )
**PATRICK SYRING,**                                 )
                                                    )
                            **Defendant**           )
_____)

## [PROPOSED] ORDER

BASED UPON the Defendant's Motion to be Released Pending Sentencing, and the government's response thereto, and being familiar with the facts, the file and the relevant law, the Court hereby

GRANTS that motion.  Therefore, Defendant Syring shall be released from incarceration and restored to release on his personal recognizance, subject to the terms and conditions originally imposed by this Court when it released the Defendant; and also subject to the additional terms and conditions set forth below:

_____

_____

_____

_____

_____.

Dated this _____ day of _____, 2008.


                            _____
                            HON. COLLEEN KOLLAR-KOTELLY
                            U.S. District Judge

cc:    Julieanne Himelstein, Esq.
       Assistant United States Attorney
       Federal Major Crimes Section
       United States Attorney's Office
           for the District of Columbia
       555 Fourth Street, NW, 4th Floor
       Washington, DC 20530

       Mark Blumberg, Esq.
       Karen Ruckert, Esq.
       Trial Attorneys
       Civil Rights Division
       601 D Street, NW, Fifth Floor
       Washington, D.C.  20004

       David Schertler, Esq.
       Danny Onorato, Esq.
       Peter V. Taylor, Esq.
       601 Pennsylvania Avenue, NW
       North Building, 9th Floor
       Washington, DC 20004

# EXHIBIT A

CURRICULUM VITAE

**DAVID PICKAR, M.D.**

(301 263-1313)
dpickar@potomacpharma.com

POTOMAC PHARMA, LLC

6500  Seven Locks Road
Suite 220
Cabin John, Maryland 20818

**Education/Internship/Residency:**

| | |
|---|---|
| 1969 | Bachelor of Arts<br>Rutgers College, New Brunswick, NJ (Phi Beta Kappa) |
| 1973 | Medical Degree<br>Yale University School of Medicine, New Haven, CT |
| 1973-1974 | Intern, Internal Medicine<br>University of Kentucky Medical Center, Lexington, Ky |
| 1974-1977 | Resident in Psychiatry<br>Department of Psychiatry, Yale University School of Medicine, New Haven, CT |

**Professional Experience:**

| | |
|---|---|
| 2001-present | Chairman, Gabriel Pharma, LL C |
| 2001 - 2007 | President and Chief Science Officer, Potomac Pharma, LLC |
| 2001-2002 | Science Advisor, Comprehensive Neuroscience, Inc<br>Consultant, DNA Sciences, Inc |
| 1999 – 2001 | Chief Science & Medical Officer, Executive Vice President, Comprehensive NeruoScience, Inc. |
| 1991 – 1999 | Chief, Experimental Therapeutics Branch, IRP, NIMH |
| 1988 – 1990 | Acting Chief, Clinical Neuroscience Branch,<br>IRP, NIMH |

David Pickar, MD
Curriculum Vitae
Page 2 of 33

| 1982 – 1999 | Chief, Section on Clinical Studies, Experimental Therapeutics Branch (Formerly Clinical Neuroscience Branch), IRP, NIMH |
| 1979 – 1981 | Staff Psychiatrist and Chief, Unit on Studies of Drug Abuse, Biological Psychiatry Branch, IRP, NIMH |
| 1977-1979 | Clinical Associate, Clinical Neuropharmacology Branch, IRP, National Institute of Mental Health (NIMH), Bethesda, Maryland |

## Patents

US Patent # 5,492,907 and US Patent #5,663,167
Antipsychotic Composition and Method of Treatment
Inventor
Assignee: The United States of America as represented by the Department of Health & Human Services

US Patents Pending
System for Pharmacogenetics of Adverse Drug Effects: Docket # - 523873000200
System for Genomics and Clinical Trials: Docket # - 523873000100

## Military Service:

| 1977 – 1999 | Captain 0-6 (Ret.), USPHS |

## Society Memberships:

Fellow, American College of Neuropsychopharmacology
New York Academy of Sciences
Phi Beta Kappa
Society of Biological Psychiatry

## Board Certifications and Licensure

| 1974 | Diplomate, National Board of Medical Examiners |
| 1978 | Diplomate, The American Board of Psychiatry and Neurology |
| 1985 | Examiner for Oral Examination |
| 1990 | Examiner for Oral Examination |

State of Maryland License #D0039290
District of Columbia License # MD10854

David Pickar, MD
Curriculum Vitae
Page 3 of 33
Honors And Appointments

| | |
|---|---|
| 1981,'84 | Participant in the Exchange of Visits of World Health Organization Investigators in Biologic Psychiatry |
| 1982 | A.E. Bennett Clinical Science Neuropsychiatric Research Award of the Society of Biological Psychiatry (with MR Cohen, D Naber, RM Cohen) |
| 1982 | NIMH Consultant to the United States Secret Service |
| 1983 | Inga Taylor Memorial Lecture, Medical College of South Carolina |
| 1982 | 1st Prize, Plotzitzko Award (West Germany), for Research in "Endogenous " (with D. Naber) |
| 1984 | 2nd Prize, Best Journal Paper Award, Academy of Psychosomatic Medicine, for 'Biologic Tests in Depression' |
| 1984 | Consultant to Crossing Place Halfway House, Washington, DC |
| 1986 | Scientific Advisory Committee, American Foundation for AIDS Research |
| 1986 | Judith Silver Memorial Young Scientist Award of the National Alliance for the Mentally Ill |
| 1986-87 | Chair, Schizophrenia Colloquium, NIMH Intramural Research Program |
| 1987 | Co-Chair, Panel on Neurochemistry/Neuropharmacology, NIMH National Plan for Schizophrenia Research |
| 1987 | The Commendation Medal for Exemplary Performance of Duty, DHHS, PHS |
| 1988-99 | Program Chair, FAES course: "Psychopharmacology in Practice: Clinical and Research Update" |
| 1991-94 | Chair, PET Users' Committee, IRP, NIMH |
| 1993 | The Meritorious Service Medal for Exemplary Performance of Duty, DHHS, PHS |
| 1996 | Advisory Board to the National Alliance of the Mentally Ill |
| 1996-99 | NIMH Institutional Review Board |
| 1998-1999 | Chair NIMH Tenure and Promotion Committee |

David Pickar, MD
Curriculum Vitae
Page 4 of 33

## Research Interests

- Schizophrenia
- Neuropharmacology
- Pharmacogenomics and Pharmacogenetics
- Experimental Therapeutics

## Editorial Board Member

Molecular Psychiatry
Journal of Biological Psychiatry
Progress in Neuro-Psychopharmacology & Biological Psychiatry

## Academic Appointments

Adjunct Professor, Psychiatry, Johns Hopkins University, Baltimore, MD
Adjunct Professor, Psychiatry, Uniformed Services University of the Health Sciences, Bethesda, MD

## Administrative Experience

| | |
|---|---|
| 1979 – 1981 | Chief, Unit on Studies of Drug Abuse, Biological Psychiatry Branch, NIMH, Bethesda, MD |
| 1982 – 1990 | Chief, Section on Clinical Studies, Experimental Therapeutics Branch (Formerly Clinical Neuroscience Branch), IRP, NIMH, Bethesda, MD |
| | Chief, 4-East Research Unit, NIH Clinical Center |
| 1988 – 1990 | Acting Chief, Clinical Neuroscience Branch, IRP, NIMH |
| 1991 – 1999 | Chief, Experimental Therapeutics Branch, IRP, NIMH |
| 1999-2000 | Executive VP, Chief Medical and Science Officer, Comprehensive NeuroScience, Inc |
| 2001 | Chairman and CEO, Gabriel Pharma, LLC |
| 2001 | President and CFO, Potomac Pharma LLC |

David Pickar, MD
Curriculum Vitae
Page 5 of 33


## Clinical Research Experience

1977-1999    Principal and Associate Investigator – more than 30 Intramural NIMH IRB approved
             clinical research protocols

1999    Investigator in Industry Sponsored Clinical Trials:

Protocol RIS-USA-239: The Efficacy and Safety of Flexible Dosage Ranges of Study Medication
vs Placebo in the Treatment of manic episodes associated with Bipolar I Disorder

Protocol RIS-INT-81: A nine-week, open-label, multi-center, safety trial of flexible dosage
ranges of study medication in the Treatment of manic episodes associated with Bipolar I
Disorder

Protocol CN138-007: A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of
Two Fixed Doses of study medication in the Treatment of Hospitalized Patients With Acute
Mania

Protocol CN138-010: A Multicenter, Randomized, Double-Blind, Placebo Controlled Study of
study medication in the Maintenance Treatment of Patients with Bipolar Disorder

Protocol FID-US-HGJB: A Controlled Trial of study medication Versus Quetiapine in the
Treatment of Schizophrenic and Schizoaffective Subjects with Prominent Negative Symptoms

Protocol CN138-032: A Multicenter, Randomized, Double-Blind Study of Flexible Doses of study
medication Versus Perhenazine In The Treatment of Patients With Acute Schizophrenia

Protocol CN138-047: A Multicenter, Randomized, Double-Blind, Placebo Controlled, 26 Week
Study of a Fixed Dose of study medication in the Treatment of Stabilized Patients with Chronic
Schizophrenia

Protocol CN138-001: A Multicenter, Randomized, Double-Blind, Placebo Controlled Study Of
Three Fixed Doses Of study medication In The Treatment Of Patients With Acute
Schizophrenia

Protocol ILP3004: A randomized, double-blind, placebo– and risperidone-controlled,
multicenter study to evaluate the efficacy and safety of two nonoverlappping dose ranges of
study medication given b.i.d. for 42 days to schizophrenic patients with acute or subacute
exacerbation, followed by a risperidone-controlled, long-term treatment phase with study
medication given q.d.

Protocol ILP3005: A randomized, double-blind, placebo– and risperidone-controlled,
multicenter study to evaluate the efficacy and safety of two nonoverlappping dose ranges of

David Pickar, MD
Curriculum Vitae
Page 6 of 33

study medication given b.i.d. for 42 days to schizophrenic patients followed by a long-term treatment phase with study medication given q.d.

Protocol 173-98-203:  A Phase II, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose of study medication and Prozac in the Treatment of Outpatients with Moderate Depression

Protocol 31-98-217:  A Multi-Center, Randomized, Double-blind, Active-Controlled Study to Compare the Long-term Maintenance Effects and Safety of study medication and Haloperidol Following Acute Relapse in Schizophrenic Patients.

Protocol 31-98-218: An Open-Label Follow-on Study of the Long-Term Safety of study medication in Patients with Chronic Schizophrenia

Protocol RIS-USA-121: Study medication depot (michorspheres) vs. placebo in the treatment of subjects with schizophrenia

Protocol RIS-USA-196: Study Medication depot (michorspheres) in the treatment of subjects with schizophrenia or schizoaffective disorder

Protocol DFI 3381: A Double-Blind, Placebo and Haloperidol-Controlled Multicenter Study Evaluating the Efficacy of study medication in Schizophrenic Patients

Protocol DFI 3077: A Double-Blind, Placebo and Haloperidol-Controlled Multicenter Study Evaluating the Safety and Efficacy of study medication in Schizophrenic Patients

Protocol TAK-637-99-301: Phase II Multicenter Randomized Comparison of study medication Versus Placebo in the Treatment of Subjects With Major Depressive Disorder

Protocol 105.301:  A Three-Week, Multicenter Randomized, Double-Blind, Placebo-Controlled Safety and Efficacy Study of Extended-Release study medication in Patients with Bipolar Disorder

Protocol 1008-083:  A Placebo-Controlled Study of study medication and Alprazolam in Patients with Generalized Anxiety Disorder

Protocol 1008-084:  Open-Label Safety Study of study medication in Patients with Anxiety Disorders

Protocol 1008-092:  A Placebo-Controlled study of study medication and Paroxetine in Patients with Panic Disorder

Protocol R-0548:  A Double-Blind Multi-Center Study Comparing the Safety and Efficacy of study medication to Olanzapine in Patients with Schizophrenia or Schizoaffective Disorder Needing Inpatient Care

David Pickar, MD
Curriculum Vitae
Page 7 of 33
Protocol R-0570:  A Double-Blind Six Month Continuation Protocol for Patients Who
Successfully Completed Protocol R-0548    Followed by an Optional Extension Phase of up to a
Year


Protocol 387GCNS0069-011:  Double-Blind, Randomized, Placebo-and Olanzapine-Controlled,
Dose-Finding study in the Treatment of Psychotic Disorders


## Publications

1.    Kupfer DJ, Pickar D, Himmelhock JM, Detre TD:  Are there two types of unipolar depression.
      Arch Gen Psychiatry 1975;32:866-871.

2.    Pickar D, Sweeney DR, Maas JW, Heninger GR:  Primary affective disorder, clinical state
      change and MHPG excretion.  Arch Gen Psychiatry 1978;35:1378-1383.

3.    Pickar D and Cohen RM:  Implications of monoamine oxidase inhibitor induced hypomania.
      Arch Gen Psychiatry 1978;35:1393-1394.

4.    Pickar D and Davies RK:  Tardive dyskinesia in younger patients.  Am J Psychiatry
      1978;135:385-386.

5.    Sweeney D, Pickar D, Redmond DE Jr, Maas JW:  Noradrenergic and dopaminergic
      mechanisms in Gilles de la Tourette syndrome.  Lancet 1978;1:872.

