THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** :  | **CRIMINAL NO. : 07-204 (CKK)** |
| : | |
| **v.** : | |
| : | |
| **PATRICK SYRING,** : | |
|               **Defendant.** : | |
| : | |
| : | |

**GOVERNMENT'S COURT ORDERED STATUS REPORT**

The United States, by its undersigned counsel, respectfully provides this status report to the Court in preparation for the May 19, 2008 status conference in this matter. In support, the United States states:

1. On January 3, 2008, the defendant, Patrick Syring pled guilty before the Honorable Judge Colleen Kollar-Kotelly for violating 18 U.S.C. Section 245(b)(2) for interfering with federally protected rights. On March 20, 2008, the Court revoked the defendant's bond upon the Government's Emergency Motion for Revocation of Release Conditions based on allegations that the defendant issued another racially motivated threat using interstate communications. After a status conference on March 26, 2008, the Court ordered that the Defendant be held pending sentencing. In addition, the Court ordered that the government file a status report indicating whether new charges would be filed against the defendant and to describe its position regarding the status of the pending plea agreement which has not yet been accepted by the Court. A status conference is scheduled for May 19, 2008 to address these issues.

2. The government has recently provided the defendant with a plea offer that would encompass the pending charges as well as the allegations regarding the March 13, 2008 e-mail

sent by the defendant to LinkTV and intended for Dr. James Zogby. The parties are actively involved in plea negotiations and hope to be able to present the Court with an agreed course of action at the time of the status conference.

Respectfully submitted,

_____
**JEFFREY A. TAYLOR**
Bar No. 498-610
UNITED STATES ATTORNEY

By: _____/s/_____
Julieanne Himelstein
Assistant United States Attorney

_____
GRACE CHUNG BECKER
ACTING ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

By: _____
Mark Blumberg
Deputy Chief, Criminal Section