**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Criminal No. 07-204 (CKK) |
| **PATRICK SYRING,** | ) ) ) | |
| **Defendant** | ) ) | |

## NOTICE OF DEFENDANT'S INTENT TO ENTER PLEA

COMES NOW the Defendant, Patrick Syring, by his undersigned counsel, and hereby notifies the Court that he intends to accept the government's plea offer, embodied in a plea agreement letter dated May 12, 2008, and to enter his guilty plea pursuant to the terms of that letter at the status hearing scheduled for June 2, 2008.

Dated: May 29, 2008

Respectfully submitted,

SCHERTLER & ONORATO, L.L.P.

/s/
David Schertler (#367203)
Peter V. Taylor (#419524)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Counsel for Mr. Patrick Syring*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT the foregoing was, this 29th day of May, 2008 sent, via ECF, to the following:

Mark Blumberg, Esq.
Deputy Chief
Karen Ruckert, Esq.
Trial Attorney
U.S. Department of Justice
Civil Rights Division
601 D Street, NW, Fifth Floor
Washington, D.C.  20004

Julieanne Himelstein, Esq.
Assistant United States Attorney
Federal Major Crimes Section
United States Attorney's Office
    for the District of Columbia
555 Fourth Street, NW, 4th Floor
Washington, DC 20530

_____/s/_____
Peter V. Taylor