HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUN 1 2 2008**

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-204 |
| | : | |
| vs. | : | SSN: |
| | : | |
| SYRING, Patrick | : | Disclosure Date: March 28, 2008 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                _____
Prosecuting Attorney                                                    Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____   _____  4-2-08
Defendant                Date           Defense Counsel        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 11, 2008**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                              Page 2

Defendant contends that he is entitled to acceptance of responsibility and, thus, takes issue with paragraphs 22 and 32 of the Presentence Investigation Report.

Defendant also takes exception with paragraph 26 of the Report to the extent that it contends that the offense involved more than two threats. He contends that there was only one or, at most, two statements that were deemed to be threats, and that those statements -- "the only good Arab is a dead Arab" and similar statements -- albeit repeated in multiple communications, still constitute only one or two threats.

Signed by: [signature: Peter V. Taylor]
(Defendant/Defense Attorney/AUSA)

Date: 4-2-08

**Receipt and Acknowledgment**                                   Page 2

✓ Paragraph 1, Line 1: Delete the comma after "returned."

   Paragraph 6, Line 2: Replace "bond" with "release"

? Paragraph 17: Indicate the specific monetary amount of the community's loss.

✓ Paragraph 37: "Bowhattan" should be "Powhattan".

✗ Paragraph 40: Replace "Kempt" with "Kept"

✓ Paragraph 41, Line 3: Replace "this" with "his".

✓ Paragraph 46: Insert "Foreign" before "Language".

   Paragraph 56: The US District Court PSR's estimate of the fair market value of my townhouse in Arlington is disputed. The Arlington County Department of Real Estate Assessments has assessed the value of my townhouse as $302,300 as of 02/03/2008.


Signed by: _____
           (Defendant/Defense Attorney/AUSA)

Date: _____