CO-526  ⊕
(12/86)

**FILED**

JUN 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
                        )
                        )
            vs.         )    Criminal No. 07-204 (CKK)
                        )
Patrick Syring          )
                        )
                        )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                Defendant

_____
          Counsel for defendant

I consent.

_____
United States Attorney

Approved:

_____
                Judge