UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, : CRIMINAL NO. 07-204 (CKK)
:
v. :
:   **FILED**
PATRICK SYRING, :
:   JUN 1 2 2008
Defendant. :
:   NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of offense which the United States would have presented through competent evidence if this matter had gone to trial.

From on and about July 17, 2006, until on and about July 29, 2006, Mr. W. Patrick Syring, did transmit four e-mail and three voice mail telephone communications to the offices of the Arab American Institute (AAI), located with in the District of Columbia. The communications were as follows:

At or about 11:17 p.m. on or about July 17, 2006, the following voice mail was recorded on the Arab American Institute's main telephone line at its Washington D.C. offices:

> This is Patrick Syring. I just read James Zogby's statements online on the MSNBC website, and I condemn him for his anti-Semitism and anti-American statements. The only good Lebanese is a dead Lebanese. The only good Arab is a dead Arab. Long live the IDF. Death to Lebanon and death to the Arabs.

At or about 11:21 p.m. on or about July 17, 2006, the following email was sent to the email addresses of Dr. James Zogby and Natasha Tynes at the Arab American Institute's Washington D.C. offices:

> From: Pat_ 1425 [mailto:pat_1425@hotmail.com]
> Sent: Monday, July 17, 2006 11:21 PM
> To: James Zogby; Natasha Tynes
> Subject: James Zogby's statement on MSNBC website (July 17)
>
> Zogby's anti-Semitic, anti-American statements (and those of the AAI in general) are abhorrent, repulsive and disgusting.
> The only good Lebanese is a dead Lebanese (as the IDF [the Israeli Defense Force] knows and is carrying out in its security operations, God bless them.)
>
> Fuck the Arabs and Fuck James Zogby and his wicked Hizbollah brothers. They will burn in hellfire on this earth and in the hereafter.

On or between July 18 or July 19, 2006, the following voice mail was left on the telephone extension of Valerie Smith at the Arab American Institute's Washington D.C. offices:

> Hello Valerie, you fucking Arab American shit. James Zogby and you are all Hezballah supporters. The only good Arab is a dead Arab...You God [inaudible] bitch.

At or about 12:32 a.m. on or about July 19, 2006, the following email was sent to the email address of Valerie Smith at the Arab American Institute's Washington D.C. offices:

> From: Pat_ 1425 [mailto:pat_1425@hotmail.com]
> Sent: Wednesday, July 19, 2006 12:32 AM
> To: Valerie Smith
> Subject: URGENT: Emergency Summit Registration for July 19
>
> You are a fucking anti-Semitic Arab-American stooge who sympathizes with Hezballah terror.
> You and your Arab American Institute fuckers should burn in the fires of hell for eternity. The IDF is bombing Lebanon back into the stone age where it belongs. Arabs are dogs.
>
> Long live the State of Israel. Death to Arab American terrorists. The only good Lebanese is a dead Lebanese.

At or about 12:35 a.m. on or about July 19, 2006, the following email was sent to the email address of Rebecca Abou-Chedid at the Arab American Institute's Washington D.C. offices:

> From: Patrick [mailto:pat1425@yahoo.com]
> Sent: Wednesday, July 19, 2006 12:35 AM
> To: Rebecca Abou-Chedid
> Subject: Information for Arab Americans
>
> You are a fucking Arab American terrorist, a Hezbollah sympathizer pig.
>
> James Zogby is a vile evil anti-Semitic pig terrorist member of Hezbollah who is attempting to destroy the State of Israel.
>
> God Bless America
> God Bless the State of Israel
>
> The only good Lebanese is a dead Lebanese [a smiley face graphic]

At or about 11:32 p.m. on or about July 19, 2006, the following voice mail was recorded on Arab American Institute's main telephone line at its Washington D.C. offices:

> Hello, I'm Patrick I'm in Arlington VA, and I think James Zogby is worse than Osama bin Laden. Since he supports Hezballah, he's an anti-Semitic motherfucker, and the only good Arab is a dead Arab.

At or about 12:13 a.m. on or about July 29, 2006, the following email was sent to the email addresses of James Zogby, Helen Samhan, Nidal Ibrahim, Valerie Smith, and Rebecca Abou-Chedid at the Arab American Institute's Washington D.C. offices:

> From: Pat1425@yahoo.com [pat1425@yahoo.com]
> Sent: Saturday, July 29, 2006, 12:13AM
> To: James Zogby, Helen Samhan, Nidal Ibrahim, Valerie Smith, Rebecca Abou-Chedid
> Subject: AAI murders in Seattle on July 28
>
> I condemn James Zogby and the AAI for perpetrating the murder and shootings at the Jewish Federation in Seattle on Friday July 28 (as well as the killings in Israel).
>
> You wicked evil Hezbollah-supporting Arabs should burn in the fires of hell for

eternity and beyond. The United States would be safer without you.

God Bless the State of Israel
God Bless America

Sincerely,

Patrick in Arlington, VA.

Mr. Syring addressed those communications to the Director of the AAI, Dr. James Zogby, and to several other persons employed by AAI, a non-profit organization that represented the interests of Arab Americans in the United States.

Mr. Syring willfully expressed a threat of force through his course of conduct and the specific language he included in those communications. Mr. Syring willfully sent those communications with the intent to either intimidate or interfere with Dr. Zogby and other AAI employees. Mr. Syring committed these acts because he objected to the way in which Dr. Zogby and his staff used their employment to advocate public positions in the media on behalf of AAI, thereby enjoying employment by AAI, a private employer; and because Dr. Zogby and his staff were people of Arab and Lebanese descent.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
BAR NO. 498610

By: 
JULIEANNE HIMELSTEIN
Assistant United States Attorney
D.C. Bar No. #417136