UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 07-204 |
| | : | Judge Colleen Kollar-Kotelly |
| PATRICK SYRING | : | **FILED** |
| Defendant | : | JUN 1 6 2008 |

**AMENDED ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The probation office shall file its Presentence Report by no later than <u>JUNE 24, 2008</u>, it is further;

The Parties shall file its Memorandum in Aid of Sentencing by no later than <u>JUNE 27, 2008</u>, it is further;

The Parties shall file any Witness Statement by no later than <u>JULY 3, 2008</u>, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on <u>JULY 11, 2008 AT 1:00 P.M.</u>

IT IS SO ORDERED,

Date: 6/16/08

Colleen Kollar-Kotelly
United States District Judge

cc:  Chambers            Pretrial
     Files               Mark Blumberg & Julieanne Himelstein, AUSA
     Probation           David Schertler & Peter Taylor, Esquire

(N)