IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-204 (CKK) |
| | ) | |
| PATICK SYRING, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION FOR LEAVE FOR ADDITIONAL TIME TO FILE MR. SYRING'S MEMORANDUM IN AID OF SENTENCING

Defendant, Patrick Syring, by and through undersigned counsel, respectfully requests the Court to grant him leave to file his Memorandum in Aid of Sentencing until July 2, 2008. Undersigned counsel received an old version of the Pre-sentence Report on June 24, 2008, and did not obtain the most recent Pre-sentence Report until June 26, 2008. Mr. Syring respectfully requests the Court grant him leave to contemplate the most recent Pre-sentence Report and filing of his Memorandum in Aid of Sentencing.

Dated: June 26, 2008

Respectfully submitted,

SCHERTLER & ONORATO, L.L.P.

    /s/
David Schertler (#367203)
Danny Onorato (#480043)
Peter V. Taylor (#419524)
601 Pennsylvania Avenue, NW
North Building, 9th Floor
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

*Counsel for Mr. Patrick Syring*

2

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY THAT the foregoing was, this 26th day of June, 2008 sent, via ECF, to the following:

    Julieanne Himelstein, Esq.
    Assistant United States Attorney
    Federal Major Crimes Section
    United States Attorney's Office
        for the District of Columbia
    555 Fourth Street, NW, 4th Floor
    Washington, DC 20530

    Mark Blumberg, Esq.
    Special Litigation Counsel
    Karen Ruckert, Esq.
    Trial Attorney
    U.S. Department of Justice
    Civil Rights Division
    601 D Street, NW, Fifth Floor
    Washington, D.C.  20004

                                                 _____/s/_____
                                                   David Schertler

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | **Criminal No. 07-204 (CKK)** |
| ) | |
| **PATICK SYRING,** ) | |
| ) | |
| **Defendant** ) | |

## PROPOSED ORDER

BASED UPON the Defendant's Motion for Leave for Additional Time to File Memorandum in Aid of Sentencing, and being familiar with the facts, the file and the relevant law, the Court hereby

GRANTS that motion. The deadline to file the Memorandum in Aid of Sentencing is July 2, 2008.

Dated this _____ day of _____, 2008.

_____
HON. COLLEEN KOLLAR-KOTELLY
U.S. District Judge