IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07-204 (CKK) |
| ) | |
| PATICK SYRING, ) | |
| ) | |
| Defendant ) | |

## PROPOSED ORDER

BASED UPON the Defendant's Motion for Leave for Additional Time to File Memorandum in Aid of Sentencing, and being familiar with the facts, the file and the relevant law, the Court hereby

GRANTS that motion. The deadline to file the Memorandum in Aid of Sentencing is July 2, 2008.

Dated this _26th_ day of _June_, 2008.

_____
HON. COLLEEN KOLLAR-KOTELLY
U.S. District Judge