THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : 07-204 (CKK) |
| | : | |
| v. | : | |
| | : | |
| PATRICK SYRING, | : | |
| Defendant. | : | |
| | : | |
| | : | |

**GOVERNMENT'S NOTICE OF WITNESS STATEMENTS**

The United States of America, by and through the undersigned counsel, hereby responds to the Court's order dated June 16, 2008. At sentencing, the government expects to present the testimony of Ms. Rebecca Abou-Chedid, Ms. Valerie Smith, and Dr. James Zogby. Attached is the written statement of Mr. Nidal Ibrahim.

Respectfully submitted,
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

GRACE CHUNG BECKER
ACTING ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION


  /s/ Julieanne Himelstein
Julieanne Himelstein (Bar # )
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530


  /s/ Mark Blumberg
Mark Blumberg
Special Litigation Counsel
Karen Ruckert
Trial Attorney

- 2 -

United States Department of Justice
Civil Rights Division
601 D Street, NW Fifth Floor
Washington, D.C. 20004

# Exhibit 1

April 1, 2008

The Honorable Colleen Kollar-Kotelly
U.S. District Judge
U.S. District Court for District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Re: Patrick Syring Case (No. 07-204-ckk)

Dear Judge Kollar-Kotelly

I write to you regarding the case referenced above to make my feelings clear on this matter. I was one of those individuals threatened and terrorized by Mr. Syring. I was one of those individuals who felt his life was threatened by Mr. Syring.

In the strongest possible terms, I would like to make clear that I believe his actions – repeated actions – are deserving of more than a simple probationary period. Mr Syring -- especially given the fact that he has again made threats against individuals of Arab descent specifically because they are of Arab descent, and given that those threats were made AFTER he agreed to plead guilty under the terms that have been outlined to me – is not, I believe, remorseful.

On the contrary, as his most recently repeated action indicates, Mr. Syring believes he is above the law, that he can callously and repeatedly threaten bodily harm and terrorize individuals and their families. This is not a person who should be allowed to escape with a minor penance. He should be fully held accountable for his actions, and that can best be communicated with a jail term.

I hope that in sentencing Mr. Syring, you will take the above into account and correctly sentence him to a period of incarceration.

Sincerely,

Nidal Ibrahim