IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-204 (CKK) |
| ) | |
| PATRICK SYRING, ) | |
| ) | **FILED** |
| Defendant. ) | |
| ) | JUL - 3 2008 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Court is directing the United States Marshals Service to transmit this Court Order to the D.C. Jail Records department in order to effectuate the release of the Defendant on a limited furlough.

On July 3, 2008, the Court held an emergency telephone conference call on the record with David Schertler, Esq. and Veronica Jennings, Esq. participating for the Defendant and Mark Blumberg, Esq. participating for the Government. During that conference call, Defendant made an oral Request for Temporary Release due to the circumstances regarding the pending death of his father. The Government consented to Defendant's Request, pursuant to the conditions set forth below.

Accordingly it is this 3rd day of July, 2008, hereby

**ORDERED** that Defendant's Request for Temporary Release is GRANTED; it is further

**ORDERED** that Defendant Syring shall be released forthwith so that he may travel to Toledo, Ohio, to see his dying father; it is further

**ORDERED** that Defendant Syring is required to return to custody at the D.C. Jail by 6:00p.m. on Sunday, July 6, 2008; it is further



**ORDERED** that Defendant's counsel shall provide him with two copies of this Order, one which he will keep for his personal reference, and one that shall be provided to his family so that they will be aware of the conditions of his Temporary Release; it is further

**ORDERED** that the terms of Defendant Syring's temporary release are as follows:

1. Mr. Syring shall be picked up at the D.C. Jail by either David Schertler or Veronica Jennings of Schertler & Onorato, L.L.P on Thursday, July 3, 2008 and shall be driven to his home to pick up his personal items, such as clothing, for travel. Mr. Syring shall then depart for Toledo, Ohio. Mr. Syring shall travel directly to Toledo, Ohio, without detour.

2. Mr. Syring shall not engage in any use of any computer;

3. Mr. Syring shall not have contact, by any means, either direct or indirect, with Dr. James Zogby or any current or former employee of the Arab-American Institute.

4. While in Toledo, Ohio, Mr. Syring shall reside at the home of his mother, Ms. Patricia Syring, located at 1818 Park Side Blvd., Toledo, Ohio, 43607 (phone number 419-531-1247). Mr. Syring shall travel only to and from his mother's home and the assisted living center where his father lives, The Sunset House Assisted Living, 4020 Indian Road, Toledo, Ohio, 43606 (phone number 419-536-4645), and shall spend all of his time at either his mother's home or The Sunset House;

5. Mr. Syring shall contact Mr. Schertler by phone, at 202-905-4118, every time he departs from either his mother's home or The Sunset House, and every time he arrives at either his mother's home or The Sunset House. If Mr. Syring fails to report to Mr. Schertler by phone or Mr. Schertler learns that these conditions are

         not being complied with, he shall forthwith notify Chambers at 202-354-3340;

6.     Upon his departure from Toledo, Ohio on Sunday, July 6, Mr. Syring shall travel directly to his home in Arlington, Virginia, without detour. Upon his arrival at his home, Mr. Syring shall be met by a representative of Schertler & Onorato, L.L.P., who shall then take him directly to the D.C. Jail.

7.     Mr. Syring shall arrive back to the D.C. Jail no later than 6:00 p.m. on Sunday, July 6, 2008.

**SO ORDERED.**

/s/
_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

David Schertler
SCHERTLER & ONORATO, L.L.P.
601 Pennsylvania Avenue, NW
North Building-9th Floor
Washington, DC 20004
(202) 628-4199
Counsel for Defendant

Mark David Blumberg
U.S. DEPARTMENT OF JUSTICE
601 D Street, NW
Suite 5140
Washington, DC 20004
(202) 514-3204
Counsel for the Government