UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>PATRICK SYRING,<br><br>    Defendant. | Criminal Action No. 07-204-1 (CKK) |

**ORDER**
(January 24, 2012)

On Friday, January 27, 2012, a hearing will be held to address Defendant Patrick Syring's compliance with the special conditions of his supervised release. In anticipation of that hearing, it is, this 24th day of January, 2012, hereby

**ORDERED** that Dr. Edwin N. Carter, Ph.D, is requested to submit for the Court's consideration a final written report limited to addressing, briefly and in summary form:

(1)  The treatment that was conducted with Mr. Syring specifically with respect to the condition of Mr. Syring's supervised release that he have no contact or communication with Arab American Institute employees, directly or indirectly, by any means;

(2)  Whether Mr. Syring informed Dr. Carter of his alleged phone call to the office of Dr. Shibley Telhami on November 14, 2011, or his alleged e-mail to Dr. Murhaf Jouejati and Vice-President Yeager of the National Defense University on November 21, 2011, and, if so, when Dr. Carter was so informed by Mr. Syring; and

(3)  Mr. Syring's prognosis.

The Court asks that Dr. Carter submit his written report by no later than **Thursday, January 26, 2012, at 5:00 p.m.**, by facsimile to (202) 354-3342.

**SO ORDERED.**

                                                                                        /s/
                                         **COLLEEN KOLLAR-KOTELLY**
                                         United States District Judge