# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PATRICK SYRING,<br><br>Defendant. | Criminal Action No. 07-204-1 (CKK) |

## ORDER AND JUDGMENT
(January 27, 2012)

Upon his pleading guilty to one count of violating 18 U.S.C. § 245(b)(2) and one count of violating 18 U.S.C. § 875(c), Defendant Patrick Syring ("Syring") was sentenced to serve, among other things, a term of thirty-six months of supervised release. On January 13, 2012, the U.S. Probation Office filed a [103] Petition for Summons indicating that Syring may have violated the special conditions of his supervised release. On the morning of January 27, 2012, Syring filed a [105] Response to Allegation of Supervised-Release Violation. Later that same day, the Court held a Hearing to address Syring's compliance with the terms of his supervised release, during which the Court heard extended argument from the parties and made detailed oral findings on the record, which are incorporated herein. Upon consideration of the parties' submissions, the matters addressed during the Hearing, and the record of this action as a whole, it is, this 27th day of January 2012, hereby

**ORDERED** and **ADJUDGED** that the United States' oral request that the Court revoke and/or continue Syring's supervised release is DENIED; and it is further

/

/

**ORDERED** and **ADJUDGED** that Syring's supervised release is hereby TERMINATED AS UNSUCCESSFUL.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　*/s/ Colleen Kollar-Kotelly*
　　　　　　　　　　　　　　　　　　　　　**COLLEEN KOLLAR-KOTELLY**
　　　　　　　　　　　　　　　　　　　　　United States District Judge