6.    Pickar D, Sweeney DR, Maas JW, Heninger GR:  MHPG Excretion.  Arch Gen Psychiatry
      1979;36:1030-1031.

7.    Pickar D, Cohen RM, Murphy DL, Fried D:  Tyramine infusions in bipolar illness: longitudinal
      changes in pressor sensitivity and behavioral effects.  Am J Psychiatry 1979;136:1460-1463.

8.    Sturges J, Sweeney DR, Pickar D:  A follow-up neurobiological study:  why volunteer?  J Med
      Ethics 1979;5:9-12.

9.    Sweeney DR, Maas JW, Pickar D:  Urinary 3-methoxy-4-hydroxyphenethylene glycol and state
      variables in affective disorders.  In:  Usdin E (ed), Catecholamines:  Basic and Clinical
      Frontiers.  New York, Pergamon Press, 1979, pp. 1917-1919.

10.   Cohen RM, Campbell IC, Cohen MR, Torda T, Pickar D, Siever LJ, Murphy DL:  Presynaptic
      noradrenergic regulation during depression and antidepressant drug response.  Psychiatry Res
      1980;3:93-105.

11.   Cohen RM, Pickar D, Murphy DL:  Myoclonus-associated hypomania during MAO-inhibitor
      treatment.  Am J Psychiatry 1980;137:105-106.

12.   Gold PW, Extein I, Pickar D, Rebar R, Ross R, Goodwin FK:  Acute intravenous methadone infusion suppresses plasma cortisol in depressed patients.  Am J Psychiatry 1980;137:862-904.

13.   Naber D, Pickar D, Dionne R, Bowie D, Ewells B, Moody T, Soble M, Pert C:  Assay of endogenous opiate receptor ligands in human CSF and plasma.  Substance and Alcohol Actions/Misuse 1980; 1:85-92.

14.   Pickar D, Cutler NR, Naber D, Post RM, Pert CB, Bunney WE Jr:  Plasma opioid activity in manic-depressive illness.  Lancet 1980; 1:937.

15.   Pickar D, Lake CR, Cohen RM, Jimerson DC, Murphy DL:  Alterations in noradrenergic function during clorgyline treatment.  Comm Psychopharmcol 1980; 4:379-386.

16.   Schulz SC, Wagner R, van Kammen DP, Rogol AD, Davis GC, Wyatt RJ, Pickar D, Bunney WE Jr, Li CH:  Prolactin response to ß-endorphin in man.  Life Sci 1980; 27:1735-1741.

17.   Cohen MR, Cohen RM, Pickar D, Weingartner H, Murphy DL, Bunney WE Jr:  Behavioral effects following high dose naloxone administration to normal volunteers.  Lancet 1981; 1:1110.

18.   Cohen MR, Nurnberger J, Pickar D, Gershon E, Bunney WE Jr:  Dextro-amphetamine infusions in normals result in correlated increases of plasma ß-endorphin and cortisol immunoreactivity.  Life Sci 1981; 29:1243-1247.

19.   Cohen MR and Pickar D:  Pharmacological challenges to the endogenous opioid system in affective illness.  J Clin Psychopharmacol 1981; 1:223-231.

20.   Cohen MR, Pickar D, Dubois M, Roth YF, Naber D, Bunney WE Jr:  Surgical stress and endorphins.  Lancet 1981; 1:213-214.

21.   Dubois M, Pickar D, Cohen RM, Roth Y, MacNamara T, Bunney WE Jr:  Surgical stress in humans is accompanied by an increase in ß-endorphin-immunoreactivity.  Life Sci 1981; 29:1249-1254.

22.   Extein I, Pickar D, Gold MS, Gold PW, Pottash ALC, Sweeney DR, Rebar R, Martin D, Goodwin FK:  Methadone and morphine in depression.  Psychopharmcol Bull 1981; 17:29-33.

23.   Murphy DL, Lipper S, Pickar D, Jimerson D, Cohen RM, Garrick NA, Alterman IS, Campbell IC:  Selective inhibition of monoamine oxidase type A:  Clinical antidepressant effects and metabolic changes in man.  In:  Youdin M and Paykel E (eds), Monoamine Oxidase Inhibitors - The State of the Art.  New York, Wiley, 1981, pp 189-206.

David Pickar, MD
Curriculum Vitae
Page 9 of 33

24.  Murphy DL, Pickar D, Jimerson D, Cohen RM, Garrick NA, Karoum F, Wyatt RJ: Biochemical indices of the effects of selective MAO inhibitors (clorgyline, pargyline and deprenyl) in man. In:  Usdin E, Dahl S, Gram LF, Lingjaerde O (eds), Clinical Pharmacology in Psychiatry. England, MacMillin Press Ltd, 1981, pp 308-316.

25.  Murphy DL, Roy B, Pickar D, Lipper S, Cohen RM, Jimerson D, Lake CR, Muscettola G, Saavedra J, Kopin IJ: Cardiovascular changes accompanying monoamine oxidase inhibition in man.  In:  Usdin E, Weiner N, Creveling C (eds), Function and Regulation of Monoamine Enzymes:  Basic and Clinical Aspects.  McMillan, Hampshire, England, 1981, pp 549-560.

26.  Naber D, Bullinger M, Zahn T, Johnson JL, Huhtaniem P, Pickar D, Cohen MR, Bunney WE Jr: Stress effects on ß-endorphin in human plasma:  relationships to psychophysiological and psychological variables.  Psychopharmcol Bull 1981;17:187-189.

27.  Naber D, Cohen RM, Pickar D, Kalin NS, Bunney WE Jr:  Episodic secretion of opioid activity: evidence for a diurnal rhythm.  Life Sci 1981;28:931-935.

28.  Naber D, Pickar D, Davis G, Cohen R, Jimerson D, Elchisak M, Defraites E, Kalin N, Risch C, Buchsbaum M:  Naloxone effects on ß-endorphin, cortisol, prolactin, growth hormone, HVA and MHPG in plasma of normal volunteers.  Psychopharmacology 1981;74:125-128.

29.  Naber D, Pickar D, Post RM, van Kammen DP, Ballenger J, Waters RN, Bunney WE Jr:  CSF opioid activity in psychiatric patients.  In: Jansson B, Perris C, Struwe G (eds), Biological Psychiatry.  Amsterdam, Elsevier, 1981, pp 372-375.

30.  Naber D, Pickar D, Post R, van Kammen DP, Ballenger JC, Goodwin FK, Bunney WE Jr: Endogenous opioid activity and ß-endorphin immuno-reactivity in CSF of psychiatric patients and normal volunteers.  Am J Psychiatry 1981;138:1457-1462.

31.  Naber D, Soble M, Pickar D:  Ethanol increases opioid activity in plasma of normal volunteers. Pharmakopsychiatria 1981;14:160-161.

32.  Pickar D and Bunney WE Jr (for Collaborating Centers):  Acute naloxone administration in schizophrenic and manic patients: A World Health Organization Collaborative Study.  In: Jansson B, Perris C, Struwe G (eds), Biological Psychiatry.  Amsterdam, Elsevier, 1981, pp 508-511.

33.  Pickar D, Cohen RM, Jimerson DC, Murphy DL:  Tyramine infusions and selective MAO inhibitor treatment.  I:  changes in pressor sensitivity.  Psychopharmacology 1981;74:4-7.

David Pickar, MD
Curriculum Vitae
Page 10 of 33

34. Pickar D, Cohen RM, Jimerson DC, Lake RL, Murphy DL: Tyramine infusions and selective MAO inhibitor treatment. II: interrelationships among pressor sensitivity changes, platelet MAO inhibition and plasma MHPG reduction. Psychopharmacology 1981;74:8-12.

35. Pickar D, Davis GC, Schulz CS, Extein I, Wagner R, Naber D, Gold PW, van Kammen DP, Goodwin FK, Wyatt RJ, Li CH, Bunney WE Jr: Behavioral and biological effects of acute ß-endorphin injection in schizophrenic and depressed patients. Am J Psychiatry 1981;138:160-166.

36. Pickar D, Naber D, Post RM, van Kammen DP, Ballenger JC, Bunney WE Jr: Measurement of endorphins in CSF: Relationship to psychiatric diagnosis. In: Emrich HM (ed), Modern Problems in Pharmacotherapy: The Role of Endorphins in Neuropsychiatry. Basel, Karger, 1981, pp 246-262.

37. Pickar D, Naber D, Post RM, van Kammen DP, Ballenger JC, Rubinow D, Waters RN, Kaye WH, Ebert MH, Bunney WE Jr: Endogenous opioids and psychiatric illness: CSF studies. In: Collu R, Ducharme JR, Barbeau A, Tolis G (eds), Brain Peptides and Hormones. New York, Raven Press, 1981, pp 207-220.

38. Pickar D, Naber D, Post RM, van Kammen DP, Ballenger JC, Waters RN, Rubinow D, Goodwin FK, Bunney WE Jr: CSF endorphins in psychiatric patients. Psychopharmcol Bull 1981;17:75-78.

39. Post RM, Pickar D, Naber D, Ballenger JL, Uhde TW, Bunney WE Jr: Effect of carbamazepine on CSF opioid activity: relationship to antidepressant response. Psychiatry Res 1981;5:59-66.

40. Post RM, Rubinow DR, Gold PW, Ballenger JC, Goodwin FK, Pickar D, Naber D, Uhde TW, Reichlin W, Bollinger J, Bunney WE Jr: Somatostatin and opiate peptides in CSF of affectively ill patients: Effects of carbamazepine. In: Jansson B, Perris C, Struwe G (eds), Biological Psychiatry. Amsterdam, Elsevier, 1981, pp 301-322.

41. Rubinow DR, Post RM, Pickar D, Naber D, Ballenger JC, Bunney WE Jr: Relationship between urinary-free cortisol and CSF opioid binding activity in depressed patients and normal volunteers. Psychiatry Res 1981;5:87-93.

42. Schulz SC, van Kammen DP, Rogol AD, Ebert M, Pickar D, Cohen MR, Naber D: Amphetamine increases prolactin but not growth hormone or ß-endorphin immunoreactivity in schizophrenic patients. Psychopharmcol Bull 1981;17:193-195.

43. Cohen MR, Cohen RM, Pickar D, Murphy DL, Bunney WE Jr: Physiological effects of high dose naloxone administration to normal adults. Life Sci 1982;30:2025-2031.

David Pickar, MD
Curriculum Vitae
Page 11 of 33

44.  Cohen MR, Pickar D, Dubois M, Bunney WE Jr:  Stress-induced plasma ß-endorphin immunoreactivity may predict post-operative morphine usage.  Psychiatry Res 1982;6:7-12.

45.  Cohen RM, Campbell IC, Yamaguchi I, Pickar D, Kopin IJ, Murphy DL:  Cardiovascular changes in response to selected monoamine oxidase inhibition in the rat.  Eur J Pharmacol 1982;80:155-160.

46.  Cohen RM, Pickar D, Dubois M, Bunney WE Jr:  Clinical studies of stress and the endogenous opioid system.  Ann NY Acad Sci 1982;398:424-432.

47.  Cohen RM, Pickar D, Garnett D, Gillin JC, Murphy DL:  REM suppression induced by selective MAO inhibitors.  Psychopharmacology 1982;78:137-140.

48.  Cohen RM, Weingartner H, Smallberg SA, Pickar D, Murphy DL:  The concept of effort in the understanding of cognitive and motor deficits in depression.  Arch Gen Psychiatry 1982;39:593-597.

49.  Dubois M, Pickar D, Cohen MR, Gadde P, Macnamara TE, Bunney WE Jr:  Effects of fentanyl on the response of plasma ß-endorphin to surgery.  Anesthesiology 1982;57:468-472.

50.  Kaye W, Pickar D, Naber D, Ebert MH:  CSF opioid activity in anorexia nervosa.  Am J Psychiatry 1982;139:640-642.

51.  Lake RC, Pickar D, Ziegler D, Lipper S, Slater S, Murphy DL:  Elevated plasma norepinephrine in patients with major affective disorders.  Am J Psychiatry 1982;139:1315-1318.

52.  Murphy DL, Pickar D, Alterman I:  Assessment of affective disorders.  In: Burdock EI, Swdilovsky A and Gershon S (eds), Quantitative Techniques for the Evaluation of the Behavior of Psychiatric Patients.  New York, Marcel Dekker, 1982, pp 355-392.

53.  Naber D and Pickar D:  Endorphins in CSF and plasma of psychiatric patients.  Drug Res 1982;32:877-878.

54.  Pickar D, Cohen MR, Dubois M, Bunney WE Jr:  Response of plasma ß-endorphin (ir) to surgical stress.  Psychopharmcol Bull 1982;18:208-211.

55.  Pickar D, Cohen MR, Naber D, Cohen RM:  Clinical studies of the endogenous opioid system.  Biol Psychiatry 1982;17:1243-1276.

56.  Pickar D, Extein I, Gold PW, Naber D, Summers RS, Goodwin FK:  Endorphins and affective disorders.  In: Shah NS and Donald AG (eds), Endorphins and Opiate Antagonists in Psychiatric Research.  New York, Plenum Press, 1982, pp 375-398.

David Pickar, MD
Curriculum Vitae
Page 12 of 33

57.  Pickar D, Murphy DL, Cohen RM, Campbell IC, Lipper S:  Selective and nonselective monoamine oxidase inhibitors:  behavioral disturbances during their administration to depressed patients.  Arch Gen Psychiatry 1982;39:535-540.

58.  Pickar D, Naber D, Post RM, van Kammen DP, Kaye W, Rubinow D, Ballenger JC, Bunney WE Jr:  Endorphins in CSF of psychiatric patients.  Ann NY Acad Sci 1982;398:399-412.

59.  Pickar D, Vartanian F, Bunney WE Jr, Maier HP, Gastpar MT, Prakash R, Setthi BV, Lideman R, Belgaer B, Tsultulkousa M, Junghunz G, Nedopil TN, Verhoeven W, van Praag H, Sartorious N:  Short-term naloxone administration in schizophrenic and manic patients:  a World Health Organization Collaborative Study.  Arch Gen Psychiatry 1982;39:313-323.

60.  Schulz SC, van Kammen DP, Pickar D, Cohen MR, Naber D:  Response of plasma ß-endorphin immunoreactivity to d-amphetamine and placebo in schizophrenic patients.  Psychiatry Res 1982;7:177-178.

61.  Boronow J, Pickar D, van Kammen DP, Paul SM:  Normal ventricles and sulci in schizophrenic patients.  Psychopharmcol Bull 1983;19:581-586.

62.  Buchsbaum MS, Davis GC, Naber D, Pickar D:  Pain enhances naloxone-induced hyperalgesia in humans as assessed by somatosensory evoked potentials.  Psychopharmacology 1983;79:99-103.

63.  Cohen MR, Cohen RM, Pickar D, Weingartner H, Murphy DL:  High dose naloxone infusions in normals:  dose-dependent behavior, hormonal, and physiological responses.  Arch Gen Psychiatry 1983;40:613-619.

64.  Cohen RM, Cohen MR, Weingartner H, Pickar D, Murphy DL:  High dose naloxone affects task performance in normal subjects.  Psychiatry Res 1983;8:127-136.

65.  Cohen MR, Pickar D, Dubois M:  The role of the endogenous opioid system in  the human stress response.  Psychiatr Clin North Am 1983;6:457-472.

66.  Insel TR and Pickar D:  Naloxone administration in obsessive-compulsive disorder:  report of two cases.  Am J Psychiatry 1983;140:1219-1220.

67.  Kaye WH, Pickar D, Ebert MH, Naber D:  The opioid system in anorexia nervosa.  Am J Psychiatry 1983;140:371-372.

68.  Murphy DL, Siever LJ, Cohen RM, Roy BF, Pickar D:  Some clinical evidence supporting the possible involvement of neurotransmitter receptor sensitivity changes in the action of antidepressant drugs during longer-term treatment.  In: Davis JM, Maas JW (eds), The Affective Disorders.  Washington, DC, APA Inc., 1983, pp 317-332.

David Pickar, MD
Curriculum Vitae
Page 13 of 33

69.    Naber D and Pickar D: The measurement of endorphins in body fluids. Psychiatr Clin North Am 1983;6:443-456.

70.    Pickar D: Naloxone in schizophrenia. Lancet 1983;1:819.

71.    Pickar D, Cohen MR, Dubois M: The relationship of plasma cortisol and ß-endorphin immunoreactivity to surgical stress and post-operative analgesic requirement. Gen Hosp Psychiatry 1983;5:93-98.

72.    Risch SC, Kalin NH, Janowsky DS, Cohen RM, Pickar D, Murphy DL: Co-release of ACTH and ☐-endorphin immunoreactivity in human subjects in response to central cholinergic stimulation. Science 1983;222:77.

73.    Risch SC and Pickar D: Forward. Psychiatr Clin North Am 1983;6:363-364.

74.    Siever LJ, Pickar D, Lake CR, Kopin IJ, Cohen RM, Uhde TW, Murphy DL: Extreme elevation in plasma norepinephrine associated with decreased ☐-adrenergic responsivity. J Clin Psychopharmacol 1983;3:39-41.

75.    Buchsbaum MS, DeLisi LE, Holcomb HH, Cappellett J, King AC, Johnson J, Hazlett E, Dowling-Zimmerman S, Post RM, Morihisa J, Carpenter W, Cohen RM, Pickar D, Weinberger DP, Margolin P, Kessler R: Anteroposterior gradients in cerebral glucose use in schizophrenia and affective disorders. Arch Gen Psychiatry 1984;41:1159-1166.

76.    Bullinger M, Naber D, Pickar D, Cohen RM, Kalin NH, Pert A, Bunney WE Jr: Endocrine effects of the cold pressor test: relationships to subjective pain appraisal and coping. Psychiatry Res 1984;12:227-233.

77.    Cohen MR, Cohen RM, Pickar D, Murphy DL: High dose naloxone in depression. Biol Psychiatry 1984;19:825-832.

78.    Cohen MR, Pickar D, Cohen RM, Wise TN, Cooper JN: Plasma cortisol and ß-endorphin immunoreactivity in human obesity. Psychosom Med 1984;46:454-462.

79.    Cohen MR, Pickar D, Extein I, Gold MS, Sweeney DR: Plasma cortisol and ß-endorphin immunoreactivity in nonmajor and major depression. Am J Psychiatry 1984;141:628-632.

80.    Crawley JN, Ninan PT, Pickar D, Chrousos GP, Skolnick P, Paul SM: Behavioral and physiological responses to benzodiazepine receptor antagonists. Psychopharmacol Bull 1984;20:403-407.

81.    Dubois M, Pickar D, Cohen M, MacNamara TE: Plasma ß-endorphin variations during general anesthesia, surgical stress and opiate administration. In: Pancheri P, Zichella L, Falaschi P (eds), Endorphins, Neuroregulators and Behaviour in Human Reproduction, Proceedings of the 3rd International Symposium on Psychoneuroendocrinology in Reproduction, Spoleto, Italy, 9-12 July, 1982. Amsterdam, Excerpta Medica, 1984, pp 314-321.

82.   Hommer DW, Pickar D, Roy A, Ninan P, Boronow J, Paul SM:  The effects of ceruletide in schizophrenia.  Arch Gen Psychiatry 1984;41:617-619.

83.   Hommer DW, Zahn T, Pickar D, van Kammen DP:  Prazosin, a specific $\alpha_1$-noradrenergic receptor antagonist, has no effect on symptoms but increases autonomic arousal in schizophrenic patients.  Psychiatry Res 1984;11:193-204.

84.   Muscettola G, Potter WZ, Pickar D, Goodwin FK:  Urinary MHPG and major affective disorder:  a replication and new findings.  Arch Gen Psychiatry 1984;41:337-342.

85.   Naber D, Bullinger M, Pickar D:  Neuroendocrine, psychological and psychophysiological variables in human stress response.  In:  Pancheri P, Zichella L, Falaschi P (eds), Endorphins, Neuroregulators and Behaviour in Human Reproduction, Proceedings of the 3rd International Symposium on Psychoneuroendocrinology in Reproduction, Spoleto, Italy, 9-12 July 1982. Amsterdam, Excerpta Medica, 1984, pp 256-266.

86.   Naber D and Pickar D:  Endorphine und endogene psychosen.  Nervenarzt, 1984;55:378-381.

87.   Pickar D, Cohen MR, Naber D, Post RM:  The endogenous opioid system in human behavior. In:  Pancheri P, Zichella L, Falaschi P (eds), Endorphins, Neuroregulators and Behaviour in Human Reproduction, Proceedings of the 3rd International Symposium on Psychoneuro-endocrinology in Reproduction, Spoleto, Italy, 9-12 July 1982.  Amsterdam, Excerpta Medica, 1984, pp 50-63.

88.   Pickar D, Cowdry RW, Zis AP, Cohen RM, Murphy DL:  Mania and hypomania during antidepressant pharmacotherapy:  Clinical and research implications.  In:  Post RM, Ballenger JC (eds), Neurobiology of Mood Disorders (Frontiers of Clinical Neuroscience), Vol. I. Baltimore, Williams and Wilkins Co., 1984, pp 836-845.

89.  Pickar D, Dubois M, Cohen MR:  Behavioral changes in a cancer patient following intrathecal ß-endorphin administration.  Am J Psychiatry 1984;141:103-104.

90.   Pickar D, Labarca R, Linnoila M, Roy A, Hommer D, Everett D, Paul SM:  Neuroleptic-induced decrease in plasma homovanillic acid and antipsychotic activity in schizophrenic patients. Science 1984;225:954-957.

91.   Post RM, Pickar D, Ballenger J, Rubinow D, Naber D:  Endogenous opiates in cerebrospinal fluid:  relationship to mood and anxiety.  In:  Post RM, Ballenger JC (eds), Neurobiology of Mood Disorders (Frontiers of Clinical Neuroscience), Vol. I.  Baltimore, Williams and Wilkins, Co., 1984, pp 356-368.

92.   Roy A, Mazonson A, Pickar D:  Attempted suicide in chronic schizophrenia.  Br J Psychiatry 1984;144:303-306.

David Pickar, MD
Curriculum Vitae
Page 15 of 33

93.   Roy A, Pickar D, Paul SM:  Biologic tests in depression.  Psychosom Med 1984;25:443-454.

94.   Boronow J, Pickar D, Ninan PT, Roy A, Hommer D, Linnoila M, Paul S: Atrophy limited to third
      ventricle in chronic schizophrenic patients:  report of a controlled series.  Arch Gen Psychiatry
      1985;42:266-271.

95.   Campbell IC, Durcan MJ, Cohen RM, Pickar D, Chugani D, Murphy DL:  Chronic clorgyline
      and pargyline increase apomorphine-induced stereotype in the rat.  Pharmacol Biochem Behav
      1985;23:921-925.

96.   Cohen MR, Cohen RM, Pickar D, Kreger D, McLellan C, Murphy DL:  Hormonal effects of high
      dose naloxone in humans.  Neuropeptides 1985;6:373-380.

97.   Cohen MR, Cohen RM, Pickar D, Murphy DL:  Naloxone reduces food intake in man.
      Psychosom Med 1985;47:132-138.

98.   Cohen MR, Pickar D, Cohen RM:  High-dose naloxone administration in chronic
      schizophrenia.  Biol Psychiatry 1985;20:570-583.

99.   Cowdry RW, Pickar D, Davies RK:  Symptoms and EEG findings in the borderline syndrome.
      Int J Psychiatry Med 1985-86;15(3):201-211.

100. Crawley JN, Ninan PT, Pickar D, Chrousos GP, Linnoila M, Skolnick P, Paul SM:
     Neuropharmacological antagonism of the b-carboline-induced "anxiety" response in rhesus
     monkeys.  J Neurosci 1985;5(2):477-485.

101. Crawley JC, Sutton ME, Pickar D:  Animal models of self-destructive behavior and suicide.
     Psychiatr Clin North Am 1985;8(2):299-310.

102. DeLisi LE, Buchsbaum MS, Holcomb HH, Dowling-Zimmerman S, Pickar D, Boronow J,
     Morihisa JM, van Kammen DP, Carpenter W, Kessler R, Cohen RM:  Clinical correlates of
     decreased anteroposterior metabolic gradients in positron emission tomography (PET) of
     schizophrenic patients.  Am J Psychiatry 1985;142(1):78.

103. DeLisi LE, Holcomb H, Cohen RM, Buchsbaum MS, Pickar D, Carpenter W, Morihisa JM, King
     AC, Capelitti J, Weinberger DR, Kessler R, Buchsbaum MS:  Positron emission tomography
     (PET) in schizophrenic patients with and without neuroleptic treatment.  J Cereb Blood Flow
     Metab 1985;5:201-206.

104. Doran AR, Narang PK, Meigs CY, Wolkowitz OM, Roy A, Breier A, Pickar D:  Verapamil
     concentrations in cerebrospinal fluid after oral administration.  N Engl J Med 1985;312(19):1261-
     1262.

David Pickar, MD
Curriculum Vitae
Page 16 of 33

105. Doran AR, Pickar D, Labarca R, Douillet P, Wolkowitz OM, Thomas JW, Roy A, Paul SM: Evidence for a daily rhythm of plasma HVA in normal controls but not in schizophrenic patients. Psychopharmacol Bull 1985;21:695-698.

106. Hommer DW, Pickar D, Crawley JN, Weingartner H, Paul SM: The effects of CCK-like peptides in schizophrenics and normal human subjects. Ann NY Acad Sci 1985;448:542-552.

107. Pickar D, Doran AR, Wolkowitz OM, Labarca R, Breier A, Paul SM: Studies of plasma homovanillic acid in schizophrenia: effects of neuroleptic treatment and evidence for a diurnal rhythm. New Trends in Exp Clin Psychiatry 1985;1(2):187-200.

108. Sunderland T, Mueller EA, Cohen RM, Jimerson DC, Pickar D, Murphy DL: Tyramine pressor sensitivity changes during deprenyl treatment. Psychopharmacology 1985;86(4):432-437.

109. Roy A, Breier AF, Doran AR, Pickar D: Life events in depression: relationship to subtypes. J Affective Disord 1985;9:143-148.

110. Roy A, Ninan P, Mazonson A, Pickar D, van Kammen D, Linnoila M, Paul SM: CSF monoamine metabolites in chronic schizophrenic patients who attempt suicide. Psychol Med 1985;15:335-340.

111. Roy A and Pickar D: Lithium potentiation of imipramine in treatment resistant depression. Br J Psychiatry 1985;147:582-583.

112. Roy A, Pickar D, Linnoila M, Doran AR, Ninan P, Paul SM: Cerebrospinal fluid monoamine and monoamine metabolite in melancholia. Psychiatry Res 1985;15:281-292.

113. Roy A, Pickar D, Linnoila M, Potter WZ: Plasma norepinephrine in affective disorders: relationship to melancholia. Arch Gen Psychiatry 1985;42:1181-1185.

114. Roy A, Pickar D, Ninan P, Hooks J, Paul SM: A search for interferon in the CSF of chronic schizophrenic patients. Am J Psychiatry 1985;142:269.

115. Roy A, Sutton MS, Pickar D: Neuroendocrine and personality variables in dysthymic disorder. Am J Psychiatry 1985;142(1):94-97.

116. Wolkowitz OM, Doran AR, Cohen MR, Cohen RM, Wise TN, Pickar D: Effect of naloxone on food consumption in obesity. N Engl J Med 1985;313:327.

117. Wolkowitz OM, Sutton ME, Doran AR, Labarca R, Roy A, Thomas JW, Pickar D, Paul SM: Dexamethasone increases plasma HVA but not MHPG in normal humans. Psychiatry Res 1985;16:101-109.

David Pickar, MD
Curriculum Vitae
Page 17 of 33

118. Amsterdam JD, Henle W, Winokur A, Wolkowitz OM, Pickar D, Paul SM:  Serum antibodies to Epstein-Barr virus in patients with major depressive disorder.  Am J Psychiatry 1986;143(12):1593-1596.

119. Barbaccia ML, Costa E, Ferrero P, Guidotti A, Roy A, Sunderland T, Pickar D, Paul SM, Goodwin FK:  Diazepam binding inhibitor, a brain neuropeptide present in human spinal fluid: studies in depression, schizophrenia and Alzheimer's disease.  Arch Gen Psychiatry 1986;43(12):1143-1147.

120. Cohen MR, Pickar D, Dubois M, Cohen RM:  Studies of the endogenous opioid system in the human stress response.  In:  Plotnikoff NP, Faith RE, Murgo AJ, Good RA (eds), Enkephalins and Endorphins Stress and the Immune System.  New York, Plenum Press, 1986, pp 35-45.

121. Doran AR, Rubinow DR, Roy A, Pickar D:  CSF somatostatin and abnormal response to dexamethasone administration in schizophrenic and depressed patients.  Arch Gen Psychiatry 1986;43(4):365-369.

122. Gold PW, Loriaux DL, Roy A, Kellner CH, Post RM, Pickar D, Gallucci W, Avgerinos P, Schulte H, Paul S, Nieman L, Oldfield EH, Cutler GB, Chrousos GP:  The corticotropin releasing factor stimulation test:  implications for the diagnosis and pathophysiology in primary affective disorder and Cushing's disease.  N Engl J Med 1986;314:1330-1335.

123. Pickar D:  Pharmacotherapeutic approaches to schizophrenia.  In: Jimerson DC, Docherty JP (eds), Psychopharmacology Consultation.  Washington, DC, Am Psychiatric Press, Inc., 1986, pp 71-103.

124. Pickar D:  Neuroleptics, dopamine and schizophrenia.  Psychiatr Clin North Am 1986;9(1):35-48.

125. Pickar D. Labarca R, Doran AR, Wolkowitz OM, Roy AR, Breier A, Linnoila M, Paul SM:  Longitudinal measurement of plasma homovanillic acid levels in schizophrenic patients: correlation with psychosis and response to neuroleptic treatment.  Arch Gen Psychiatry 1986;43:669-676.

126. Pickar D, Roy A, Breier A, Doran A, Wolkowitz 0, Colison J, Agren H:  Suicide and aggression in schizophrenia:  neurobiologic correlates.  Ann NY Acad Sci 1986;487:189-196.

127. Pickar D, Wolkowitz OM, Labarca R, Doran AR, Breier A, Paul SM:  Biochemical alterations produced by neuroleptics in man:  studies of plasma homovanillic acid in schizophrenic patients.  In:  Dahl SG, Gram LF, Paul SM, Potter WZ (eds), Clinical Pharmacology in Psychiatry.  Selectivity in Psychotropic Drug Action--Promises or Problems (Vol 3).  New York, Springer-Verlag, 1986, pp 248-254.

128. Roy A, Agren H, Pickar D, Linnoila M, Doran AR, Cutler NR, Paul SM:  Reduced CSF concentrations of homovanillic acid and homovanillic acid to 5-hydroxyindoleacetic acid ratios in depressed patients:  relationship to suicidal behavior and dexamethasone nonsuppression.  Am J Psychiatry 1986;143(12):1539-1545.

David Pickar, MD
Curriculum Vitae
Page 18 of 33

129. Roy A, Gold P, Pickar D, Wolkowitz OM, Chrousos G, Paul SM: Pre- and post-dexamethasone plasma ACTH levels in depressed patients and normal controls. J Affective Disord 1986;10:95-99.

130. Roy A, Jimerson D, Linnoila M, Gold P, Pickar D: Premenopausal and postmenopausal depressed patients. Aust NZ J Psychiatry 1986;20:464-469.

131. Roy A, Jimerson DC, Pickar D: Plasma MHPG in depressive disorders and relationship to the dexamethasone suppression test. Am J Psychiatry 1986;143(7):846-851.

132. Roy A, Linnoila M, Karoum F, Pickar D: Relative activity of metabolic pathways for norepinephrine in endogenous depression. Acta Psychiatr Scand 1986;73:624-628.

133. Roy A, Linnoila M, Karoum F, Pickar D: Urinary excretion of free tyramine and norepinephrine and its metabolites in depression. Biol Psychiatry 1986;21:221-224.

134. Roy A, Pickar D, Doran A, Wolkowitz 0, Gallucci W, Chrousos G, Gold P: The corticotropin-releasing hormone stimulation test in chronic schizophrenia. Am J Psychiatry 1986;143(11):1393-1397.

135. Roy A, Pickar D, Douillet P, Karoum F, Linnoila M: Urinary monoamines and monoamine metabolites in subtypes of unipolar depressive disorder and normal controls. Psychol Med 1986;16(3):541-546.

136. Roy A, Pickar D, Linnoila M, Doran AR, Paul SM: Cerebrospinal fluid monoamine and monoamine metabolite levels and the dexamethasone suppression test in depression. Arch Gen Psychiatry 1986;43(4):356-360.

137. Roy A, Schreiber J, Mazonson A, Pickar D: Suicidal behavior in chronic schizophrenic patients: a follow-up study. Can J Psychiatry 1986;31(8):737-740.

138. Wolkowitz OM, Doran AR, Breier A, Cohen MR, Pickar D: Endogenous opioid regulation of the hypothalamo-pituitary-adrenal axis activity in schizophrenia. Biol Psychiatry 1986;21:366-373.

139. Wolkowitz OM, Pickar D, Doran AR, Breier A, Tarell J, Paul SM: Combination alprazolam-neuroleptic treatment of the positive and negative symptoms of schizophrenia. Am J Psychiatry 1986;143(1):85-87.

140. Wolkowitz O, Sutton M, Koulu M, Labarca R, Wilkinson L, Doran A, Hauger R, Pickar D, Crawley J: Chronic corticosterone administration in rats: behavioral and biochemical evidence of increased central dopaminergic activity. Eur J Pharmacol 1986;122:329-338.

141. Berrettini WH, Doran AR, Kelsoe J, Roy A, Pickar D: Cerebrospinal fluid neuropeptide Y in depression and schizophrenia. Neuropsychopharmacology 1987;1(1):81-83.

David Pickar, MD
Curriculum Vitae
Page 19 of 33

142. Breier A, Albus M, Pickar D, Zahn TP, Wolkowitz OM, Paul SM: Controllable and uncontrollable stress in humans: alterations in mood and neuroendocrine and psychophysiologic function. Am J Psychiatry 1987;144(11):1419-1425.

143. Breier A, Arora PK, Wolkowitz OM, Pickar D: Metabolic stress produces rapid immunosuppression in humans. Arch Gen Psychiatry 1987;44(12):1108-1109.

144. Breier A, Wolkowitz OM, Doran AR, Roy A, Boronow J, Hommer DW, Pickar D: Neuroleptic responsivity of negative and positive symptoms in schizophrenia. Am J Psychiatry 1987;144(12):1549-1555.

145. Cohen RM, Semple WE, Gross M, Nordahl TE, DeLisi LE, Holcomb HH, King AC, Morihisa JM, Pickar D: Dysfunction in a prefrontal substrate of sustained attention in schizophrenia. Life Sci 1987;40:2031-2039.

146. Doran AR, Boronow J, Weinberger DR, Wolkowitz OM, Breier A, Pickar D: Structural brain pathology in schizophrenia revisited: prefrontal cortex pathology is inversely correlated with cerebrospinal fluid levels of homovanillic acid. Neuropsychopharmacology 1987;1(1):25-32.

147. Pickar D, Breier A, Wolkowitz OM, Doran AR: The biochemical basis for the antipsychotic effects of neuroleptics. In: Cazzullo GL, Invernizzi G, Sacchetti E, Vita A (eds), Etiopathogenic Hypotheses of Schizophrenia: The Impact of Epidemiological, Biochemical and Neuromorphological Studies. Lancaster, MPT Press Ltd, 1987, pp 175-180.

148. Pickar D, Breier A, Wolkowitz OM, Pato C: Profiles of the pharmacologic response of positive and negative symptoms in schizophrenia. Psychiatrie and Psychobiologie 1987;2(4):277-287.

149. Pickar D, Wolkowitz OM, Doran AR, Labarca R, Roy A, Breier A, Narang PK: Clinical and biochemical effects of verapamil administration to schizophrenic patients. Arch Gen Psychiatry 1987;44:113-118.

150. Potter WZ, Rudorfer MV, Pickar D, Linnoila M: Effects of psychotropic drugs on neurotransmitters in man. Life Sci 1987;41:817-820.

151. Raz S, Raz N, Weinberger DR, Boronow J, Pickar D, Bigler ED, Turkheimer E: Morphological brain abnormalities in schizophrenia determined by computed tomography: a problem of measurement? Psychiatry Res 1987;22:91-98.

152. Roy A, Everett D, Pickar D, Paul SM: Platelet tritiated imipramine binding and serotonin uptake in depressed patients and controls: relationship to plasma cortisol levels before and after dexamethasone administration. Arch Gen Psychiatry 1987;44:320-327.

153. Roy A, Guthrie S, Pickar D, Linnoila M: Plasma norepinephrine responses to cold challenge in depressed patients and normal controls. Psychiatry Res 1987;21:161-168.

David Pickar, MD
Curriculum Vitae
Page 20 of 33

154. Roy A, Pickar D, Linnoila M, Chrousos GP, Gold PW: Cerebrospinal fluid corticotropin-releasing hormone in depression: relationship to noradrenergic function. Psychiatry Res 1987;20:229-237.

155. Roy A, Pickar D, Paul SM, Doran A, Chrousos GP, Gold PW: CSF corticotropin-releasing hormone in depressed patients and normal control subjects. Am J Psychiatry 1987;144(5):641-645.

156. Wolkowitz OM, Doran AR, Breier A, Roy A, Jimerson DC, Sutton ME, Golden RN, Paul SM, Pickar D: The effects of dexamethasone on plasma homovanillic acid and 3-methoxy-4-hydroxyphenylglycol: evidence for abnormal corticosteroid-catecholamine interactions in major depression. Arch Gen Psychiatry 1987;44:782-789.

157. Wolkowitz OM, Rubinow DR, Berrettini W, Cappola R, Gold P, Breier A, Doran A, Weingartner H, Thompson K, Pickar D: Prednisone-induced behavioral and biochemical changes in healthy volunteers. Neuroendocrinology Letters 1987;9:189.

158. Wolkowitz OM, Rubinow DR, Breier A, Doran AR, Davis C, Pickar D: Prednisone decreases CSF somatostatin in healthy humans: implications for neuropsychiatric illness. Life Sci 1987;41:1929-1933.

159. Wolkowitz OM, Weingartner H, Thompson K, Pickar D, Paul S, Hommer D: Diazepam-induced amnesia: a neuropharmacological model of an 'Organic Amnestic Syndrome.' Am J Psychiatry 1987;144(1):25-29.

160. Breier A, Kelsoe JR, Kirwin PD, Beller SA, Wolkowitz OM, Pickar D: Early parental loss and development of adult psychopathology. Arch Gen Psychiatry 1988;45:987-93.

161. Breier A, Wolkowitz OM, Doran AR, Beller S, Pickar D: Neurobiological effects of lumbar puncture stress in psychiatric patients and healthy volunteers. Psychiatry Res 1988;25:187-94.

162. Breier A, Wolkowitz OM, Rapaport M, Paul SM, Pickar D: Metabolic stress effects in normal volunteers and schizophrenic patients. Psychopharmacol Bull 1988;24(3):431-33.

163. Cohen RM, Semple WE, Gross M, Nordahl TE, Holcomb HH, Dowling S, Pickar D: The effect of neuroleptics on dysfunction in a prefrontal substrate of sustained attention in schizophrenia. Life Sci 1988;43:1141-1150.

164. Kelsoe JR, Cadet JL, Pickar D, Weinberger DR: Quantitative neuroanatomy in schizophrenia: a controlled magnetic resonance imaging study. Arch Gen Psychiatry 1988;45(6):533-541.

165. Labarca R, Thomas JW, Koulu M, Kim YS, Janowsky A, Wilkerson L, Linnoila M, Paul SM, Pickar D: A central 6-hydroxydopamine lesion prevents fluphenazine-induced increase in plasma homovanillic acid. Brain Res Bull 1988;20:567-571.

David Pickar, MD
Curriculum Vitae
Page 21 of 33

166. Narang PK, Blumhardt CL, Doran AR, Pickar D: Steady-state cerebrospinal fluid transfer of verapamil and metabolites in patients with schizophrenia. Clin Pharmacol & Ther 1988;44(5):550-557.

167. Pickar D: Perspectives on a time-dependent model of neuroleptic action. Schizophr Bull 1988;14(2):255-68.

168. Pickar D, Breier A, Kelsoe J: Plasma homovanillic acid as an index of central dopaminergic activity: studies in schizophrenic patients. Ann NY Acad Sci 1988;537:339-346.

169. Roy A, Karoum F, Linnoila M, Pickar D: Thyrotropin releasing hormone test in unipolar depressed patients and controls: relationship to clinical and biologic variables. Acta Psychiatr Scand 1988;77:151-159.

170. Roy A, Linnoila M, Karoum F, Pickar D: Urinary-free cortisol in depressed patients and controls: relationship to urinary indices of noradrenergic function. Psychol Med 1988;18:93-98.

171. Roy A, Pickar D: TRH-induced prolactin release in unipolar depressed patients and controls. J Psychiat Res 1988;22(3):221-225.

172. Roy A, Pickar D, DeJong J, Karoum F, Linnoila M: Norepinephrine and its metabolites in cerebrospinal fluid, plasma, and urine: relationship to hypothalamic-pituitary-adrenal axis function in depression. Arch Gen Psychiatry 1988;45:849-857.

173. Shelton RC, Karson CN, Doran AR, Pickar D, Bigelow LB, Weinberger DR: Cerebral structural pathology in schizophrenia: evidence for a selective prefrontal cortical defect. Am J Psychiatry 1988;145(2):154-163.

174. Wolkowitz OM, Breier A, Doran A, Kelsoe J, Lucas P, Paul SM, Pickar D: Alprazolam augmentation of the antipsychotic effects of fluphenazine in schizophrenic patients. Arch Gen Psychiatry 1988;45(7):664-671.

175. Wolkowitz OM, Breier A, Doran A, Rubinow D, Berrettini W, Coppola R, Gold P, Pickar D: Prednisone-induced behavioral and biological changes in medically health volunteers. Psychopharmacol Bull 1988;24(13):492-494.

176. Wolkowitz OM, Doran AR, Cohen MR, Cohen RM, Wise TN, Pickar D: Single-dose naloxone acutely reduces eating in obese humans: behavioral and biochemical effects. Biol Psychiatry 1988;24:243-287.

177. Wolkowitz OM, Pickar D, Garnett D, Doran AR, Breier A, Mendelson WB: Verapamil and fluphenazine effects on sleep in schizophrenia. Sleep Research 1988;5B.

David Pickar, MD
Curriculum Vitae
Page 22 of 33

178. Cohen RM, Semple WE, Gross M, Nordahl TE, King AC, Pickar D, Post RM: Evidence for common alterations in cerebral glucose metabolism in major affective disorders and schizophrenia. Neuropsychopharmacology 1989;2(4):241-254.

179. DeLisi LE, Buchsbaum MS, Holcomb HH, Langston KC, King AC, Kessler R, Pickar D, Carpenter WT Jr, Morihisa JM, Margolin R, Weinberger DR: Increased temporal lobe glucose use in chronic schizophrenic patients. Biol Psychiatry 1989;25(7):835-851.

180. Doran AR, Rubinow DR, Wolkowitz OM, Roy A, Breier A, Pickar D: Fluphenazine treatment reduces CSF somatostatin in patients with schizophrenia: correlations with CSF HVA. Biol Psychiatry 1989;25:431-439.

181. Litman RE, Hommer DW, Clem T, Rapaport MH, Pato CN, Pickar D: Smooth pursuit eye movements in schizophrenia: effects of neuroleptic treatment and caffeine. Psychopharmacol Bull 1989;25(3):473-478.

182. Lucas PB, Gardner DL, Cowdry RW, Pickar D: Cerebral structure in borderline personality disorder. Psychiatry Res 1989;27:111-115.

183. McAllister CG, Rapaport MH, Pickar D, Paul SM: Effects of short-term administration of antipsychotic drugs on lymphocyte subsets in schizophrenic patients. Arch Gen Psychiatry 1989;46(10):956-957.

184. McAllister CG, Rapaport MH, Pickar D, Podruchny TA, Christison G, Alphs LD, Paul SM: Increased numbers of CD5$^+$ B lymphocytes in schizophrenic patients. Arch Gen Psychiatry 1989;46(10):890-894.

185. Pickar D, Breier A: Clinical and biochemical effects of neuroleptic treatment: implications for the pathophysiology of schizophrenia. In: Schulz SC, Tamminga CA (eds), Schizophrenia: Scientific Progress. New York, Oxford University Press, 1989, pp 285-301.

186. Pickar D, Bunney WE Jr, Douillet P, Sethi BB, Sharma M, Vartanian ME, Lideman RP, Naber D, Leibl K, Yamashita I, Koyama T, Verhoeven WMA, Vartanian F, Morozov PV, Khac T. Ngo: Repeated naloxone administration in schizophrenia: a phase II World Health Organization study. Biol Psychiatry 1989;25:440-448.

187. Rapaport MH, McAllister CG, Pickar D, Nelson DL, Paul SM: Elevated levels of soluble interleukin 2 receptors in schizophrenia. Arch Gen Psychiatry 1989;46:291-292.

188. Roy A, Pickar D, DeJong J, Karoum F, Linnoila M: Suicidal behavior in depression: relationship to noradrenergic function. Biol Psychiatry 1989;25:341-350.

David Pickar, MD
Curriculum Vitae
Page 23 of 33

189.   Roy A, Pickar D, Gold P, Barbaccia M, Guidotti A, Costa E, Linnoila M: Diazepam-binding inhibitor and corticotropin-releasing hormone in cerebrospinal fluid.  Acta Psychiatr Scand 1989;80:287-291.

190.   Wolkowitz OM, Doran A, Breier A, Roy A, Pickar D: Specificity of plasma HVA response to dexamethasone in psychotic depression.  Psychiatry Res 1989;29(2):177-186.

191.   Breier A, Wolkowitz OM, Roy A, Potter WZ, Pickar D:  Plasma norepinephrine in chronic schizophrenia.  Am J Psychiatry 1990;147:1467-1470.

192.   Cottingham SL, Pickar D, Shimotake TK, Montpied P, Paul SM, Crawley JN:  Tyrosine hydroxylase and cholecystokinin mRNA levels in the substantia nigra, ventral tegmental area, and locus ceruleus are unaffected by acute and chronic haloperidol administration.  Cell Mol Neurobiol 1990;10(1):41-50.

193.   Doran AR, Labarca R, Wolkowitz OM, Roy A, Douillet P, Pickar D:  Circadian variation of plasma HVA levels in attenuated by fluphenazine in schizophrenic patients.  Arch Gen Psychiatry 1990;47(6):558-563.

194.   Muscettola G, Barbato G, de Bartolomeis A, Monteleone P, Pickar D:  Plasma HVA, tardive dyskinesia and psychotic symptoms in long-term drug-free inpatients with schizophrenia. Psychiatry Res 1990;33(3):259-267.

195.   Lucas PB, Pickar D, Kelsoe J, Rapaport M, Pato C, Hommer D:  Effects of the acute administration of caffeine in patients with schizophrenia.  Biol Psychiatry 1990;28:35-40.

196.   Pickar D:  A clinical perspective on microdialysis.  Prog Neuro-Psychopharmacol & Biol Psychiatry 1990;14:S59-S62.

197.   Pickar D, Breier A, Hsiao JK, Doran AR, Wolkowitz OM, Pato CN, Konicki PE, Potter WZ: CSF and plasma monoamine metabolites and their relation to psychosis:  implications for regional brain dysfunction in schizophrenia.  Arch Gen Psychiatry 1990;47:641-648.

198.   Pickar D, Litman RE, Konicki PE, Wolkowitz OM, Breier A:  Neurochemical and neural mechanisms of positive and negative symptoms in schizophrenia.  In:  Andreasen NC (ed), Modern Problems of Pharmaco-psychiatry:  Positive and Negative Symptoms and Syndromes. Basel, Karger, 1990, pp 124-151

199.   Schreiber JL, Breier A, Pickar D:  Characteristics of patients selected for treatment on a schizophrenia research ward.  Hosp Community Psychiatry 1990;41(4):441-443.

200.   Wolkowitz OM, Bartko JJ, Pickar D:  Heterogeneity in drug trials in schizophrenia:  the mean is not the end.  Biol Psychiatry 1990;28:1021-1025.

David Pickar, MD
Curriculum Vitae
Page 24 of 33

201.  Wolkowitz OM, Papadopoulos NM, Costello R, Breier A, Doran AR, Pickar D, Rubinow D: Prednisone effects on blood-brain barrier permeability and CNS IgG synthesis in healthy humans.  Psychoneuroendocrinology 1990;15(2):155-158.

202.  Wolkowitz OM, Reus VI, Weingartner H, Thompson K, Breier A, Doran A, Rubinow D, Pickar D: Cognitive effects of corticosteroids.  Am J Psychiatry 1990;147(10):1297-1303.

203.  Wolkowitz OM, Rapaport MH, Pickar D: Benzodiazepine augmentation of neuroleptics.  In: Angrist B, Schulz SC (eds), The Neuroleptic-Nonresponsive Patient:  Characterization and Treatment.  Washington, DC, Am Psychiatric Press, 1990, pp 89-108

204.  Wolkowitz OM, Rubinow D, Doran AR, Breier A, Berrettini WH, Kling MA, Pickar D: Prednisone effects on neurochemistry and behavior:  preliminary findings.  Arch Gen Psychiatry 1990;47(10):963-968.

205.  Breier A, Albus M, Wolkowitz OM, Zahn T, Paul SM, Pickar D:  The effects of psychological and physical stress in humans.  In:  Plotnikoff NP, Murgo AJ, Faith RE, Wybran J (eds), Stress and Immunity.  Boca Raton, CRC Press, 1991, pp 47-60.

206.  Breier A, Schreiber JL, Dyer J, Pickar D:  NIMH longitudinal study of chronic schizophrenia: prognosis and predictors of outcome.  Arch Gen Psychiatry 1991;48:239-246.

207.  Breier A, Wolkowitz OM, Pickar D:  Stress and schizophrenia.  In:  Tamminga CA, Schulz SC (eds), Advances in Neuropsychiatry and Psychopharmacology, Vol 1:  Schizophrenia Research. New York, Raven Press, 1991, pp 141-152.

208.  Cottingham SL, Crawley JN, Pickar D:  Molecular approaches to neuroleptic action:  Tyrosine hydroxylase and cholecystokinin mRNA levels in the substantia nigra and ventral tegmental area.  In: Tamminga CA, Schulz SC (eds), Advances in Neuropsychiatry and Psychopharmacology, Vol 1:  Schizophrenia Research.  New York, Raven Press, 1991, pp 39-48

209.  Daniel DG, Kim E, Kostianovsky D, Goldberg TE, Casanova MF, Pickar D, Kleinman JE, Weinberger DR: Computed tomography measurements of brain density in schizophrenia. Biol Psychiatry 1991;29:745-756.

210. Hommer DW, Clem T, Litman RE, Pickar D:  Maladaptive anticipatory saccades in schizophrenia.  Biol Psychiatry 1991;30(8):779-794.

211.  Konicki PE, Owen R, Litman RE, Pickar D:  The acute effects of central and peripheral-acting dopamine antagonists on plasma HVA in schizophrenia.  Life Sci 1991;48:1411-1416.

212.  Litman RE, Hommer DW, Clem T, Ornsteen ML, Ollo C, Pickar D:  Wisconsin Card Sort performance correlates with eye tracking in schizophrenia.  Am J Psychiatry 1991;148:1580-1582.

213.  McAllister CG, Rapaport MH, Pickar D, Paul SM: Autoimmunity and schizophrenia. In: Tamminga CA, Schulz SC (eds), Advances in Neuropsychiatry and Psychopharmacology, Vol 1: Schizophrenia Research. New York, Raven Press, 1991, pp 111-118

214.  Pickar D, Owen RR, Litman RE: New developments in the pharmacotherapy of schizophrenia. In: Tasman A, Goldfinger SM (eds), American Psychiatric Press Review of Psychiatry (Vol 10). Washington, DC, Am Psychiatric Press, 1991, pp 98-115.

215.  Rapaport MH, McAllister CG, Kirch DG, Pickar D: The effects of typical and atypical neuroleptics on mitogen-induced T lymphocyte responsiveness. Biol Psychiatry 1991;29(7):715-717.

216.  Wolkowitz OM, Pickar D: Benzodiazepines in the treatment of schizophrenia: a review and reappraisal. Am J Psychiatry 1991;148(6): 714-726.

217.  Breier A, Davis O, Buchanan R, Listwak SJ, Holmes C, Pickar D, Goldstein DS: Effects of alprazolam on pituitary-adrenal and catecholaminergic responses to metabolic stress in humans. Biol Psychiatry 1992;32(10):880-890.

218.  Breier A, Schreiber JL, Dyer J, Pickar D: Krankheitsverlauf und Pradiktoren fur den Krankheitsausgang bei chronischer Schizophrenie. In: HD Brenner, W Boker (eds), Verlaufsprozesse schizophrener Erkrankungen. Dynamische Wechselwirkungen relevanter Faktoren. Bern, Verlag Hans Huber, 1992, pp 63-74.

219.  Breier A, Schreiber JL, Dyer J, Pickar D: National Institute of Mental Health longitudinal study of chronic schizophrenia: Prognosis and prediction of outcome (Letter). Arch Gen Psychiatry 1992;49:503.

220.  Breier A, Schreiber JL, Dyer J, Pickar D: Course of illness and predictors of outcome in chronic schizophrenia: implications for pathophysiology. Br J Psychiatry 1992;161(suppl 18):38-43.

221.  Goldstein DS, Breier A, Wolkowitz OM, Pickar D, Lenders JW: Plasma levels of catecholamines and corticotrophin during acute glucopenia induced by 2-deoxy-D-glucose in normal man. Clin Auton Res 1992;2(6):359-366.

222.  Pickar D: Plasma homovanillic acid and other predictors of clozapine response. Clin Neuropharmacol 1992;15(suppl 1):516A-517A.

223.  Pickar D, Hsiao JK, Litman RE: Regional brain metabolism as predictors of clozapine response. Clin Neuropharmacol 1992;15(suppl 1):399A-400A.

224.  Pickar D, Owen RR, Litman RE, Konicki PE, Gutierrez R, Rapaport MH: Clinical and biological response to clozapine in patients with schizophrenia: crossover comparison with fluphenazine. Arch Gen Psychiatry 1992;49:345-353

David Pickar, MD
Curriculum Vitae
Page 26 of 33

225.  Berman KF, Doran AR, Pickar D, Weinberger DR: Is the mechanism of prefrontal hypofunction in depression the same as in schizophrenia? regional cerebral blood flow during cognitive activation. Br J Psychiatry 1993;162:183-192.

226.  Goldberg TE, Gold JM, Greenberg R, Griffin S, Schulz SC, Pickar D, Kleinman JE, Weinberger DR: Contrasts between patients with affective disorders and patients with schizophrenia on a neuropsychological test battery. Am J Psychiatry 1993;150(9):1355-1362.

227.  Goldberg TE, Greenberg RD, Griffin SJ, Gold JM, Kleinman JE, Pickar D, Schulz SC, Weinberger DR: The effect of clozapine on cognition and psychiatric symptoms in patients with schizophrenia. Br J Psychiatry 1993;162:43-48.

228.  Hsiao JK, Colison J, Bartko JJ, Doran AR, Konicki PE, Potter WZ, Pickar D: Monoamine neurotransmitter interactions in drug-free and neuroleptic-treated schizophrenics. Arch Gen Psychiatry 1993;50:606-614.

229.  Hsiao JK, Potter WZ, Agren H, Owen RR, Pickar D: Clinical investigation of monoamine neurotransmitter interactions. Psychopharmacology (Berl) 1993;112(1 Suppl):S76-84.

230.  Litman RE, Hong WW, Weissman EM, Su TP, Potter WZ, Pickar D: Idazoxan, an $\alpha_2$ antagonist, augments fluphenazine in schizophrenic patients: a pilot study. J Clin Psychopharm 1993;13:264-267.

231.  Malhotra AK, Litman RE, Pickar D: Adverse effects of antipsychotic drugs. Drug Safety 1993;9(6):429-436.

232.  Owen RR Jr, Gutierrez-Esteinou R, Hsiao J, Hadd K, Benkelfat C, Lawlor BA, Murphy DL, Pickar D: Effects of clozapine and fluphenazine treatment on responses to m-Chlorophenylpiperazine infusions in schizophrenia. Arch Gen Psychiatry 1993;50:636-644.

233.  Rapaport MH, Torrey EF, McAllister CG, Nelson DL, Pickar D, Paul SM: Increased serum soluble interleukin-2 receptors in schizophrenic monozygotic twins. Eur Arch Psychiatry Clin Neurosci 1993;243:7-10.

234.  Rapaport MH, Wolkowitz O, Kelsoe JR, Pato C, Konicki PE, Pickar D: Beneficial effects of nalmefene augmentation in neuroleptic-stabilized schizophrenic patients. Neuropsychopharmacology 1993;9:111-115.

235.  Schreiber JL, Breier A, Pickar D: Hospital vs community. Hosp Community Psychiatry 1993;44(8):795.

236.  Su TP, Paliaro M, Schmidt PJ, Pickar D, Wolkowitz O, Rubinow DR: Neuropsychiatric effects of anabolic steroids in male normal volunteers. JAMA 1993;269(21):2760-2764.

David Pickar, MD
Curriculum Vitae
Page 27 of 33

237.  Wolkowitz OM, Coppola R, Breier A, Doran AR, Rubinow DR, Berrettini WH, Kling MA, Pickar D:  Quantitative electroencephalographic correlates of steroid administration in man. Neuropsychobiology 1993;27:224-230.

238.  Wolkowitz OM, Weingartner H, Rubinow DR, Jimerson D, Kling M, Berretini W, Thompson K, Breier A, Doran A, Reus VI, Pickar D:  Steroid modulation of human memory: biochemical correlates.  Biol Psychiatry 1993;33:744-746.

239.  Zahn TP, Pickar D: Autonomic effects of clozapine in schizophrenia: comparison with placebo and fluphenazine.  Biol Psychiatry 1993;34:3-12.

240.  de Bartolomeis A, Austin MC, Goodwin GA, Spear LP, Pickar D, Crawley JN:  Dopaminergic and peptidergic mRNA levels in juvenile rat brain after prenatal cocaine treatment.  Mol Brain Res 1994;21:321-330.

241.  Gejman PV, Ram A, Gelernter J, Friedman E, Cao Q, Pickar D, Blum K, Noble EP, Kranzler H, O'Malley S, Hamer DH, Whitsitt F, Rao P, DeLisi LE, Virkkunen M, Linnoila M, Goldman D, Gershon ES: No structural mutation in the dopamine $D_2$ receptor gene in alcoholism or schizophrenia. JAMA 1994;271(3):204-8.

242.  Litman RE, Hommer DW, Radant A, Clem T, Pickar D:  Quantitative effects of typical and atypical neuroleptics on smooth pursuit eye tracking in schizophrenia.  Schizophr Res 1994;12:107-120.

243.  Malow BA, Reese KB, Sata S, Bogard PJ, Malhotra AK, Su T-P, Pickar D:  Spectrum of EEG abnormalities during clozapine treatment.  Electroencephalography & Clin Neurophysiol 1994;91:205-211.

244.  Pickar D:  Serotonin and dopamine abnormalities in schizophrenia.  J Clin Psychiatry Monograph 1994;12(2):10-16.

245.  Pickar D, Litman RE, Hong WW, Su TP, Weissman EM, Hsiao JK, Potter WZ:  Clinical Response to clozapine in patients with schizophrenia.  Arch Gen Psychiatry 1994;51:159-160.

246.  Pickar D, Owen RR, Litman RE, Hsiao JK, Su T-P:  Predictors of clozapine response in schizophrenia.  J Clin Psychiatry 1994;55(9):129-132.

247.  Rapaport MH, McAllister CG, Kim YS, Han JH, Pickar DS, Nelson DL, Kirch DG, Paul SM: Increased serum soluble interleukin-2 receptors in caucasian and Korean schizophrenic patients.  Biol Psychiatry 1994;35:767-771.

248.  Rao PA, Pickar D, Gejman PV, Ram A, Gershon ES, Gelernter J:  Allellic variation in the $D_4$ dopamine receptor ($DRD_4$) gene does not predict response to clozapine.  Arch Gen Psychiatry 1994;51:912-917.

David Pickar, MD
Curriculum Vitae
Page 28 of 33

249.  Zahn TP, Pickar D, Haier RJ: Effects of clozapine, fluphenazine and placebo on reaction time measures of attention and sensory dominance in schizophrenia.  Schizophr Res 1994; 13(2):133-144.

250.  Malow BA, Reese KB, Sato S, Bogard PJ, Malhotra A, Su T-P, Pickar D:  Spectrum of EEGabnormalities during clozapine treatment.  Electroencephalography & Clinical Neurophysiology 1994;91:205-211.

251.  Chung IW, Kim YS, Ahn JS, Lee HS, Chen G, Manji HK, Potter WZ, Pickar D:  Pharmacologic profile of natural products used to treat psychotic illnesses.  Psychopharmacol Bull 1995;31(1):139-145.

252.  Pickar D:  Prospects for the pharmacotherapy of schizophrenia.  The Lancet 1995;345:557-562.

253. Pickar D, Hsiao JK: Clozapine treatment of schizophrenia.  JAMA 1995;274(12):981-983.

254.  Schreiber JL, Breier A, Pickar D:  Expressed emotion: trait or state?  Br J Psychiatry 1995;166:647-649.

255.  Zarate CA Jr; Daniel DG; Kinon BJ; Litman RE; Naber D; Pickar D; Sato M
       Algorithms for the treatment of schizophrenia.  Psychopharmacoal Bull 1995;31(3):461-7.

256.  Litman RE, Su T-P, Potter WZ, Hong WW, Pickar D:  Idazoxan and response to typical neuroleptics in treatment-resistant schizophrenia: comparison with the atypical neuroleptic, clozapine.  Br J Psychiatry 1996;168:571-579.

257.  Malhotra AK, Pinals DA, Weingartner H, Sirocco K, Missar CD, Pickar D, Breier A: NMDA receptor function and human cognition:  the effects of ketamine in healthy volunteers.  Neuropsychopharmacology 1996;14:301-307.

258.  Daniel DG, Goldberg TE, Weinberger DR, Kleinman JE, Pickar, D, Lubick LJ, Williams TS:  Different side effect profiles of risperidone and clozapine in 20 outpatients with schizophrenia or schizoaffective disorder:  a pilot study.  Am J Psychiatry 1996;153:417-419.

259.  Malhotra AK, Goldman D, Buchanan R, Breier A, Pickar D:  5HT$_{2A}$ receptor T102C polymorphism and schizophrenia.  The Lancet 1996;347:1830-1831.

260.  Malhotra AK, Pickar D:  Biological predictors of clozapine response.  Psychiatric Annals 1996;26:390-394.

261.  Malhotra AK, Goldman D, Ozaki N, Breier A, Buchanan R, Pickar D:  Lack of association between polymorphisms in the 5HT$_{2A}$ receptor gene and the antipsychotic response to clozapine.  Am J Psychiatry 1996;153:1092-1094.

David Pickar, MD
Curriculum Vitae
Page 29 of 33

262.  Malhotra AK, Goldman D, Ozaki N, Rooney W, Clifton A, Buchanan R, Breier A, Pickar D: Clozapine response and $5HT_{2C}$ Cys23Ser polymorphism.  NeuroReport 1996; 7; 13:2100-2102.

263.  Pickar D, Su T-P, Weinberger D, Coppola R, Malhotra AK, Knable MB, Lee KS, Gorey J, Bartko JJ, Breier A, Hsiao J:  Individual variation in $D_2$ dopamine receptor occupancy in clozapine-treated patients.  Am J Psychiatry 1996;153:1571-1578.

264.  Pinals DA, Malhotra AK, Missar CD, Pickar D, Breier A: Lack of Gender differences in neuroleptic response in patients with schizophrenia, Schizophrenia Research, 1996; 22, 215-222.

265.  Breier A, Malhotra AK, Pinals DA, Weisenfeld N, Pickar D.  Ketamine-Induced Psychosis is Associated with Focal Activation of the Prefrontal Cortex in Healthy Volunteers.  American Journal of Psychiatry, 1997; 154(6), 805-811.

266.  Breier, A, Su, T-P, Saunders, R, Carson R.E., Kolchana, B.S., de Bartolomeis, A., Weisenfeld, N., Malhotra, A.K., Eckelman, W.C., Pickar, D. Schizophrenia is Associated with Elevated Amphetamine-Induced Synaptic Dopamine Concentrations: Evidence from a positron emission tomography method.  Proceedings of the National Academy of Science, 1997; 94, 2569-2574.

267.  Carson RE, Breier A, de Bartolomeis A, Saunders RC, Su T-P, Schmall B, Der MG, Pickar D, Eckelman WC.  Quantification of Amphetamine-Induced Dopamine Release with [11C]-Raclopride and Continuous Infusion.  Journal of Cerebral Blood Flow and Metabolism, 1997; 17, 437-447.

268.  Cohen RM, Nordahl TE, Semple WE, Andreason P, Litman RE, Pickar, D.  The Brain Metabolic Patterns of Clozapine- and Fluphenazine-Treated Patients with Schizophrenia During a Continuous Performance Task.  Archives of General Psychiatry, 1997; 54:481-486.

269.  Jacobsen LK, Frazier J, Malhotra AK, Karoum F, McKenna K, Gordon C, Hamburger SD, Lenane MC, Pickar D, Potter WZ, Rapporport JL.  Cerebrospinal Fluid Monoamine Metabolites in Childhood-Onset Schizophrenia.  American Journal of Psychiatry, 1997; 154:69-74.

270.  Rapaport MH, McAllister CG, Pickar D, Tamarkin L, Kirch DG, Paul SM.  CSFIL-1 and IL-2 in medicated schizophrenic patients and normal volunteers.  Schizophrenia Research, 1997; 25:123-129.

271.  Malhotra AK, Adler CM, Kennison SD, Elman I, Pickar D, Breier A. Clozapine blunts NMDA antagonist-induced psychosis: a study with ketamine.  Biological Psychiatry, 1997, 42:664-668.

272.  Malhotra AK, Pinals DA, Su TP, Pickar D, Breier A. Ketamine-induced exacerbation of psychotic symptoms and cognitive impairment in schizophrenia: Implication for NMDA receptor function.  Neuropsychopharmacology, in press.

David Pickar, MD
Curriculum Vitae
Page 30 of 33

273. Pickar D, Malhotra AK, Rooney W, Breier A, Goldman D. Apolipoprotein E E4 allele and clinical phenotype in schizophrenia. The Lancet, 1997, Dec. 20-27;350(9094):1857-8.

274. Breier A, Su T-P, Malhotra AK, Elman I, Adler CM, Weisenfeld NI, Pickar D. Effects of atypical antipsychotic drug treatment on amphetamine-induced striatal dopamine release in patients with psychotic disorders. Neuropsychopharmacology, submitted.

275. Su TP, Malhotra AK, Hadd K, Breier A, Pickar D. $D_2$ dopamine receptor occupancy; a crossover comparison of risperidone with closapine therapy in schizophrenic patients. Archives of General Psychiatry, 1997; 54(10):972-3.

276. Litman RE, Torrey EF, Hommer DW, Radant AR, Pickar D, Weinberger DR. A quantitative analysis of smooth pursuit eye tracking in monozygotic twins discordant for schizophrenia. Archives of General Psychiatry, 1997; 54(5):417-26.

277. De Bartolomeis A, Koprivica V, Pickar D, Crawley JN, Abbott LC. Opioidergic and dopaminergic gene expression in the caudate-putamen and accumbens of the mutant mouse, tottering (tg/tg). Brain Res Mol Brain Res, 1997; 46(1-2):321-4.

278. Rapaport MH, McAllister CG, Pickar D, Tamarkin L, Kirch DG, Paul SM. CSF IL-1 and IL-2 in medicated schizophrenic patients and normal volunteers. Schizophrenia Res, 1997; May 25(2):123-9.

279. Breier A, Malhotra AK, Pinals DA, Weisenfeld NI, Pickar D. Association of ketamine-induced psychosis with focal activation of the prefrontal cortex in healthy volunteers. Am. Journ. of Psychiatry, 1997; 154(6):805-11.

280. Pearsall R, Glick ID, Pickar D, Suppes T, Tauscher J, Jobson KO. A new algorithm for Treating schizophrenia. Psychopharmacol Bull, 1998; 34(3):349-53.

281. Adler CM, Goldberg TE, Malhotra AK, Pickar D, Breier A. Effects of ketamine on thought disorder, working memory, and semantic memory in healthy volunteers. Biol Psychiatry, 1998; 43(11):811-6.

282. Malhotra AK, Goldman D, Mazzanti C, Clifton A, Breier A, Pickar D. A functional serotonin transporter (5-HTT) polymorphism is associated with psychosis in neuroleptic-free schizophrenics. 1998; Mol Psychiatry, 3(4):328-32.

283. Breier A, Kestler L, Adler C, Elman I, Wiesenfeld N, Malhotra A, Pickar D. Dopamine D2 receptor density and personal detachment in healthy subjects. 1998; Am J Psychiatry, 155(10):1440-2.

David Pickar, MD
Curriculum Vitae
Page 31 of 33

284.  Malhotra AK, Breier A, Goldman D, Picken L, Pickar D. The apolipoprotein E epsilon 4 allele is associated with blunting of ketamine-induced psychosis in schizophrenia. A preliminary report. 1998; Neuropsychopharmacology, 19(5):445-8.

285.  Goldberg TE, Aloia MS, Gourovitch ML, Missar D, Pickar D, Weinberger DN. Cognitive substrates of thought disorder, I: the semantic system. 1998; Am J Psychiatry, 155(12):1671-6.

286.  Aloia MS, Gourovitch ML, Missar D, Pickar D, Weinberger DR, Goldberg TE. Cognitive substrates of thought disorder, II: specifying a candidate cognitive mechanism. Am J Psychiatry, 1998; 155(12):1677-84.

287.  Murphy DL, Karoum F, Pickar D, Cohen RM, Lipper S, Mellow AM, Tariot PN,     Sunderland T. Differential trace amine alterations in individuals receiving acetylenic inhibitors of MAO-A (clorgyline) or MAO-B (selegiline and pargyline). Journal of Neural Transm. Suppl., 1998; 52:39-48.

288.  Pinals DA, Malhotra AK, Breier A, Pickar D. Informed consent in schizophrenia research [letter]. Psychiatr. Serv., 1998; 49(2):244.

289.  Breier A, Adler CM, Weisenfeld N, Su TP, Elman I, Picken L, Malhotra AK, Pickar D. Effects of NMDA antagonism on striatal dopamine release in healthy subjects: application of a novel PET approach. Synapse, 1998; 29(2):142-7

290.  Malhotra AK, Goldman D, Buchanan RW, Rooney W, Clifton A, Kosmidis MH, Breier A, Pickar D. The dopamine D3 receptor (DRD3) Ser9Gly polymorphism and schizophrenia: a haplotype relative risk study and association with clozapine response, Molecular Psychiatry, 1998; 3(1):72-5.

291.  Pickar D. The D2 Receptor: love it and leave it. Molecular Psychiatry, 1998; 3(2):101-2.

293.  Pickar D, Su TP, Malhotra AK, Coppola R, Knable MB, Lee KS, Weinberger DR, Breier A. D2 Occupancy and the Mechanism of Action of Atypical Antipsychotics: What's Dose Got to do with it? Chapter Proceedings, 7th International Meeting on Clinical Pharmacology in Psychiatry, 1998.

294.  Cohen RM, Nordahl TE, Semple WE, Andreason P, Pickar D. Abnormalities in the distributed network of sustained attention predict neuroleptic treatment response in schizophrenia. Neuropsychopharmacology, 1998; 19(1):36-47.

295.  Ellman I; Adler CM, Malhotra AK, Bir C, Pickar D, Breier A. Effect of acute metabolic stress on pituitary-adrenal axis activation in patients with schizophrenia. Amer.Journ. of  Psychiatry, 1998; 155(7):979-81.

David Pickar, MD
Curriculum Vitae
Page 32 of 33

296.  Elman I, Goldstein DS, Eisenhofer G, Folio J, Malhotra AK, Adler CM, Pickar D, Breier
      Mechanism of peripheral noradrenergic stimulation by clozapine.
      Neuropsychopharmacology 1999; 20(1):29-34.

297  Breier AF, Malhotra AK, Su TP, Pinals DA, Elman I, Adler CM, Lafargue RT, Clifton A,
     Pickar D. Clozapine and risperidone in chronic schizophrenia: effects on symptoms,
     parkinsonian side effects, and neuroendocrine response. Am J Psychiatry, 1999; 156(2):294-8.

298.  Hu RJ, Malhotra AK, Pickar D.  Predicting Response to clozapine: status of current
      research. (review article) CNS Drugs, 1999; 11(4):317-26.

299. Adler CM, Mahotra AK, Elman I, Goldberg T, Egan M, Pickar D, Breier A.  Comparison of
     ketamine-induced thought disorder in healthy volunteers and thought disorder in
     schizophrenia. Am J Psychiatry, 1999; 156[10]:1649-9.

300. Cohen RM, Nordahl TE, Semple WE, Pickar D.  The brain metabolic patterns of clozapine-
     and fluphenazine-treated female patients with schizophrenia:  evidence of a sex effect.
     Neuropsychopharmacology, 1999;[5]:632-40.

301. Raedler TJ, Knable MB, Lafargue T, Urbina RA, Egan MF, Pickar D, Weinberger DR.  In vivo
     determination of striatal dopamine receptor occupancy in patients treated with
     olanzapine.  Psychiatry Res, 1999; 90[2]:81-90.

302. Miller FG, Pickar D, Rosenstein DL.  Arch Gen Psychiatry, 1999; 56[8]:763-4.

303. Breier A, Su TP, Malhotra AK, Elman I, Adler CM, Weisenfeld NI, Pickar D.   Effects of
     atypical antipsychotic drug treatment on amphentamine-induced striatal dopamine
     release in patients with psychotic disorders.  Neuropsychopharmacology, 1999; 20[4]:340-
     5.

304. Bertolino A, Breier A, Callicott JH, Adler C, Mattay VS, Shapiro M, Frank JA, Pickar D,
     Weinberger DR.  The relationship between dorsolateral prefrontal neuronal N-
     acetylaspartate and evoked release of striatal dopamine in schizophrenia.
     Neuropsychopharmacology, 2000;22[2]:125-32.

305. Adler CM, Elman I, Weisxenfeld N, Kestler L, Pickar D, Breier A.  Effects of acute metabolic
     stress on striatal dopamine release in healthy volunteers.  Neuropsychopharmacology,
     2000; 22[2]:545-50.

306. Raedler TJ, Knable MB, Jones DW, Lafargue T, Urbina RA, Egan MF, Pickar D, Weinberger.
     In vivo olanzapine occupancy of muscarinic acetylcholine receptors in patients with
     schizophrenia.  Neuropsychopharmacology, 2000; 23[1]:56-68.

307. Pickar D.  The Industrialization of Pharmacogenomics For Psychiatric Disorders.  American
     Journal of Medical Genetics, 2000;96[4]: 467.

David Pickar, MD
Curriculum Vitae
Page 33 of 33

308. Pickar D, Rubinow K: Pharmacogenomics of Psychiatric Disorders. Trends in Pharmacological Sciences, Vol.22 No.2 February 2001, Elsevier Science London.

309. Pickar D, Rubinow K: Pharmacogenomics of schizophrenia. In Molecular Genetics of Mental Disorders, Briley Mike, Sulser Fridolin (eds); Martin Dunitz Ltd 2001, London, pages 289-305.

310. Daly RC, Su T-P, Schmidt PJ, Pickar D, Murphy DL, Rubinow DR. Cerebrospinal fluid and behavioral changes after methyltestosterone administration. Arch Gen Psych 2001;58:172-177.

311. Zahn TP, Pickar D, van Kammen DP. Neuroleptic effects on autonomic activity in schizophrenia: Between-group and Within Group paradigms and comparisons. Schizophrenia Bulletin 2001 27:503-515.

312. Adler CM, Malhotra AK, Elman I, Pickar D, Breier A. Amphetamine-induced dopamine release and post-synaptic specific binding in patients with mild tardive dyskinesia. Neuropsychopharmacology 2002 (3) 295-300.

313. Atypical Antipsychotics in the Treatment of Schizophrenic Patients. Naber D, Lambert M, Krausz M, Haasen, Pickar D (Eds). UNI-MED Verlag AG, Bremen Germany, 2002.

314. Elman I, Goldstein DS, Green AI, Eisenhofer G, Folio CJ, Holmes S, Pickar D, Breier A. Effects of Risperidone on the Peripheral Noradrenergic System in Patients with Schizophrenia: A comparison with Clozapine and Placebo. Neuropsychopharmacology 2002 27:293-300.

315. Pickar D. Pharmacogenomics of Psychiatry Drug Treatment. Psychiatric Clinics of North America, in press.

316. Pickar D and Bartko JJ. Effect size of symptom status in withdrawal of typical antipsychotics and subsequent clozapine treatment in schizophrenic patients. American Journal of Psychiatry, 2003; 160:1133-1138.

317. Pickar D: Alpha2 antagonist augments D2 blockade in schizophrenia patients: Targeting cortical deficits. Biol Psych 2003 52 1110S.

# EXHIBIT B

# Pius O. Ojevwe, Psy.D.

1762 Sea Pine Circle ❖ Severn, MD 21144 ❖ (410) 551-2455 ❖ Pojevwe@gmail.com
(Cell) 202-438-3866

**EDUCATION:**

| | |
|---|---|
| September 2000<br>June 2005 | **AMERICAN SCHOOL OF PROFESSIONAL PSYCHOLOGY AT**<br>**ARGOSY UNIVERSITY**          Arlington, VA<br>Doctor of Clinical Psychology (Psy.D.). American Psychological<br>Association [APA]-Accredited Clinical Psychology Program.<br>***Licensed in District of Columbia – License # Psy1000398***<br>***Licensed in Maryland – License # 04277***<br>***Licensed in New York State – License # 017522-1*** |
| September 1994-<br>May 1998 | **ST. JOHN'S UNIVERSITY**          Queens, NY<br>Bachelor of Arts in Psychology, May 1998<br>Minor in Philosophy |

**HONORS & AWARDS**
   ❖ Dean's List from 1994 to 1998 at St. John's University
   ❖ Graduated with honors from St. John's University
   ❖ Golden Key National Honor Society Award

**PROFESSIONAL/CLINICAL EXPERIENCE:**
*Current Employment:*

| | |
|---|---|
| February 2008<br>Present | **ST. ELIZABETHS HOSPITAL/D.C. DEPT. OF MENTAL HEALTH**<br>**JOHN HOWARD PAVILION**          Washington, DC |

*Clinical Psychologist/Acting Clinical Administrator*
   ❖ Assessment and development of comprehensive treatment plans
   ❖ Conduct pretrial competency to stand trial evaluations
   ❖ Conduct psychological assessment of Malingering
   ❖ Provide leadership to multidisciplinary staff
   ❖ Provide supervision to unlicensed psychology staff and  psychology
     interns
   ❖ Provide Discharge Summaries

| | |
|---|---|
| October 2005 –<br>February 2008 | **CLIFTON T. PERKINS HOSPITAL CENTER (CTPHC)** Jessup, MD<br>*CTPHC is a maximum-security forensic facility for individuals who have*<br>*been court-ordered to receive psychiatric treatment.* |

*Staff Psychologist*
*Supervisor: Dr. Marc Tabackman (410) 724-3068*
   ❖ *Full-Time Position: 40-45 hours weekly*

**Pius Ojevwe**                                                              Page 2

> ❖ Conduct pretrial psychological evaluations (i.e. competency to stand trial and criminal responsibility evaluations, cognitive and personality assessments etc.)
> ❖ Provide expert testimonies
> ❖ Provide individual psychotherapy
> ❖ Provide sex offender group psychotherapy
> ❖ Develop and implement behavior management plans
> ❖ Provide training to multidisciplinary staff on management of violent/aggressive patients
> ❖ Provide training and supervision of psychology graduate students

August 2007-
Present

**ALFORD PSYCHOLOGICAL CONSULTING, LLC**
*Contract Evaluator*
> ❖ Perform court-ordered psychological and sex offender risk  assessment of juveniles referred through the Department of Social Services and Department of Juvenile Services

January 2007 –
Present

**PSYCHOLOGICAL ASSESSMENT SOLUTIONS, LLC**
Washington, DC
*Clinical Consultant / Contractor*
> ❖ Duties include planning and implementation of forensic proposals and assessment.

January 2007-
June 2007

**UNIVERSITY OF MARYLAND BALTIMORE COUNTY**
*AN HONORS UNIVERSITY IN MARYLAND*

*Adjunct Faculty/Instructor (Part-Time)*
> ❖ Taught Personality/Psychological Assessment to 2nd year Clinical Psychology graduate students

January 2006-
June 2006

**ATLANTIC HEALTH SERVICES INC**
*Contract Evaluator*
> ❖ Perform court-ordered psychological evaluation of juveniles referred through the Department of Social Services and Department of Juvenile Services

*Doctorial Clinical Internship:*
August 2004-
July 2005

**SUPERIOR COURT OF DISTRICT OF COLUMBIA**
**CHILD GUIDANCE CLINIC/ OAK HILL DETENTION CENTER**
                                                              Washington, DC
*Clinical Psychology Intern* (Ages: 14-19)
*Supervised by Dr. Michael E. Barnes (202-508-1816) and*
*Dr. Mitchell H. Hugonnet (202) 508-1733*
> ❖ *Total Hours Completed: 2000 hours (40hs weekly)*
> ❖ Conducted court-ordered psychological evaluations with adolescents involved in delinquency/Misdemeanor/Felony matters.  Types of

**Pius Ojevwe**                                                            Page 3

evaluations included psychoeducational, personality assessment, competency to stand trial evaluations, and neuropsychological screening. Also provided interpretation of test data, written reports, and recommendations for disposition, placement, and educational and/or mental health services.

❖ Conducted risk assessment/psychological evaluations at **<u>Oak Hill Detention Center</u>**, focusing on assessment of dangerousness, sex offender risk assessments, and provided interpretation of test data and written reports.

❖ Planned and implemented interventions with court ordered adolescents and families. Interventions include brief individual therapy and family psychotherapy, utilizing Psychodynamic, Cognitive/Behavioral, and Systemic approaches. Participated in case presentations in therapy and assessment seminars, and provided case notes and termination summaries.

❖ Provided education and process group for adolescent male sex offenders, utilizing cognitive behavioral techniques to help decrease future sex re-offending. Provided educational and process group for parents of adolescent male sex offenders.

August 2004-      **INTERNSHIP ROTATION AT HOWARD UNIVERSITY**
June 2005         **COUSELING CENTER**                    Washington, DC

*Clinical Psychology Intern* (<u>undergraduate/graduate college students</u>)
*Supervised by Dr. Nickole Scott-Conerly (202) 806-6870*
❖ Provided brief individual and group counseling to students experiencing a wide range of psychological distress.

❖ Facilitated outreach activities/programs for students focusing on issues around HIV/AIDS awareness, Depression Screenings, Sex and the Law and more.

September 2002-   **WASHINGTON ASSESSMENT AND THERAPY SERVICES/**
June, 2003        **TURNING POINT CENTER FOR WOMEN AND CHILDREN**
                                                          Washington DC
*Psychology Extern* (<u>Ages</u>: 4-25)
*Supervised by Dr. Sherry Benica (202) 537-1780*
❖ Planned and implemented interventions with ethnically diverse children, adolescents and adults experiencing a wide range of psychological difficulties. Interventions included brief individual therapy and family psychotherapy, utilizing Cognitive/Behavioral, Psychodynamic and Systemic approaches. Duties also included crisis interventions, psychological and vocational evaluations, providing

**Pius Ojevwe**                                                    Page 4

interpretation of test data, written reports, and recommendations for placement, educational and /or mental health services.

June 2001-
June 2002

**SUPERIOR COURT OF DISTRICT OF COLUMBIA CHILD GUIDANCE CLINIC/ OAK HILL DETENTION CENTER - FORENSIC & PSYCHOEDUCATIONAL ASSESSMENT**
                                                    Washington, DC

*Psychology Extern* (<u>Ages:</u> 14-34)
*Supervised by Dr. Nicole Alford (202) 508-1732 and*
*Dr. Michael E. Barnes (202) 508-1816*

❖ Performed Court ordered psychological evaluations with children adolescents who are involved in delinquency and experiencing substance abuse and mental health difficulties and their families. Types of evaluations included psycho-educational, personality assessment and neuropsychological screening, and sex offender risk assessments, and provided interpretation of test data, written reports, and recommendations for disposition, placement, and educational and / or mental health services.

❖ Conducted evaluations with parents involved in child abuse, and neglect matters. Types of evaluation included, parenting capacity evaluations, assessment of parents who are experiencing substance abuse and mental health illnesses, and provided written report and treatment recommendations.

## OTHER WORK EXPERIENCE:

December 2003-
May 2004

**ARLINGTON COUNTY DENTENTION CENTER**      Arlington, VA

*Anger Management group Co-Facilitator*
❖ Provided treatment for inmates who are experiencing poor anger management, substance abuse and/or mental health difficulties.
❖ Provided mentorship and support for inmates.

August 2001-
December 2004

**GUIDE INDEPENDENCE PROGRAM INC.**      Hyattsville, MD

*Residential Counselor-Severely Mentally Ill Chemical Abuse*
*Supervised by Tracy Davis, MA (301) 731-0350 (24hrs weekly)*
(Ethnically Diverse Population - <u>Ages:</u> 18-44)
❖ Provided supervision, assistance, and psycho-education to residents in the activities of daily living skills. Diagnoses of the population included schizophrenia, schizoaffective, substance abuse, bipolar and personality disorders.

❖ Provided individual counseling to residents by assisting them to explore and resolve correlates of their behavioral and emotional pains;

**Pius Ojevwe**                                                        Page 5

assisting residents in anger management, problem-solving, increasing frustration tolerance and reinforcing prosocial behaviors.

❖ Monitored resident's psychotropic medications and performed random urine toxicology screenings after residents have unsupervised access to the community.

January 2003 –
April 2003

**ARGOSY UNIVERSITY**                            Washington, DC

*Teaching Assistant (Group Psychotherapy Course)*
❖ Assisted the instructor with grading papers, responded to students' questions and concerns, and conducted literature search.

March 2000-
December 2000

**SOUTH SHORE ASSOCIATION FOR INDEPENDENT LIVING**
                                                        Baldwin, NY
*Residential Counselor-Severely Mentally Ill Chemical Abuse*
*Supervised by Mr. Milo Erie (516) 569-3728 (30 hrs weekly)*
(Ethnically Diverse Population - <u>Ages:</u> 19-49)
❖ Provided supervision, assistance, and group psycho-education to residents in the activities of daily living skills. Diagnoses of the population served included but not limited to schizophrenia, schizoaffective, bipolar, substance abuse, and borderline personality disorders. Interventions included individual counseling and group counseling, crisis intervention, collateral contacts, and consultations.

❖ Collaboratively worked with residents in the development, evaluation, and modification of individual service plans. Trained residents on self-medication management skills, assisted residents in establishing vocational and educational goals.

❖ Planned and developed recreational activities. Administered random urine toxicology screenings after residents that have unsupervised access to the community.

November 1999-
September 2000

**MELILLO CENTER FOR MENTAL HEALTH**    Glen Cove, NY
*Residential Counselor (40 hrs weekly)*
*Tel: (516) 676-1025*
(Ethnically Diverse Population - <u>Ages:</u> 25-65)
❖ Provided supervision, assistance, and group psycho-education to residents in the activities of daily living skills. Diagnoses of the population served included schizophrenia, bipolar, and borderline and avoidant personality disorders.

❖ Collaborated with residents in the development, evaluation, and modification of individual service plans. Trained residents on self-medication management skills

**Pius Ojevwe**                                                          Page 6

&#10070; Assisted residents in establishing vocational and educational goals. Planned and developed programs and recreational activities. Performed documentations of caseload.

## PRESENTATIONS:

| | |
|---|---|
| Fall 2008 | Presented on competency to stand trial evaluation and criminal responsibility evaluation to graduate psychology students at CTPHC |
| Winter 2007 | Presented on psychotherapy case formulation to graduate psychology students at CTPHC |
| Spring 2007 | Provided training to multidisciplinary staff on management of Violent/Aggressive Patients |
| Spring 2006 | Guest Lecturer: Presented on Personality and Forensic Assessments to undergraduate students of Prince Georges' Community College |
| Spring 2005 | Guest Lecturer: Presented on Child and Adolescent Forensic Psychology to Graduate students of Argosy University           Washington DC |
| Spring 2005 | Co-Presenter on Psychology Assessment of Juvenile to 3rd year Law School students at George Washington University   Washington, DC |
| Fall 2004 | Co-Presenter on the Treatment of Juvenile Sex Offender to the District of Columbia Superior Court Judges.                 Washington, DC |
| Fall 2004 | Co-Presenter on Anger Management to students of Sanz School                                 Washington, DC |

## TRAINING/CONTINUING EDUCATION:

| | |
|---|---|
| 2008 | Update on MPPI-2 Interpretation: 2-day training by Roger Greene, PH.D. Sponsored by the National Naval Medical Center (12 CEUs) |
| 2008 | Nonviolent Crisis Intervention: provided by St. Elizabeths Hospital |
| 2006 | Pretrial Forensic Evaluation Training: 3-day training on Competency to Stand Trial and Criminal Responsibility Evaluations – provided by Office of Forensic Services. Co-sponsored by the University of Maryland Mental Health Services Center and Maryland Mental Hygiene Administration |
| 2006 | Contemporary Issues in Forensic Psychology sponsored by American Academy of Forensic Psychology (8-hour Workshop on Developmental Pathways to Severe Antisocial and Aggressive Behavior) – San Juan, Puerto Rico |

**Pius Ojevwe**                                                                    Page 7

| | |
|---|---|
| 2005 | Ninth Annual Conference on the Contemporary Applications of Psychological Testing sponsored by The Department of Psychology Massachusetts Mental Health Center/Harvard Medical School (Presenters: Philip Erdberg Ph.D. and James Butcher Ph.D.) |
| 2005 | Annual Psychotherapy Network by Mid-Atlantic Group Psychotherapy Conference, Bethesda Maryland |
| 2002 | Sixth Annual Conference on the Contemporary Applications of Psychological Testing by the Department of Psychology Massachusetts Mental Health Center/Harvard Medical School |

## PROFESSIONAL AFFILIATIONS/VOLUNTEER EXPERIENCE:

| | |
|---|---|
| 2003-Present | **AMERICAN PSYCHOLOGICAL ASSOCIATION (MEMBER)** |

**References:**

Available upon request.